IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EILEEN D. OLIVE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:06cv48-m |
| | ) |
| H. COUNCILL TRENHOLM STATE | ) |
| TECHNICAL COLLEGE, ANTHONY | ) |
| MOLINA, individually and in his official | ) |
| capacity as President, H. Councill | ) |
| Trenholm State Technical College, | ) |
| ALABAMA DEPARTMENT OF | ) |
| POST SECONDARY EDUCATION, and | ) |
| ROY W. JOHNSON, individually and | ) |
| in his official capacity as Chancellor | ) |
| of the Alabama Department of | ) |
| Postsecondary Education, | ) |
| | ) |
| Defendant. | ) |

## SUMMONS

TO DEFENDANT **ANTHONY L. MOLINA, President, H. Councill Trenholm State Technical College, 1225 Air Base Boulevard, Montgomery, Alabama 36108**

You are hereby summoned and required to serve upon plaintiff's attorney(s): **Candis A. McGowan, Esq., JOHN D. SAXON, P.C., 2119 3rd Avenue North, Birmingham, Alabama 35203** a response to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: 1/24/06

~~PERRY D. MATHIS~~, CLERK
By: V. Hatter
Deputy Clerk
(Seal of Court)

**SEE REVERSE SIDE FOR RETURN**

NOTE: A separate summons must be
Prepared for each defendant.

Clerk, U.S. District Court
~~Northern District of Alabama~~
~~1729 5th Avenue North~~
~~Birmingham, Alabama 35203~~
Middle of AL
P.O. Box 711
Mont., AL 36101

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Eileen D. Olive ~~DR. ROBERT J. WALKER~~, <br><br>Plaintiff, <br><br> v. <br><br> H. COUNCILL TRENHOLM STATE TECHNICAL COLLEGE, ANTHONY MOLINA, individually and in his official capacity as President, H. Councill Trenholm State Technical College, ALABAMA DEPARTMENT OF EDUCATION, and ROY W. JOHNSON, individually and in his official capacity as Chancellor of the Alabama Department of Postsecondary Education, <br><br> Defendant. | ) ) ) ) ) ) CIVIL ACTION NO.: 2:06CV48-M ) ) ) ) ) ) ) ) ) ) ) ) ) |

## SUMMONS

**TO DEFENDANT:** **H. Councill Trenholm State Technical College, 1225 Air Base Boulevard, Montgomery, Alabama 36108**

You are hereby summoned and required to serve upon plaintiff's attorney(s): **Candis A. McGowan, Esq., JOHN D. SAXON, P.C., 2119 3rd Avenue North, Birmingham, Alabama 35203** a response to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response **MUST** also be filed with the court.

DATE: 1/24/06

*Debra P. Hackett*
~~PERRY D. MATHIS~~, CLERK
By: _____
Deputy Clerk

**SEE REVERSE SIDE FOR RETURN**

(Seal of Court)

NOTE: A separate summons must be
   Prepared for each defendant.

Clerk, U.S. District Court
~~Northern District of Alabama~~ Middle District of AL
~~1729 5th Avenue North~~ P.O. Box 711
~~Birmingham, Alabama 35203~~ Mont, AL 36101

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EILEEN D. OLIVE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:06CV48-M |
| | ) |
| H. COUNCILL TRENHOLM STATE | ) |
| TECHNICAL COLLEGE, ANTHONY | ) |
| MOLINA, individually and in his official | ) |
| capacity as President, H. Councill | ) |
| Trenholm State Technical College, | ) |
| ALABAMA DEPARTMENT OF | ) |
| POST SECONDARY EDUCATION, and | ) |
| ROY W. JOHNSON, individually and | ) |
| in his official capacity as Chancellor | ) |
| of the Alabama Department of | ) |
| Postsecondary Education, | ) |
| | ) |
| Defendant. | ) |

## SUMMONS

TO DEFENDANT Roy W. Johnson, Chancellor, Alabama Department of Postsecondary Education, 401 Adams Avenue, Montgomery, Alabama 36104-4340

You are hereby summoned and required to serve upon plaintiff's attorney(s): **Candis A. McGowan, Esq., JOHN D. SAXON, P.C., 2119 3rd Avenue North, Birmingham, Alabama 35203** a response to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: 1/24/06

*Debra P. Hackett*

~~PERRY D. MATHIS~~, CLERK

By: _____
Deputy Clerk

(Seal of Court)

SEE REVERSE SIDE FOR RETURN

NOTE: A separate summons must be
Prepared for each defendant.

Clerk, U.S. District Court
~~Northern District of~~ Alabama
~~1729 5th Avenue North~~
~~Birmingham, Alabama 35203~~

Middle District of AL
P.O. Box 711
Mont., AL 36101

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EILEEN D. OLIVE, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO.: 2:06cv48-M |
| H. COUNCILL TRENHOLM STATE TECHNICAL COLLEGE, ANTHONY MOLINA, individually and in his official capacity as President, H. Councill Trenholm State Technical College, ALABAMA DEPARTMENT OF POST SECONDARY EDUCATION, and ROY W. JOHNSON, individually and in his official capacity as Chancellor of the Alabama Department of Postsecondary Education, | ) ) ) ) ) ) ) ) ) ) ) ) |
|     Defendant. | ) |

## SUMMONS

TO DEFENDANT **Alabama Department of Postsecondary Education, 401 Adams Avenue, Montgomery, Alabama 36104-4340**

You are hereby summoned and required to serve upon plaintiff's attorney(s): **Candis A. McGowan, Esq., JOHN D. SAXON, P.C., 2119 3rd Avenue North, Birmingham, Alabama 35203** a response to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: 1/24/06

~~PERRY D. MATHIS~~, CLERK
Debra P. Hackett
By: /s/
Deputy Clerk
(Seal of Court)

**SEE REVERSE SIDE FOR RETURN**

NOTE: A separate summons must be
    Prepared for each defendant.

Clerk, U.S. District Court
~~Northern District of Alabama~~
~~1729 5th Avenue North~~
~~Birmingham, Alabama 35203~~
Middle District of AL
P.O. Box 711
Mont., AL 36101