**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

**From:**   Clerk's Office

**Case Style: Eileen D. Olive    vs.  H. Councill Trenholm State Techincal College, et al**
**Case Number: 2:06cv48-VPM - Doc. 1**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.**