**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Trenholm State Technical College
    1225 Air Base Boulevard
    Montgomery, Alabama 36108

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X *Veronica [Thomas]* ☐ Agent ☐ Addressee
B. Received by (Printed Name): Veronica Thomas
C. Date of Delivery: 1-25-06
D. Is delivery address different from item 1? ☐ Yes / ☐ No
   If YES, enter delivery address below:
   2:06cv48-M
   STC

3. Service Type:
   ☑ Certified Mail ☐ Express Mail
   ☐ Registered ☑ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7001 1140 0001 0028 1059

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Anthony L. Molina
    President
    Trenholm State Technical College
    1225 Air Base Boulevard
    Montgomery, Alabama 36108

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X *Veronica [Thomas]* ☐ Agent ☐ Addressee
B. Received by (Printed Name): Veronica Thomas
C. Date of Delivery: 1-25-06
D. Is delivery address different from item 1? ☐ Yes / ☐ No
   If YES, enter delivery address below:
   2:06cv48-M
   STC

3. Service Type:
   ☑ Certified Mail ☐ Express Mail
   ☐ Registered ☑ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7001 1140 0001 0028 1127

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540