**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  [signature]          ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name): Wallace McCarth
C. Date of Delivery: 1/26/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

   JAN 26 2006
   2:06cv48-m
   S+C

1. Article Addressed to:

   Roy W. Johnson
   Chancellor
   Alabama Department of Postsecondary
   Education
   401 Adams Avenue
   Montgomery, Alabama 36104-4340

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7001 1140 0001 0028 1110

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540