| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Edward R. Moore_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) _Edward R. Moore_  C. Date of Delivery _1-30-05_ |
| 1. Article Addressed to:<br><br>**Alabama Department of Postsecondary Education**<br>**401 Adams Avenue**<br>**Montgomery, Alabama 36104-4340** | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>JAN 3 0 2006<br>2:06cv48-M<br>SvC |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7001 1140 0001 0028 1189 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |