IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EILEEN D. OLIVE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NUMBER: 2:06-CV48-M |
| | ) |
| H. COUNCILL TRENHOLM STATE | ) |
| TECHNICAL COLLEGE, | ) |
| ANTHONY MOLINA, individually and | ) |
| in his official capacity as President, H. | ) |
| Councill Trenholm State Technical | ) |
| College, ALABAMA DEPARTMENT | ) |
| OF POSTSECONDARY EDUCATION, | ) |
| and ROY W. JOHNSON, individually | ) |
| and in his official capacity as Chancellor | ) |
| of the Alabama Department of | ) |
| Postsecondary Education, | ) |
| | ) |
| Defendants. | ) |

RECEIVED
2006 FEB 13 P 1:27
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SUBMIT A RESPONSIVE PLEADING

Pursuant to Fed. R. Civ. P. 6(b), defendants H. Councill Trenholm State Technical College ("Trenholm"), Anthony Molina ("Molina"), Alabama Department of Postsecondary Education ("ADPE"), and Roy W. Johnson ("Johnson") move the Court to enlarge the time for each to submit a responsive pleading an additional thirty (30) days. In support of this motion, Trenholm, Molina, ADPE, and Johnson state:

1. Defendants Trenholm and Molina were each served with the plaintiff's summons and complaint on January 25, 2006 by certified mail.

2. Pursuant to Fed. R. Civ. P. 12, defendants Trenholm and Molina's deadline for filing a responsive pleading is February 14, 2006.

3. Defendants Johnson was served with the plaintiff's summons and complaint on January 26, 2006 by certified mail.

4. Pursuant to Fed. R. Civ. P. 12, defendant Johnson's deadline for filing a responsive pleading is February 15, 2006.

5. Defendant ADPE was served with the plaintiff's summons and complaint on January 30, 2006 by certified mail.

6. Pursuant to Fed. R. Civ. P. 12, defendant ADPE's deadline for filing a responsive pleading is February 21, 2006.

7. This extension will permit Trenholm, Molina, ADPE, and Johnson an opportunity to investigate properly the allegations set forth in plaintiff's complaint and prepare an appropriate responsive pleading.

8. The plaintiff's counsel has consented to this extension.

9. No party will be prejudiced by the request.

WHEREFORE, defendants Trenholm, Molina, ADPE, and Johnson move the Court to enlarge the time in which they have to submit a responsive pleading an additional thirty (30) days.

Respectfully submitted this the ___13th___ day of February 2006.

_____
Joan Y. Davis, Esq.
Attorney for Alabama Department of Postsecondary Education

**OF COUNSEL:**
Alabama Department of Postsecondary Education
P.O. Box 302130
Montgomery, Alabama 36130-2130
jdavis@acs.cc.al.us

## CERTIFICATE OF SERVICE

I hereby certify the above and foregoing has been served on the following counsel of record via the Court's CM/ECF Electronic Filing System on this the 13th day of February, 2006:

Candis A. McGowan
John D. Saxon, P.C.
2119 3rd Avenue North
Birmingham, Alabama 35203

Gary E. Atchison
P.O. Box 2002
Montgomery, Alabama 36102-2002

Nancy Elaine Perry
Alabama Education Association
P.O. Box 4177
Montgomery, Alabama 36103-4177

_____
Of Counsel