IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EILEEN D. OLIVE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06CV48-M |
| ) | [WO] |
| H. COUNCILL TRENHOLM STATE ) | |
| TECHNICAL COLLEGE, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the defendants' unopposed Motion For Enlargement of Time, filed on 13 February 2006 (Doc. # 7), and for good cause, it is

ORDERED that the motion is GRANTED. The defendants shall file their Answer on or before 16 March 2006.

DONE this 24th day of February, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE