IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EILEEN D. OLIVE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv48-VPM |
| | ) |
| H. COUNCILL TRENHOLM STATE | ) |
| TECHNICAL COLLEGE, et al., | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the defendant's Motion to Dismiss or In the Alternative, Motion for More Definite Statement (Doc. #9), filed on 16 March 2006, it is

ORDERED that on or before 21 April 2006, the plaintiff shall file a response to the motion. The defendants shall file a reply to the plaintiff's response on or before 11 May 2006. Thereafter, the motion shall be deemed submitted and the Magistrate Judge will not consider any further pleadings filed by the parties.

DONE this 22nd day of March, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE