IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EILEEN D. OLIVE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06CV48-VPM |
| | ) |
| H. COUNCILL TRENHOLM STATE TECHNICAL COLLEGE, et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER

Pending before the court is a motion to dismiss or, in the alternative, motion for more definite statement, filed on 16 March 2006 by the defendants (Doc, # 9). The motion is deemed a dispositive motion. Although this case is assigned to the undersigned Magistrate Judge, the parties have not yet consented to disposition of this case by a Magistrate Judge. Without consent of the parties, the Magistrate Judge cannot take dispositive action in this case. See 28 U.S.C. § 636 (c). As explained in the attached Notice of Assignment to United States Magistrate Judge, the parties have the right to consent to, or to decline consent to, a Magistrate Judge's jurisdiction without adverse consequences. Accordingly, counsel for the parties are

DIRECTED to notify the Clerk of the court, on or before 5 April 2006, whether they wish to consent to the Magistrate Judge in writing by sending a completed consent form to the Clerk of the court. A copy of the form is enclosed for a party's use. The parties are ADVISED that they may freely decline to consent without adverse consequences.

DONE this 22nd day of March, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EILEEN D. OLIVE,                    ) | |
|                                     ) | |
|     Plaintiff, ) | |
|                                     ) | |
| v.                                  ) | CIVIL ACTION NO. 2:06CV48-VPM |
|                                     ) | |
| H. COUNCILL TRENHOLM STATE          ) | |
| TECHNICAL COLLEGE, et al.,          ) | |
|                                     ) | |
|     Defendants. ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

    In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_____    _____
DATE                                                                                  SIGNATURE

                                                            _____
                                                            COUNSEL FOR (print name of all parties)

                                                            _____
                                                            ADDRESS, CITY, STATE, ZIP CODE

                                                            _____
                                                            TELEPHONE NUMBER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EILEEN D. OLIVE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06CV48-VPM |
| ) | |
| H. COUNCILL TRENHOLM STATE ) | |
| TECHNICAL COLLEGE, et al., ) | |
| ) | |
| Defendants. ) | |

**REQUEST FOR REASSIGNMENT OF CASE
TO A UNITED STATES DISTRICT JUDGE**

    The undersigned party hereby declines to consent to the Magistrate Judge's exercise of civil jurisdiction in this case. The undersigned party requests reassignment of this case to a United States District Judge.

_____      _____
DATE                                                                  SIGNATURE

 

_____
Counsel For (**print** name of all parties)

_____
Address, City, State Zip Code

_____
Telephone Number