IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EILEEN D. OLIVE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:06CV48-VPM |
| H. COUNCILL TRENHOLM STATE TECHNICAL COLLEGE, et al., | ) ) ) ) |
| Defendants. | ) |

## REQUEST FOR REASSIGNMENT OF CASE
## TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the Magistrate Judge's exercise of civil jurisdiction in this case. The undersigned party requests reassignment of this case to a United States District Judge.

_3/22/2006_
DATE

_[signature]_
SIGNATURE

H. Councill Trenholm State Technical College;
Alabama Department of Postsecondary Education;
Anthony Molina; and Roy W. Johnson

Counsel For (**print** name of all parties)

Margaret L. Fleming
Office of the Attorney General
11 S. Union Street
Montgomery, AL 36130     (334) 353-3738

Address, City, State Zip Code


(334) 353-3738

Telephone Number