IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 JUN -5  A 11: 26

| | | |
|---|---|---|
| EILEEN D. OLIVE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 2:06-cv-00048-MEFs |
| | ) | |
| H. COUNCILL TRENHOLM STATE TECHNICAL COLLEGE, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

**COMES NOW**, Monica L. Arrington, and enters this Notice of Appearance, for and on behalf of Plaintiff, Eileen D. Olive, and requests that she be entered on record as co-counsel with mailing address of Post Office Box 250091, Montgomery, Alabama 35125-0091; telephone 334-270-2007; facsimile: 334-270-2720; and E-mail address: arringtonmon@aol.com.

**RESPECTFULLY SUBMITTED** this the 5th day of June 2006.

MONICA L. ARRINGTON (ASB-3155-G70M)
Co-counsel for Plaintiff
P.O. Box 250091
Montgomery, Alabama 36125-0091
334-270-2007

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of June 2006, a copy of the foregoing was served upon the following attorneys by way of United States First Class Mail postage prepaid and properly addressed as follows:

Margaret L. Fleming
Assistant Attorney General
Office of the Attorney General
11 S. Union Street
Montgomery, Alabama 36130-0152

Joan Yvette Davis
Alabama Department of Postsecondary Education
P.O. Box 302130
Montgomery, Alabama 36130-2130

Monica L. Arrington (ARR-003)