IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EILEEN D. OLIVE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-48-MEF |
| ) | |
| H. COUNCILL TRENHOLM STATE ) | |
| TECHNICAL COLLEGE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the Motion to Dismiss or, in the Alternative, Motion for More Definite Statement (Doc. # 9) filed on March 16, 2006, and in light of the Plaintiff's Response (Doc. #14) filed on April 21, 2006, it is hereby ORDERED as follows:

(1) To the extent that the Defendants's motion seeks a more definite statement it is GRANTED and the Plaintiff is DIRECTED to file an amended complaint by no later than **December 18, 2006**.

(2) To the extent that the Defendants's motion seeks dismissal of the Complaint, the motion is DENIED AS MOOT.

DONE this 1st day of December, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE