IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EILEEN D. OLIVE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 2:06-cv-48-MEF |
| | ) |
| H. COUNCILL TRENHOLM STATE TECHNICAL COLLEGE, ANTHONY MOLINA, individually and in his official capacity as President, H. Councill Trenholm State Technical College, and ROY W. JOHNSON, individually and in his official capacity as Chancellor of the Alabama Department of Postsecondary Education, | ) ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**MOTION TO FILE AMENDED COMPLAINT**

Comes now Plaintiff Eileen D. Olive, by and through her counsel of record, and moves this Honorable Court to allow her to file the attached Amended Compliant. In support thereof, Plaintiff shows the following:

1. On December 1, 2006, this Honorable Court entered its Order on Defendants' Motion to Dismiss and Alternative Motion for More Definite Statement. In this Order, the Court ordered plaintiff to file an Amended Complaint with more definite statement by no later than December 18, 2006.

2. Pursuant to the Court's Order of December 1, 2006, plaintiff has amended her Complaint to comply with the same. Attached as Exhibit "A" is plaintiff's Amended Complaint.

Wherefore, for the above reasons, Plaintiff respectfully gives notice of filing this Amended Complaint.

          Respectfully submitted,


          /s/ Candis A. McGowan
          Candis A. McGowan (ASB-9358-036C)


**OF COUNSEL:**
**JOHN D. SAXON, P.C.**
2119 3rd Avenue North
Birmingham, Alabama  35203
Telephone:	(205) 324-0223
Facsimile:	(205) 323-1583
Email:		cmcgowan@saxonattorneys.com


          /s/ Nancy E. Perry
          Nancy E. Perry (ASB 3929-R76N)


P.O. Box 4177
Montgomery, Alabama 36103-4177
Telephone:	(334) 834-9790
Facsimile:	(334) 834-7034
Email:		nancyp@alaedu.org

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 18th day of December 2006, I served a copy of the above and foregoing upon the following attorneys by electronically filing the same with the CM/ECF system, which will send electronic notice of same to:

Margaret L. Fleming
Assistant Attorney General
Winfield J. Sinclair
Assistant Attorney General
Office of the Attorney General
11 S. Union Street
Montgomery, AL 36130-0152


               /s/ Candis A. McGowan
                 Of Counsel