**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| EILEEN D. OLIVE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 2:06-CV-48-MEF |
| ) | |
| H. COUNCILL TRENHOLM STATE ) | |
| TECHNICAL COLLEGE, ANTHONY ) | |
| MOLINA, individually and in his ) | |
| Official capacity as President, ) | |
| H. Councill Trenholm State Technical ) | |
| College, and ROY W. JOHNSON, ) | |
| Individually and in his official capacity as ) | |
| Chancellor of the Alabama Department ) | |
| Of Postsecondary Education, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR ENLARGEMENT OF TIME TO
ANSWER PLAINTIFF'S AMENDED COMPLAINT (DOC NO. 18)**

**COME NOW** the undersigned counsel for the Defendants, and respectfully move the Court for an enlargement of time to answer Plaintiff's Amended Complaint (Doc. no. 18) filed on December 18, 2006.

As grounds for this motion, counsel state as follows:

1. On December 18, 2006, Plaintiff filed a motion to amend or correct her complaint. (Doc. no. 18).

2. On December 19, 2006, the Court granted Plaintiff's motion, allowing her to file her Amended Complaint. 12/19/06 Order (Doc. no. 19). The deadline for the filing of Defendants' answer to the Amended Complaint is tomorrow, Wednesday, January 3, 2007.

3.	As the result of a potential conflict of interest, Defendants have been required to retain new counsel in this action. Attorneys Robert T. Meadows, III and Christopher W. Weller, of the law firm of Capell & Howard, P.C. were retained today as Defendants' new counsel in this action and have contemporaneously filed a Notice of Appearance. Messrs. Meadows and Weller have not had an opportunity to review the pleadings in this action or to meet with Defendants to discuss Plaintiff's claims or the responses or affirmative defenses to those claims.

4.	In that Messrs. Meadows and Weller have just been retained by Defendants, any answer filed merely to comply with the current January 3, 2007 deadline would be strictly *pro forma* and would not offer any meaningful response due to the insufficiency of time to prepare a proper and adequate response. For this reason, the undersigned counsel respectfully request an additional three weeks (until January 23, 2007) to review the pleadings, meet with the clients and to file a meaningful and complete answer to Plaintiff's December 18, 2006 Amended Complaint.

5.	Plaintiff does not oppose this motion.

**WHEREFORE, PREMISES CONSIDERED**, Defendants respectfully request that the Court allow Defendants to file their Answer to Plaintiff's Amended Complaint out of time on or before Tuesday, January 23, 2007.

                   Respectfully submitted,


                   s/Robert T. Meadows, III
                   Robert T. Meadows III (MEA012)

OF COUNSEL:
Capell & Howard, P.C.
Skyway Professional Center
3120 Frederick Road, Suite B (36801)
Post Office Drawer 2268
Opelika, AL  36803
Telephone:  (334) 501-1540
Facsimile:  (334) 501-4512


                   s/ Christopher W. Weller
                   Christopher W. Weller (WEL020)

OF COUNSEL:
Capell & Howard, P.C.
P.O. Box 2069
Montgomery, Alabama 36102-2069
Telephone (334) 241-8048
Facsimile (334) 241-8248


Troy King, Attorney General
Margaret L. Fleming, Assistant Attorney General
Office of Attorney General
11 S. Union Street
Montgomery, AL 36130-0152


Joan Y. Davis
Alabama Department of Postsecondary Education
401 Adams Avenue, Suite 280
Montgomery, AL 36104

3

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been served upon each of the following persons electronically via CM/ECF filing system on this the 2nd day of January, 2007:

| | |
|---|---|
| Candis A. McGowan<br>John D. Saxon, P.C.<br>2119 3rd Avenue North<br>Birmingham, AL 35203 | Nancy E. Perry<br>P. O. Box 4177<br>Montgomery, AL 36103-4177 |
| Gary E. Atchison<br>P. O. Box 2002<br>Montgomery, AL 36102 | Monica Arrington<br>P. O. Box 250091<br>Montgomery, AL 36125 |

                                          s/Robert T. Meadows, III
                                          Robert T. Meadows, III