# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EILEEN D. OLIVE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 2:06-cv-48-MEF |
| | ) |
| H. COUNCILL TRENHOLM STATE | ) |
| TECHNICAL COLLEGE, | ) |
| ANTHONY MOLINA, individually and | ) |
| in his official capacity as President, H. | ) |
| Councill Trenholm State Technical | ) |
| College, and ROY W. JOHNSON, | ) |
| individually and in his official capacity | ) |
| as Chancellor of the Alabama | ) |
| Department of Postsecondary Education, | ) |
| | ) |
|    Defendants. | ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Comes now Plaintiff Eileen D. Olive, by and through her counsel of record, and moves this Honorable Court for an extension of two weeks for filing her response to Defendants' Motion for Partial Summary Judgment. In support thereof, Plaintiff shows the following:

1.    On Thursday, February 22, 2007, Defendants filed their Motion for Partial Summary setting forth several grounds to support the same.

2.    On February 23, 2007, this Honorable Court entered an Order giving Plaintiff two weeks to respond to said Motion and directing Plaintiff to file her response to said Motion on or before March 9, 2007. This Order also directed the Defendants to file any reply brief on or before March 16, 2007, and further stated that the motion would be submitted without oral argument on March 16, 2007.

3.  Since Defendants filed said Motion, Plaintiff's counsel have been involved in previously scheduled conflicts, which have prevented them from fully responding to said Motion.

4.  Plaintiff's counsel contacted Defendants' counsel, Robert T. Meadows, III, and he does not oppose an extension of the date by two weeks for Plaintiff to respond to said Motion, which would also result in an extension of two weeks of the date for Defendants to file any reply brief.

Wherefore, for the above reasons, Plaintiff respectfully requests that this Court grant her Motion and that she be allowed an extension of two (2) weeks in which to respond to Defendants' Motion for Partial Summary Judgment, which would make Plaintiff's Response due on or before March 23, 2007, and any reply brief of Defendants due on or before March 30, 2007.

Respectfully submitted,

/s/ Candis A. McGowan
Candis A. McGowan (ASB-9358-036C)

**OF COUNSEL:**
**Wiggins, Childs, Quinn & Pantazis, LLC**
The Kress Building
301 19th Street North
Birmingham, Alabama  35203
Telephone:     (205) 314-0513
Facsimile:     (205) 314-0713
Email:         cmcgowan@wcqp.com

/s/ Nancy E. Perry
Nancy E. Perry (ASB 3929-R76N)

P.O. Box 4177
Montgomery, Alabama 36103-4177
Telephone:     (334) 834-9790
Facsimile:     (334) 834-7034
Email:         nancyp@alaedu.org

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of March 2007, I served a copy of the above and foregoing upon the following attorneys by electronically filing the same with the CM/ECF system, which will send electronic notice of same to:

Christopher W. Weller
Robert T. Meadows, III
Capell & Howard, P.C.
Skyway Professional Center
3120 Frederick Road, Suite B (36801)
Post Office Drawer 2268
Opelika, AL 36803

Troy King, Attorney General
Office of Attorney General
11 South Union Street
Montgomery, AL 36130-0152

Joan Y. Davis
Alabama Department of Post Secondary Education
301 Adams Avenue, Suite 280
Montgomery, AL 36104


                                        /s/ Candis A. McGowan
                                              Of Counsel