IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EILEEN D. OLIVE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-48-MEF |
| | ) |
| H. COUNCILL TRENHOLM STATE | ) |
| TECHNICAL COLLEGE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

Upon consideration of the Plaintiff's Unopposed Motion for Extension of Time to File Response to Defendants' Motion for Summary Judgment (Doc. #30) filed on March 7, 2007, it is hereby

ORDERED that the motion is GRANTED. The plaintiff shall file a response which shall include a brief and any evidentiary materials on or before March 23, 2007. The defendants may file a reply brief on or before March 30, 2007.

DONE this the 8th day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE