IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EILEEN D. OLIVE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 2:06-cv-48-MEF-WC |
| | ) |
| H. COUNCILL TRENHOLM STATE | ) |
| TECHNICAL COLLEGE, | ) |
| ANTHONY MOLINA, et. al, | ) |
| | ) |
|     Defendants. | ) |

**MOTION TO FILE CORRECTED AMENDED COMPLAINT**

Comes now Plaintiff Eileen D. Olive, by and through her counsel of record, and moves this Honorable Court to allow her to file the attached Corrected Amended Compliant. In support thereof, Plaintiff shows the following:

1.    On December 1, 2006, this Honorable Court entered its Order on Defendants' Motion to Dismiss and Alternative Motion for More Definite Statement. In this Order, the Court ordered plaintiff to file an Amended Complaint with more definite statement by no later than December 18, 2006.

2.    Pursuant to the Court's Order of December 1, 2006, plaintiff filed her Motion to Amend and her Amended Complaint. However, the Amended Complaint filed by plaintiff contained errors in Count II.

3.    In amending her complaint, it was plaintiff's intent to remove all references to 42 U.S.C. § 1983 from Count II of her Amended Complaint so that there would be no confusion as to her claims against defendant H. Councill Trenholm State Technical College. Unfortunately, these deletions were not made in the final version of the Amended Complaint that was filed with

this Court. Plaintiff's counsel did not realize this typographical error until they received Defendants' Motion for Partial Summary Judgment.

4. Since the filing of the Amended Complaint, one of plaintiff's attorneys has changed law firm and has a new address. This new address will need to be referenced on plaintiff's Corrected Amended Complaint.

5. The only changes to the Corrected Amended Complaint are to remove the references to 42 U.S.C. § 1983 from Count II, and to reflect the new address for one of plaintiff's counsel. A copy of the Corrected Amended Complaint is attached as Exhibit "A".

Wherefore, for the above reasons, Plaintiff respectfully requests that this Court allowed her to file the attached Corrected Amended Complaint in substitution for her Amended Complaint filed on January 3, 2007.

                           Respectfully submitted,

                           /s/ Candis A. McGowan
                           Candis A. McGowan (ASB-9358-036C)

**OF COUNSEL:**
**Wiggins, Childs, Quinn & Pantazis, LLC**
The Kress Building
301 - 19th Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0500
Facsimile: (205) 254-1500
Email: cmcgowan@wcqp.com

/s/ Nancy E. Perry
Nancy E. Perry (ASB 3929-R76N)

P.O. Box 4177
Montgomery, Alabama 36103-4177
Telephone:   (334) 834-9790
Facsimile:   (334) 834-7034
Email:       nancyp@alaedu.org

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 23rd day of March 2007, I served a copy of the above and foregoing upon the following attorneys by electronically filing the same with the CM/ECF system, which will send electronic notice of same to:

Christopher W. Weller
Robert T. Meadows, III
Capell & Howard, P.C.
Skyway Professional Center
3120 Frederick Road, Suite B (36801)
Post Office Drawer 2268
Opelika, AL 36803

Joan Y. Davis
Alabama Department of Post Secondary Education
301 Adams Avenue, Suite 280
Montgomery, AL 36104

Troy King
Attorney General
Margaret L. Fleming
Assistant Attorney General
Office of the Attorney General
11 S. Union Street
Montgomery, AL 36130-0152

              /s/ Candis A. McGowan
                Of Counsel