# U.S. District Court
## Alabama Middle District (Montgomery)
### CIVIL DOCKET FOR CASE #: 2:06-cv-00048-MEF-WC

Olive v. H. Councill Trenholm State Technical College et al
Assigned to: Hon. Chief Judge Mark E. Fuller
Referred to: Honorable Wallace Capel, Jr
Case in other court: USDC-Middle District of Alabama,
    2:89cv00196-MHT
Cause: 42:2000 Job Discrimination (Sex)

Date Filed: 01/18/2006
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Eileen D. Olive**     represented by    **Candis A. McGowan**
Wiggins, Childs, Quinn & Pantazis
The Kress Building
301 - 19th Street north
Birmingham, AL 35203
205-314-0500
Fax: 205-254-1500
Email: cmcgowan@wcqp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary E. Atchison**
P. O. Box 2002
Montgomery, AL 36102-2002
(334) 262-7232
Fax: 263-2321
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Monica Leonette Arrington**
PO Box 250091
Montgomery, AL 36125-0091
US
334-270-2007
Email: arringtonmon@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy Elaine Perry**
Alabama Education Association
P.O. Box 4177
Montgomery, AL 36103-4177
(334) 834-9790
Fax: 834-7034
Email: nancyp@alaedu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**H. Councill Trenholm State Technical College**                represented by   **Christopher W. Weller**
Capell Howard PC
PO Box 2069
Montgomery, AL 36102-2069
334-241-8066
Fax: 323-8888
Email: cww@chlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joan Yvette Davis**
Alabama Department of Postsecondary Education
401 Adams Avenue, Suite 280
Montgomery, AL 36104
334-242-2982
Fax: 334-242-2888
Email: jdavis@acs.cc.al.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Margaret L. Fleming**
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130-0152
334-353-3738
Fax: 334-353-8440
Email: mfleming@ago.state.al.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Turner Meadows, III**
Capell Howard PC
PO Drawer 2268
Opelika, AL 36803-2268
334-501-1540
Fax: 334-501-4512
Email: rtm@chlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Anthony Molina**                                              represented by   **Christopher W. Weller**
*individually and in his official capacity*                                      (See above for address)
*as President, H. Councill Trenholm*                                             *LEAD ATTORNEY*
*State Technical College*                                                        *ATTORNEY TO BE NOTICED*

                                **Joan Yvette Davis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Margaret L. Fleming**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Turner Meadows, III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alabama Department of Postsecondary Education**
*TERMINATED: 01/03/2007*

represented by **Christopher W. Weller**
(See above for address)
*TERMINATED: 01/03/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joan Yvette Davis**
(See above for address)
*TERMINATED: 01/03/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Margaret L. Fleming**
(See above for address)
*TERMINATED: 01/03/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Turner Meadows, III**
(See above for address)
*TERMINATED: 01/03/2007*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Roy W. Johnson**
*individually and in his official capacity as Chancellor of the Alabama Department of Postsecondary Education*

represented by **Christopher W. Weller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joan Yvette Davis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Margaret L. Fleming**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Turner Meadows, III**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/18/2006 | 1 | COMPLAINT against all defendants (Filing fee $ 250.00 receipt number 109019.), filed by Eileen D. Olive.(vma, ) Additional attachment(s) added on 1/24/2006 (vma, ). (Entered: 01/23/2006) |
| 01/18/2006 | | DEMAND for Trial by Jury by Eileen D. Olive. (No PDF attached; contained within doc. 1)(vma, ) (Entered: 01/23/2006) |
| 01/24/2006 | 2 | Summons Issued as to Roy W. Johnson, H. Councill Trenholm State Technical College, Anthony Molina, Alabama Department of Postsecondary Education. (vma, ) (Entered: 01/24/2006) |
| 01/24/2006 | 3 | NOTICE of Correction attaching corrected PDF (w/corrected signatures) re 1 Complaint (Attachments: # 1 corrected PDF)(vma, ) (Entered: 01/24/2006) |
| 01/24/2006 | | NOTICE of Assignment to Magistrate Judge mailed to counsel for Eileen D. Olive (vma, ) (Entered: 01/24/2006) |
| 01/26/2006 | 4 | Return Receipt Card showing service of summons and complaint signed by Veronica Thomas for H. Councill Trenholm State Technical College served on 1/25/2006, answer due 2/14/2006; Anthony Molina served on 1/25/2006, answer due 2/14/2006. (vma, ) (Entered: 01/27/2006) |
| 01/27/2006 | 5 | Return Receipt Card showing service of summons and complaint signed by Wallace McCarthy for Roy W. Johnson served on 1/26/2006, answer due 2/15/2006. (vma, ) (Entered: 01/30/2006) |
| 01/31/2006 | 6 | Return Receipt Card showing service of summons and complaint signed by Edward R. Moore for Alabama Department of Postsecondary Education served on 1/30/2006, answer due 2/21/2006. (vma, ) (Entered: 01/31/2006) |
| 02/13/2006 | 7 | MOTION for Extension of Time to File Answer re 1 Complaint by Roy W. Johnson, H. Councill Trenholm State Technical College, Anthony Molina, Alabama Department of Postsecondary Education. (djy, ) (Entered: 02/17/2006) |
| 02/24/2006 | 8 | ORDER granting 7 Motion for Extension of Time to Answer re 7 MOTION for Extension of Time to File Answer re 1 Complaint Answer due from Roy W. Johnson on 3/16/2006; H. Councill Trenholm State Technical College on 3/16/2006; Anthony Molina on 3/16/2006; |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                          |
|------------|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | Alabama Department of Postsecondary Education on 3/16/2006. Signed by Judge Vanzetta P. McPherson on 2/24/06. (vma, ) (Entered: 02/24/2006)                                                                                                                                                                                                                                              |
| 03/02/2006 |    | NOTICE of Assignment to Magistrate Judge mailed to counsel for Roy W. Johnson, H. Councill Trenholm State Technical College, Anthony Molina, Alabama Department of Postsecondary Education (vma, ) (Entered: 03/02/2006)                                                                                                                                                                |
| 03/16/2006 | 9  | MOTION to Dismiss *Or, In The Alternative, Motion For More Definite Statement* by Roy W. Johnson, H. Councill Trenholm State Technical College, Anthony Molina, Alabama Department of Postsecondary Education. (Fleming, Margaret) (Entered: 03/16/2006)                                                                                                                                |
| 03/16/2006 |    | MOTION for More Definite Statement by Roy W. Johnson, H. Councill Trenholm State Technical College, Anthony Molina, Alabama Department of Postsecondary Education. (No PDF attached; contained within doc. 9)(vma, ) (Entered: 03/17/2006)                                                                                                                                              |
| 03/22/2006 | 10 | ORDER re 9 MOTION to Dismiss *Or, In The Alternative, Motion For More Definite Statement* filed by Alabama Department of Postsecondary Education,, H. Councill Trenholm State Technical College,, Anthony Molina,, Roy W. Johnson, Response to Motion due by 4/21/2006. Reply Brief due by 5/11/2006. Motion Submission Deadline set for 5/11/2006. Signed by Judge Vanzetta P. McPherson on 3/22/06. (vma, ) (Entered: 03/22/2006) |
| 03/22/2006 | 11 | ORDER directing counsel for the parties to notify the Clerk of the court, on or before 4/5/06, whether they wish to consent to the Mag. Judge in writing by sending a completed consent form to the Clerk of the court as further set out. Signed by Judge Vanzetta P. McPherson on 3/22/06. (vma, ) (Entered: 03/22/2006)                                                              |
| 03/22/2006 | 12 | NOTICE by Roy W. Johnson, H. Councill Trenholm State Technical College, Anthony Molina, Alabama Department of Postsecondary Education re 11 Order, *Request for Reassignment of Case to a United States District Judge* (Fleming, Margaret) (Entered: 03/22/2006)                                                                                                                       |
| 03/22/2006 | 13 | Case Reassigned to Judge Mark E. Fuller and Vanzetta P. McPherson. Judge Vanzetta P. McPherson no longer assigned to the case as presiding judge. (vma, ) (Entered: 03/22/2006)                                                                                                                                                                                                         |
| 03/22/2006 |    | Motions No Longer Referred to Judge McPherson: 9 MOTION to Dismiss *Or, In The Alternative, Motion For More Definite Statement* (No PDF attached to this docket entry) (vma, ) (Entered: 03/22/2006)                                                                                                                                                                                    |
| 04/21/2006 | 14 | RESPONSE in Opposition re MOTION for More Definite Statement, 9 MOTION to Dismiss *Or, In The Alternative, Motion For More Definite Statement* filed by Eileen D. Olive. (McGowan, Candis) (Entered: 04/21/2006)                                                                                                                                                                        |
| 05/11/2006 | 15 | REPLY BRIEF re 14 Response in Opposition to Motion *to Dismiss or, in the Alternative, Motion for More Definite Statement* filed by Roy W.                                                                                                                                                                                                                                              |

|  |  |  |
|---|---|---|
|  |  | Johnson, H. Councill Trenholm State Technical College, Anthony Molina, Alabama Department of Postsecondary Education. (Fleming, Margaret) (Entered: 05/11/2006) |
| 06/05/2006 | 16 | NOTICE of Appearance by Monica Leonette Arrington on behalf of Eileen D. Olive (vma, ) (Entered: 06/06/2006) |
| 11/29/2006 |  | Due to the retirement of Judge Vanzetta P. McPherson this case has been reassigned to Judge Wallace Capel, Jr. as referral judge (NO PDF document attached to this notice.) (djy, ) (Entered: 11/29/2006) |
| 12/01/2006 | 17 | ORDER granting 9 Motion For More Definite Statement filed by Alabama Department of Postsecondary Education,, H. Councill Trenholm State Technical College,, Anthony Molina,, Roy W. Johnson and the plaintiff is directed to file an amended complaint by no later than 12/18/06; Amended Pleadings due by 12/18/2006; denying as moot 9 MOTION to Dismiss . Signed by Judge Mark E. Fuller on 12/1/06. (vma, ) (Entered: 12/01/2006) |
| 12/18/2006 | 18 | MOTION to Amend/Correct *Complaint* by Eileen D. Olive. (Attachments: # 1)(McGowan, Candis) Modified on 12/19/2006 to add relationship to 1 Complaint (wcl, ). (Entered: 12/18/2006) |
| 12/19/2006 | 19 | ORDER granting 18 Motion to Amend/Correct Complaint. Signed by Judge Mark E. Fuller on 12/19/2006. (wcl, ) (Entered: 12/19/2006) |
| 01/02/2007 | 20 | NOTICE of Appearance by Robert Turner Meadows, III on behalf of all defendants (Meadows, Robert) (Entered: 01/02/2007) |
| 01/02/2007 | 21 | MOTION for Extension of Time to File Answer *To Plaintiff's Amended Complaint* by Roy W. Johnson, H. Councill Trenholm State Technical College, Anthony Molina, Alabama Department of Postsecondary Education. (Meadows, Robert) (Entered: 01/02/2007) |
| 01/02/2007 |  | ***Attorney Christopher W. Weller for Roy W. Johnson, H. Councill Trenholm State Technical College, Anthony Molina, and Alabama Department of Postsecondary Education added pursuant to 20 Notice of Appearance. (NO PDF ATTACHED) (wcl, ) (Entered: 01/03/2007) |
| 01/03/2007 | 22 | AMENDED COMPLAINT (w/Jury Demand) against Roy W. Johnson, H. Councill Trenholm State Technical College, Anthony Molina, filed by Eileen D. Olive.(McGowan, Candis) Modified on 1/4/2007 - to add Jury Demand (vma, ). (Entered: 01/03/2007) |
| 01/04/2007 |  | NOTICE of Docket Text Correction re 22 Amended Complaint - Modified on 1/4/2007 - to add Jury Demand. (No PDF attached to this notice)(vma, ) (Entered: 01/04/2007) |
| 01/04/2007 | 23 | ORDER granting 21 Motion for Extension of Time to Answer plaintiff's Amended Complaint; Answer due from Roy W. Johnson on 1/23/2007; H. Councill Trenholm State Technical College on 1/23/2007; Anthony Molina on 1/23/2007.Roy W. Johnson answer due 1/23/2007. Signed by Judge Mark E. Fuller on 1/4/07. (vma, ) (Entered: 01/04/2007) |
|  |  |  |

| | | |
|---|---|---|
| 01/23/2007 | [24](#) | *Defendants'* ANSWER to Amended Complaint by Roy W. Johnson, H. Councill Trenholm State Technical College, Anthony Molina.(Meadows, Robert) (Entered: 01/23/2007) |
| 01/31/2007 | [25](#) | NOTICE of Change of Address by Candis A. McGowan (McGowan, Candis) (Entered: 01/31/2007) |
| 02/13/2007 | [26](#) | MOTION to Consolidate Cases *Defendants' Motion to Consolidate* by Roy W. Johnson, H. Councill Trenholm State Technical College, Anthony Molina. (Weller, Christopher) (Entered: 02/13/2007) |
| 02/14/2007 | [27](#) | ORDER TO SHOW CAUSE as to why [26](#) Motion to Consolidate w/Civil Action 2:06cv49-SRW should not be granted; Show Cause Response due by 3/23/2007. Signed by Judge Mark E. Fuller on 2/14/07. (djy, ) (Entered: 02/14/2007) |
| 02/22/2007 | [28](#) | MOTION for Partial Summary Judgment by Roy W. Johnson, H. Councill Trenholm State Technical College, Anthony Molina. (Weller, Christopher) (vma, ). (Entered: 02/22/2007) |
| 02/23/2007 | [29](#) | ORDER re [28](#) MOTION for Partial Summary Judgment filed by H. Councill Trenholm State Technical College,, Anthony Molina,, Roy W. Johnson, Motion Submission Deadline set for 3/16/2007 Response to Motion due by 3/9/2007. Reply Brief due by 3/16/2007. Signed by Judge Mark E. Fuller on 2/23/07. (vma, ) (Entered: 02/23/2007) |
| 03/07/2007 | [30](#) | MOTION for Extension of Time to File Response/Reply *Plaintiff's Unopposed Motion for Extension of Time to File Response to Defendants' Motion for Partial Summary Judgment* by Eileen D. Olive. (McGowan, Candis) (Entered: 03/07/2007) |
| 03/08/2007 | [31](#) | ORDER granting [30](#) MOTION for Extension of Time to File Response/Reply; plf shall file a Response which shall include a brief and any evidentiary materials on or before 3/23/2007; defendants may file a Reply Brief due by 3/30/2007. Signed by Judge Mark E. Fuller on 3/8/07. (djy, ) (Entered: 03/08/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/22/2007 14:33:28 | | | |
| **PACER Login:** | gs0093 | **Client Code:** | 017802-0010 |
| **Description:** | Docket Report | **Search Criteria:** | 2:06-cv-00048-MEF-WC |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |