# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **EILEEN OLIVE,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 2:06-cv-48-MEF-WC |
| | ) |
| **H. COUNCILL TRENHOLM STATE** | ) |
| **TECHNICAL COLLEGE, ET AL.,** | ) |
| | ) |
|     **Defendants.** | ) |

## REPORT OF PARTIES' PLANNING MEETING

    1.    **Appearances**. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on March 27th, 2007, via telephone, and was attended by:

    a.    Candis A. McGowan, Birmingham, Alabama; and Nancy E. Perry, Montgomery, Alabama on behalf of the plaintiff Eileen Olive.

    b.    Christopher W. Weller, Montgomery, Alabama and Robert T. Meadows, III, Opelika, Alabama on behalf of defendants H. Councill Trenholm State Technical College, Roy Johnson and Anthony Molina.

    2.    **Pre-Discovery Disclosures**. The parties will exchange by May 1, 2007 the information required by Fed R. Civ. P. 26(a)(1).

    3.    **Discovery Plan**. The parties jointly propose to the court the following discovery plan:

    A.    Discovery will be needed on the following subjects:

    (1)    Plaintiff's claims in the Complaint, and
    (2)    Defendants' defenses as alleged in the Answer.

    B.    All discovery commenced in time to be completed by May 12, 2008.

    C.    Maximum of thirty (30) interrogatories, including subparts, by each party to any other party. Responses due thirty (30) days after service.

    D.    Maximum of twenty (20) requests for admission, with no subparts allowed, by each party to any other party. Responses due thirty (30) days after service.

    E.    Maximum of fifteen (15) depositions by plaintiff and fifteen (15) by defendants. Each deposition is limited to maximum of seven (7) hours unless extended by agreement of parties.

    F.    Report from retained experts under Rule 26a)(2) due:

        (1) from plaintiff by March 4, 2008;

        (2) from defendants by April 4, 2008.

    G.    Supplements under Rule 26(e) are due 30 days before the close of discovery, or as soon as reasonably possible after the information and documents are discovered.

4. **Other Items**.

    A.    The parties do not request a conference with the court before entry of the scheduling order.

    B.    The plaintiff should be allowed until February 15, 2008 to join additional parties and amend the pleadings.

        The defendants should be allowed until March 17, 2008 to join additional parties and to amend the pleadings.

    C.    All potentially dispositive motions should be filed by June 16, 2008.

    D.    Settlement cannot be evaluated prior to the conclusion of discovery.

    E.    The parties request a final pretrial conference in August 2008.

    F.    The final lists of witnesses and exhibits under Rule 26(a)(3) should be due thirty (30) days prior to trial.

    G.    Parties should have ten (10) days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

    H.    The case should be ready for trial by September 2008, and at this time is expected to take approximately 3-4 days.

Respectfully submitted,


Date: March 27th, 2007

**ATTORNEYS FOR PLAINTIFF:**

/s/ Candis A. McGowan
Candis A. McGowan

OF COUNSEL:
Wiggins, Childs, Quinn & Pantazis
The Kress Building
301 19th Street North
Birmingham, AL  35203
Telephone:  (205) 314-0500
Facsimile:   (205) 254-1500
Email:             cmcgowan@wcqp.com

/s/ Nancy E. Perry
Nancy E. Perry
P.O. Box 4177
Montgomery, AL  36103-4177
Telephone:          (334) 834-9790
Facsimile:           (334) 834-7034
Email:                 nancyp@alaedu.org

**ATTORNEYS FOR DEFENDANTS:**

/s/ Christopher W. Weller
Christopher W. Weller
Capell Howard PC
P.O. Box 2069
Montgomery, AL  36102-2069
Telephone:  334-241-8066
Facsimile:   334-323-8888
Email:         cww@chlaw.com

/s/ Robert T. Meadows, III
Robert T. Meadows, III
Capell Howard PC
P.O. Drawer 2268
Opelika, AL  36803-2268
Telephone:  334-501-1540
Facsimile:   334-501-4512
Email:         rtm@chlaw.com