IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EILEEN OLIVE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action Number |
| v ) | 2:06-CV-48-MEF |
| ) | |
| H. COUNCILL TRENHOLM STATE ) | |
| TECHNICAL COLLEGE; ANTHONY ) | |
| MOLINA, et. al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO
DEFENDANTS' MOTION TO CONSOLIDATE (DOC. NO. 34)**

**COME NOW** Defendants and submit the following response to Plaintiff's Opposition to Defendants' Motion to Consolidate (Doc. no. 34).

1. On February 13, 2007, Defendants simultaneously filed Motions to Consolidate the cases of *Olive v. Trenholm State, et at*., Civil Action No.: 2:06-CV-48-MEF and W*alker v. Trenholm State, et al.*, Civil Action No.: 2:06-cv-ID-SRW. Plaintiffs Olive and Walker are represented by the same counsel.

2. The courts in the respective actions entered separate show cause orders requiring each Plaintiff to show cause why the actions should not be consolidated.

3. On February 23, 2007, Plaintiff Walker submitted his opposition to Defendant's Motion for Consolidation in the *Walker* litigation. Plaintiff Walker's opposition to consolidation is nearly identical to the opposition filed by Plaintiff Olive in this action on March 23, 2007.

4. On March 15, 2007, Defendants filed their response to Plaintiff Walker's opposition to consolidation, wherein they addressed all of the arguments currently raised in the

1

instant case by Plaintiff Olive in her opposition to consolidation.

5.     Accordingly, in the interest of judicial economy, Defendants submit and incorporate herein all of the arguments they previously asserted in reply to Plaintiff Walker's opposition to consolidation of these two actions.  Defendants have attached hereto as Exhibit "A" a true and correct copy of the reply submitted in the *Walker* litigation.

6.     For all of the reasons set forth in Defendants' reply to Plaintiff Walker's opposition to consolidation, Defendants respectfully request that this Court consolidate these matters for all purposes at the earliest possible moment.


Respectfully submitted,


s/Christopher W. Weller
CHRISTOPHER W. WELLER (WEL020)
ROBERT T. MEADOWS III (MEA012)
Attorneys for Defendants

OF COUNSEL:

Capell & Howard, P.C.
Skyway Professional Center
3120 Frederick Road, Suite B (36801)
Post Office Drawer 2268
Opelika, AL  36803
Telephone:  (334) 501-1540
Facsimile:  (334) 501-4512

Troy King, Attorney General
Office of Attorney General
11 S. Union Street
Montgomery, AL 36130-0152

Joan Y. Davis
Alabama Department of Post Secondary Education
401 Adams Avenue, Suite 280
Montgomery, Alabama 36104

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been served upon each of the following persons electronically *viá* CM/ECF filing system on this the 30th day of March, 2007.

| | |
|---|---|
| Candis A. McGowan<br>Wiggins, Childs, Quinn & Pantazis, L.L.C.<br>The Kress Building<br>301 -- 19th Street, North<br>Birmingham, AL 35203 | Nancy E. Perry<br>P. O. Box 4177<br>Montgomery, AL 36103-4177 |
| Gary E. Atchison<br>P.O. Box 2002<br>Montgomery, AL 36102 | Monica Arrington<br>P.O. Box 250091<br>Montgomery, AL 36125 |

                                              s/ Christopher W. Weller
                                              Christopher W. Weller (WEL020)