IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EILEEN OLIVE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:06-cv-48-MEF |
| | ) |
| H. COUNCILL TRENHOLM STATE | ) |
| TECHNICAL COLLEGE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This cause is before the Court on Defendants' Motion to Consolidate (Doc. # 26) filed on February 13, 2007. Defendants seek to consolidate this case with *Dr. Robert J. Walker v. H. Councill Trenholm State Technical College, et al.*, Case No. 2:06-cv-49-ID (M.D. Ala. filed Jan. 18, 2006). Senior United States District Judge DeMent entered an order in *Walker* denying the motion to consolidate given factual and legal dissimilarities inherent in the claims of the plaintiffs in these two cases. *See Walker*, Doc. # 32 at 6. The Court adopts the rationale of Judge DeMent's order. Therefore, it is hereby ORDERED that the Motion to Consolidate (Doc. # 26) is DENIED.

DONE this the 18th day of April, 2007.

                                                   /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE