IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EILEEN D. OLIVE, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )  CASE NO. 2:06-cv-48-MEF |
| | ) |
| H. COUNCILL TRENHOLM STATE | ) |
| TECHNICAL COLLEGE, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Amend/Correct (Doc. #32) filed on March 23, 20076, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 18th day of April, 2007.

                          /s/ Mark E. Fuller
                          CHIEF UNITED STATES DISTRICT JUDGE