IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EILEEN D. OLIVE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-48-MEF |
| | ) |
| H. COUNCILL TRENHOLM | ) |
| STATE TECHNICAL COLLEGE, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' ANSWER TO
PLAINTIFF'S CORRECTED AMENDED COMPLAINT**

**COME NOW** Defendants in the above-styled case and for its Answer to Plaintiff's Corrected and Amended Complaint states as follows:

As set forth in Plaintiff's Motion to File Corrected Amended Complaint (Doc. no. 33), the only substantive changes set forth in her Corrected Amended Complaint (Doc. no. 41) are the removal of references to 42 U.S.C. § 1983 from Count II and modification of the address of one of Plaintiff's counsel.

Accordingly, for its Answer to Plaintiff's Corrected Amended Complaint, Defendants re-assert and incorporate, as if fully set out herein, their previous Answer to Plaintiff's Amended Complain (Doc. no. 24), including all affirmative defenses.

                        Respectfully Submitted,

                        /s/ Robert T. Meadows, III
                        Robert T. Meadows, III (MEA012)
                        Christopher Weller (WEL020)
                        Attorneys for the Defendants

OF COUNSEL:

CAPELL & HOWARD, P.C
3120 B. Frederick Road (36801)
P.O. Drawer 2268
Opelika, Alabama 36803-2268
Telephone:    (334) 501-1540

Troy King, Attorney General
Office of Attorney General
11 S. Union Street
Montgomery, Alabama 36130-0152

Joan Y. Davis
General Counsel
Alabama Department of Postsecondary Education
401 Adams Avenue, Suite 280
Montgomery, Alabama 36104

2

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following on this the 8th day of May, 2007:

Ms. Candis A. McGowan  
John D. Saxon, P.C.  
2119 3rd Avenue North  
Birmingham, Alabama 35203

Ms. Nancy E. Perry  
P.O. Box 4177  
Montgomery, Alabama 36103-4177

Mr. Gary E. Atchison  
P.O. Box 2002  
Montgomery, Alabama 36102

Ms. Monica Arrington  
P.O. Box 250091  
Montgomery, Alabama 36125

        /s/Robert T. Meadows, III  
        OF COUNSEL