IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

EILEEN OLIVE

Plaintiff,

v.

TRENHOLM STATE TECHNICAL COLLEGE, et. al.

Defendants,

CASE NO. 2:06-cv-48-MEF

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Eileen Olive, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [X] This party is an individual, or
- [ ] This party is a governmental entity, or
- [X] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                  Relationship to Party

6/15/2007
Date

(Signature)

Candis A. McGowan
(Counsel's Name)

Eileen Olive - Plaintiff
Counsel for (print names of all parties)

Wiggins, Childs, Quinn & Pantazis, LLC, The Kress Building, 301 19th Street, Birmingham, AL 35203
Address, City, State Zip Code

(205) 314-0513
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, Candis A. McGowan_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 15th____ day of June_____ 20 07, to:

Margaret L. Fleming; Assistant Attorney General, Office of the Attorney General, 11 South Union Street

Montgomery, AL 36130-0152

Joan Y. Davis, Alabama Department of Postsecondary Education, P. O. Box 302130,

Montgomery, AL 36130-2130

Christopher W. Weller, Robert T. Meadows, III, Capell & Howard, P.C.; Skyway Professional Center,

P. O. Drawer 2268, Opelika, AL 36803

6/15/2007
Date                                             Signature