IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EILEEN P. OLIVE, | * |
| Plaintiff, | * |
| v. | * CASE NO. 2:06-cv-48-MEF-WC |
| H. COUNCILL TRENHOLM STATE TECHNICAL COLLEGE, et al., | |
| | * |
| Defendants. | |

**Plaintiff's Motion for Order of Substitution of Public Officials Pursuant to Rule 25(d), Federal Rules of Civil Procedure**

Comes now the plaintiff, by and through undersigned counsel of record, and in compliance with the Scheduling Order and pursuant to the provisions of Rule 25(d), Federal Rules of Civil Procedure, submits the following request for substitution of parties in this matter:

1.     Pursuant to the provisions of Fed. R. Civ. P. 25(d), plaintiff requests an order of substitution of public officer, Bradley Byrne, in his official capacity as Chancellor of the Alabama Department of Postsecondary Education.  The purpose of such substitution is to properly name the person who has been appointed Chancellor (after the removal of Roy Johnson from his former position as Chancellor) of Alabama Department of Postsecondary Education for the purposes of pursuing plaintiff's claims against defendant

Chancellor Johnson in his official capacity and for enforcement of any prospective relief.

2. The substitution of Chancellor Bradley Byrne, in his official capacity, is only for the claims against former Chancellor Johnson in his official capacity. Defendant Roy Johnson will remain a defendant in this matter for the claims against him in his individual capacity.

3. Pursuant to the provisions of Fed. R. Civ. P. 25(d), plaintiff requests an order of substitution of public officer, Samuel Munnerlyn, in his official capacity as Interim President of Trenholm State Technical College. The purpose of such substitution is to properly name the person who has been appointed Interim President (after the death of President Anthony Molina) of defendant Trenholm State Technical College for the purposes of pursuing plaintiff's claims against defendant President Molina in his official capacity and for enforcement of any prospective relief.

4. The substitution of Interim President Samuel Munnerlyn, in his official capacity, is only for the claims against deceased President Molina in his official capacity. Defendant Anthony Molina will remain a defendant in this matter for the claims against him in his individual capacity. Simultaneously with filing this motion, plaintiff has also filed a separate motion requesting that the defendants be ordered to identify the proper

representative of deceased defendant Molina's Estate and to file the proper motion to substitute said representative pursuant to Rule 25(a) of the Fed. R. Civ. P.

WHEREFORE, PREMISES CONSIDERED, counsel for the plaintiff respectfully requests an order of substitution of the two public officials pursuant to Fed. R. Civ. P. 25(d) for the reasons as set out herein.

Date:   July 3, 2007

>Respectfully submitted,

>/s/ Candis A. McGowan
>Candis A. McGowan
>Attorney for Plaintiff Eileen P. Olive

OF COUNSEL:
Wiggins, Childs, Quinn & Pantazis
The Kress Building
301 19th Street North
Birmingham, AL  35203
Telephone:   (205) 314-0500
Facsimile:   (205) 254-1500
Email:            cmcgowan@wcqp.com

>/s/ Nancy E. Perry
>Nancy E. Perry (PER029)
>Counsel for Plaintiff Eileen P. Olive
>P.O. Box 4177
>Montgomery, AL  36103-4177
>Telephone:   (334) 834-9790
>Facsimile:   (334) 834-7034
>Email:            nancyp@alaedu.org

Monica Leonette Arrington
Counsel for Plaintiff Eileen P. Olive
P.O. Box 25009
Montgomery, AL  36125-0091
Telephone:  (334) 270-2007

CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of July 2007, I served a copy of the above and foregoing upon the following attorneys by electronically filing the same with the CM/ECF system, which will send electronic notice of same to:

Joan Y. Davis
Alabama Department of Postsecondary Education
P.O. Box 302130
Montgomery, AL  36130-2130
Telephone:  334-242-2982
Facsimile:  334-242-2888
Email:       jdavis@acs.cc.al.us

Margaret Fleming
Office of Attorney General
11 South Union Street
Montgomery, AL  36130

Christopher W. Weller
Capell Howard PC
P.O. Box 2069
Montgomery, AL  36102-2069
Telephone:  334-241-8066
Facsimile:  334-323-8888
Email:       cww@chlaw.com

Robert Turner Meadows, III
Capell Howard PC
P.O. Drawer 2268
Opelika, AL  36803-2268
Telephone:  334-501-1540
Facsimile:  334-501-4512
Email:       rtm@chlaw.com

                                                   /s/ Candis A. McGowan
                                                   Counsel for the Plaintiff