**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **EILEEN P. OLIVE,** | * |
| **Plaintiff,** | * |
| v. | * CASE NO. 2:06-cv-48-MEF-WC |
| **H. COUNCILL TRENHOLM STATE TECHNICAL COLLEGE, et al.,** | |
| | * |
| **Defendants.** | |

**Plaintiff's Motion for Order to Identify Personal Representative and allow Substitution Pursuant to Rule 25(a), Federal Rules of Civil Procedure – Deceased Party Defendant**

Comes now the plaintiff, by and through undersigned counsel of record, and in compliance with this Court's Scheduling Order, and pursuant to the provisions of Rule 25(a), Federal Rules of Civil Procedure, moves this Court for an Order requiring the defendants to file the required motion for substitution for deceased defendant Anthony Molina. In support thereof, plaintiff shows the following:

1.  On or about April 7, 2007, defendant Anthony Molina died. Defendants have not filed any motion for substitution of the proper representative for the Estate of defendant Molina on plaintiff claims against him in his individual capacity.

2.	Plaintiff's counsel have been unable to determine whether letters of administration for the Estate of the said Anthony Molina have been issued and the identity of any executor, administrator or personal representative of the decedent.  On June 21, 2007, counsel for the plaintiff, Nancy E. Perry, made diligent inquiry of the office of the Probate Court of Montgomery County, Alabama and was advised by court staff that no estate for the said decedent has been opened.

3.	Counsel for the plaintiff would further show and represent to the court that this is an action for damages and injunctive relief and that the claims of plaintiff against defendant Molina in his individual capacity were not extinguished by the death of said defendant.

4.	Plaintiff cannot file the required motion for substitution for defendant Molina's estate without the identity of the proper representative of the same.

WHEREFORE, premises considered, plaintiff moves this Court to enter an Order (1) requiring defendants to reveal the name of the personal representative (and address or identity of the attorney for any such representative) or any other person representing the estate of said decedent, Anthony Molina, and (2) to file the proper motion of substitution for any such person so identified.  In the alternative, plaintiff would ask that she be

allowed to file the proper motion for substitution after any such person is so identified by defendants.

Date:   July 3, 2007

                                      Respectfully submitted,

                                      /s/ Candis A. McGowan
                                      Candis A. McGowan
                                      Attorney for Plaintiff Eileen P. Olive

OF COUNSEL:
Wiggins, Childs, Quinn & Pantazis
The Kress Building
301 19th Street North
Birmingham, AL  35203
Telephone:   (205) 314-0500
Facsimile:   (205) 254-1500
Email:            cmcgowan@wcqp.com


                                      /s/ Nancy E. Perry
                                      Nancy E. Perry (PER029)
                                      Counsel for Plaintiff Eileen P. Olive
                                      P.O. Box 4177
                                      Montgomery, AL  36103-4177
                                      Telephone:  (334) 834-9790
                                      Facsimile:  (334) 834-7034
                                      Email:            nancyp@alaedu.org


Monica Leonette Arrington
Counsel for Plaintiff Eileen P. Olive
P.O. Box 25009
Montgomery, AL  36125-0091
Telephone:  (334) 270-2007

3

CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of July 2007, I served a copy of the above and foregoing upon the following attorneys by electronically filing the same with the CM/ECF system, which will send electronic notice of same to:

Joan Y. Davis
Alabama Department of Postsecondary Education
P.O. Box 302130
Montgomery, AL  36130-2130
Telephone:  334-242-2982
Facsimile:  334-242-2888
Email:      jdavis@acs.cc.al.us

Margaret Fleming
Office of Attorney General
11 South Union Street
Montgomery, AL  36130

Christopher W. Weller
Capell Howard PC
P.O. Box 2069
Montgomery, AL  36102-2069
Telephone:  334-241-8066
Facsimile:  334-323-8888
Email:      cww@chlaw.com

Robert Turner Meadows, III
Capell Howard PC
P.O. Drawer 2268
Opelika, AL  36803-2268
Telephone:  334-501-1540
Facsimile:  334-501-4512
Email:      rtm@chlaw.com

/s/ Candis A. McGowan
Counsel for the Plaintiff