IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EILEEN D. OLIVE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-48-MEF |
| | ) |
| H. COUNCILL TRENHOLM STATE | ) |
| TECHNICAL COLLEGE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Order of Substitution of Public Officials Pursuant to Rule 25(d), Federal Rules of Civil Procedure (Doc. #44) and Motion for Order to Identify Personal Representative and Allow Substitution Pursuant to Rule 25(a), Federal Rules of Civil Procedure -- Deceased Party Defendant (Doc. #45) filed on July 3, 2007, it is hereby

ORDERED that the defendants show cause in writing on or before July 20, 2007 as to why the motions should not be granted.

DONE this the 12th day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE