IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

EILEEN OLIVE,

    Plaintiff,

v.                                             CASE NO. 2:06-CV-48-MEF

TRENHOLM STATE TECHNICAL COLLEGE, et. al.,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Roy W. Johnson, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ This party is an individual, or

☐ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|   |   |
|   |   |
|   |   |

7/13/2007
Date

(Signature) Robert T. Meadows, III

Robert T. Meadows, III
(Counsel's Name)

Trenholm State Technical College, Anthony Molina, deceased, & Roy W. Johnson
Counsel for (print names of all parties)

3120 B. Frederick Road (36801)
P.O. Drawer 2268, Opelika, Alabama 36803-2268
Address, City, State Zip Code

334-501-1540
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, Robert T. Meadows, III, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 13th day of July 20 07, to:

Margaret L. Fleming, Assistant Attorney General, Office of the Attorney General, 11 South Union Street

Montgomery, Alabama 36130-0152

Joan Y. Davis, Alabama Department of Postsecondary Education, P.O. Box 302130

Montgomery, Alabama 36130-2130

Candis A. McGowan, Wiggins, Childs, Quinn & Pantazis, The Kress Building, 301 19th Street

Birmingham, Alabama 35203

7/13/2007
Date

Robert T. Meadows, III
Signature