IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| EILEEN OLIVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action Number |
| | ) | |
| H. COUNCILL TRENHOLM STATE | ) | 2:06-CV-48-MEF |
| TECHNICAL COLLEGE; ANTHONY | ) | |
| MOLINA, individually and in his official | ) | |
| capacity as President, H. Councill | ) | |
| Trenholm State Technical College, and | ) | |
| ROY W. JOHNSON, individually and | ) | |
| in his official capacity as Chancellor of | ) | |
| the Alabama Department of | ) | |
| Postsecondary Education, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' RESPONSE TO MOTION FOR ORDER
OF SUBSTITUTION OF PUBLIC OFFICIALS (DOCUMENT # 44)**

COME NOW the Defendants, H. Councill Trenholm State Technical College, Anthony Molina, deceased, and Roy W. Johnson, by and through their undersigned attorneys of record, and in accordance with this Honorable Court's Order dated July 12, 2007, respectfully advise the Court and opposing counsel that they have no objection to the Plaintiff's Motion for Order of Substitution of Public Officials (Document # 44) pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

                        Respectfully submitted,

                        */s/ Robert T. Meadows, III*
                        Robert T. Meadows, III (MEA012)
                        One of the Attorneys for the Defendants

OF COUNSEL:

CAPELL & HOWARD, P.C
3120 B. Frederick Road (36801)
P.O. Drawer 2268
Opelika, Alabama 36803-2268
Telephone:    (334) 501-1540


Mr. Christopher Weller, Esq.
CAPELL & HOWARD, P.C
150 South Perry Street
Montgomery, Alabama 36104
Telephone: (334) 241- 8066

Mr. Troy King, Attorney General
Office of Attorney General
11 S. Union Street
Montgomery, Alabama 36130-0152

Ms. Joan Y. Davis, Esq.
Alabama Department of Postsecondary Education
401 Adams Avenue, Suite 280
Montgomery, Alabama 36104


## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following on this the 17th day of July, 2007:


Ms. Candis A. McGowan, Esq.
Wiggins, Childs, Quinn & Pantazis
The Kress Building
301 19th Street
Birmingham, Alabama 35203

Ms. Nancy E. Perry, Esq.
P.O. Box 4177
Montgomery, Alabama 36103-4177

Mr. Gary E. Atchison, Esq.
P.O. Box 2002
Montgomery, Alabama 36102

Ms. Monica Arrington, Esq.
P.O. Box 250091
Montgomery, Alabama 36125

                                                */s/ Robert T. Meadows, III*
                                                OF COUNSEL