IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **EILEEN OLIVE,** ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number |
| ) | |
| **H. COUNCILL TRENHOLM STATE** ) | 2:06-CV-48-MEF |
| **TECHNICAL COLLEGE; ANTHONY** ) | |
| **MOLINA, individually and in his official** ) | |
| **capacity as President, H. Councill** ) | |
| **Trenholm State Technical College, and** ) | |
| **ROY W. JOHNSON, individually and** ) | |
| **in his official capacity as Chancellor of** ) | |
| **the Alabama Department of** ) | |
| **Postsecondary Education,** ) | |
| ) | |
|    **Defendants.** ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR ORDER TO IDENTIFY PERSONAL REPRESENTATIVE AND ALLOW SUBSTITUTION PURSUANT TO RULE 25(a) (DOCUMENT # 45)**

COME NOW the Defendants, H. Councill Trenholm State Technical College, Anthony Molina, deceased, and Roy W. Johnson, by and through their undersigned attorneys of record, and in response to the Plaintiff's Motion for Order to Identify Personal Representative and Allow Substitution Pursuant to Rule 25(a) (Document # 45) heretofore filed in this cause on July 3, 2007, say as follows:

1.    Defendant Anthony Molina died on or about April 7, 2007.

2.    Dr. Molina left a will naming his wife, Sonya Molina, as the Executrix/ Personal Representative of his estate.

3. On information and belief, there has been no probate of the estate in Alabama.

4. Mrs. Molina's address is 2553 Winchester Road, Montgomery, Alabama 36106.

5. Although these Defendant's do not object to substitution of Mrs. Molina in her representative capacity pursuant to Rule 25(a) of the *Federal Rules of Civil Procedure*, they respectfully deny that Dr. Molina did anything which justifies any action against him in his individual capacity or against his estate.

Respectfully submitted,

*/s/ Robert T. Meadows, III*________
Robert T. Meadows, III (MEA012)
One of the Attorneys for the Defendants

OF COUNSEL:

CAPELL & HOWARD, P.C
3120 B. Frederick Road (36801)
P.O. Drawer 2268
Opelika, Alabama 36803-2268
Telephone: (334) 501-1540

Mr. Christopher Weller, Esq.
CAPELL & HOWARD, P.C
150 South Perry Street
Montgomery, Alabama 36104
Telephone: (334) 241- 8066

Mr. Troy King, Attorney General
Office of Attorney General
11 S. Union Street
Montgomery, Alabama 36130-0152

Ms. Joan Y. Davis, Esq.
Alabama Department of Postsecondary Education
401 Adams Avenue, Suite 280
Montgomery, Alabama 36104

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following on this the 19th day of July, 2007:

Ms. Candis A. McGowan, Esq.
Wiggins, Childs, Quinn & Pantazis
The Kress Building
301 19th Street
Birmingham, Alabama 35203

Ms. Nancy E. Perry, Esq.
P.O. Box 4177
Montgomery, Alabama 36103-4177

Mr. Gary E. Atchison, Esq.
P.O. Box 2002
Montgomery, Alabama 36102

Ms. Monica Arrington, Esq.
P.O. Box 250091
Montgomery, Alabama 36125

                                                               */s/ Robert T. Meadows, III*
                                                               OF COUNSEL