**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **EILEEN OLIVE,** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Case No. 2:06-CV-48-MEF |
| ) | |
| **TRENHOLM STATE TECHNICAL** ) | |
| **COLLEGE, et al.,** ) | |
| ) | |
| *Defendant.* ) | |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the order of this Court, the undersigned party to the above-captioned matter does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtors, creditors' committee, or other entities reportable under the provision of the Middle District of Alabama's general Order No. 3047:

Sonya Molina, wife of the deceased and Executrix/ Personal Representative for the Estate of Anthony Molina.

Under the terms of Dr. Molina's Last Will and Testament, the beneficiaries are:

Mrs. Molina and their children Anthony Molina, Jr., Michael Molina, Ayanna Molina- Mills, and Nia Molina.

July 19, 2007                              */s/ Robert T. Meadows, III*
Date                                        One of the Attorneys for Defendant,
                                            Anthony Molina, deceased

OF COUNSEL:

CAPELL & HOWARD, P.C.
3120 B. Frederick Road (36801)
P.O. Drawer 2268
Opelika, Alabama 36803-2268
Telephone: (334) 501-1640
Facsimile: (334) 501-4512

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  I have served an exact copy of the above and foregoing by placing the same in the United States mail, postage prepaid, properly addressed, this the 19th day of July, 2007, upon the following:

Ms. Margaret L. Fleming, Esq.
Assistant Attorney General
Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130-0152

Ms. Joan Y. Davis, Esq.
Alabama Department of Postsecondary Education
P.O. 302130
Montgomery, Alabama 36130-2130

Ms. Candis A. McGowan, Esq.
Wiggins, Childs, Quinn & Pantazis
The Kress Building
301 19th Street
Birmingham, Alabama 35203

                              */s/ Robert T. Meadows, III*
                              OF COUNSEL