IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EILEEN OLIVE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:06-cv-48-MEF |
| | ) |
| H. COUNCILL TRENHOLM STATE | ) |
| TECHNICAL COLLEGE, ANTHONY | ) |
| MOLINA, individually, ROY JOHNSON, | ) |
| individually, BRADLEY BYRNE, in his | ) |
| official capacity as Chancellor of the | ) |
| Alabama Department of Postsecondary | ) |
| Education, SAMUEL MUNNERLYN, in his | ) |
| official capacity as Interim President of | ) |
| Trenholm State Technical College, | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

Upon consideration of the Plaintiff's Motion for Order of Substitution of Public Officials Pursuant to Rule 25(d), Federal Rules of Civil Procedure (Doc. # 44) filed on July 3, 2007, it is hereby ORDERED as follows:

(1) The Motion (Doc. # 44) is GRANTED.

(2) The Clerk of the Court is DIRECTED to change the caption of the case to reflect the following changes: that this action is proceeding against Bradley Bryne in his official capacity as Chancellor of the Alabama Department of Postsecondary Education; that Roy Johnson is no longer a defendant in his official capacity but will remain a defendant in this matter for the claims against him in his individual capacity; that this action is proceeding

against Samuel Munnerlyn in his official capacity as Interim President of Trenholm State Technical College; and that Anthony Molina is no longer a defendant in his official capacity but will remain a defendant in this matter for the claims against him in his individual capacity.

(3) The parties are directed to use the new caption as it appears on this Order for all future submissions of the Court.

DONE this the 31st day of July, 2007.

                                    /s/ Mark E. Fuller
                            CHIEF UNITED STATES DISTRICT JUDGE