IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EILEEN OLIVE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:06-cv-48-MEF |
| | ) |
| H. COUNCILL TRENHOLM STATE | ) |
| TECHNICAL COLLEGE, ANTHONY | ) |
| MOLINA, individually, ROY JOHNSON, | ) |
| individually, BRADLEY BYRNE, in his | ) |
| official capacity as Chancellor of the | ) |
| Alabama Department of Postsecondary | ) |
| Education, SAMUEL MUNNERLYN, in his | ) |
| official capacity as Interim President of | ) |
| Trenholm State Technical College, | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

Upon consideration of the Plaintiff's Motion for Order to Identify Personal Representative and Allow Substitution Pursuant to Rule 25(a), Federal Rules of Civil Procedure - Deceased Party Defendant (Doc. # 45) filed on July 3, 2007, it is hereby ORDERED as follows:

(1) To the extent the motion seeks an order identifying a personal representative of Defendant Anthony Molina, the Motion (Doc. # 45) is DENIED as moot in light of the Defendants' response identifying Sonya Molina as the Executrix/Personal Representative.

(2) To the extent the motion seeks to allow substitution pursuant to Rule 25(a), the Motion (Doc. # 45) is DENIED with leave to refile because the Plaintiff has not

demonstrated compliance with the procedural requirements of Federal Rule of Civil Procedure 25(a)(1).

    DONE this the 31st day of July, 2007.

                                    /s/ Mark E. Fuller
                         CHIEF UNITED STATES DISTRICT JUDGE