IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EILEEN OLIVE, | ) |
|    Plaintiff, | ) ) ) |
| v. | )   CASE NO. 2:06-cv-48-MEF ) |
| H. COUNCILL TRENHOLM STATE TECHNICAL COLLEGE, ANTHONY MOLINA, individually, ROY JOHNSON, individually, BRADLEY BYRNE, in his official capacity as Chancellor of the Alabama Department of Postsecondary Education, SAMUEL MUNNERLYN, in his official capacity as Interim President of Trenholm State Technical College, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

# **ORDER**

Upon consideration of the Defendants' Motion for Partial Summary Judgment (Doc. #28) filed on February 22, 2007, Plaintiff's Response (Doc. #33) filed on March 23, 2007, Defendants' Reply (Doc. #36) filed on March 30, 2007, and the Order (Doc. #53) entered on July 31, 2007, it is hereby ORDERED that Defendants' Motion for Partial Summary Judgment (Doc. #28) is DENIED as moot.

DONE this the 4th day of September, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE