**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 16, 2008

# NOTICE OF DEFICIENCY REGARDING CORPORATE/ CONFLICT STATEMENT

**To:** Bradley Byrne

**From:** Clerk's Office

**Case Style: Olive v. H. Councill Trenholm State Technical College et al**

**Case Number: 2:06-cv-00048-MEF**

**Notice is hereby given that pursuant to the Federal Rules of Civil Procedure 7.1, and this Court's General Order Miscellaneous Case No. 00-3047 parties are required to file their Corporate/Conflict Disclosure Statement at their initial appearance.**

**No corporate/conflict disclosure statement has been filed by you in this action.**

**This deficiency must be corrected within ten (10) days from this date. Please refer to attachment.**