IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EILEEN D. OLIVE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO.: 2:06-CV-48-MEF |
| | ) |
| H. COUNCILL TRENHOLM STATE | ) |
| TECHNICAL COLLEGE, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE DISPOSITIVE MOTIONS**

**COME NOW** the Defendants, by and through their undersigned counsel, and respectfully move this Honorable Court for an extension of time within which to file dispositive motions. As grounds for this motion the Defendants show unto the Court the following:

1. This matter is set for trial commencing on September 29, 2008.

2. Since the entry of the Court's Scheduling Order, several changes have occurred within the management of the two-year college system as well as within the management of H. Councill Trenholm State Technical College making the task of conducting interviews, investigations, document production, taking of depositions and the completion of other forms of discovery in this matter difficult.

3. Additionally, Dr. Anthony Molina, an original defendant, passed away during the pendency of this matter and no estate for him has been opened to our knowledge. This has further complicated the conducting of discovery.

4. Also, the fact that the Defendant, Dr. Roy Johnson, has had well publicized problems in federal court in Birmingham, has added to the difficulty of preparing this case.

1119587

5. Since the placement of permanent and/or interim management personnel at Postsecondary Education and at Trenholm Tech, the parties have engaged in diligent settlement negotiations in an effort to resolve this matter. The parties attempted to settle this matter prior to conducting extensive and expensive discovery. To date, the parties have not been able to reach a settlement in this matter and must now proceed with further discovery.

6. The parties are currently scheduling depositions of parties and witnesses to be conducted within the next several weeks. Said depositions are necessary prior to Defendants' filing of dispositive motions.

7. This Court's Uniform Scheduling Order establishes May 30, 2008, as a deadline for the filing of any dispositive motions. The Defendants respectfully request this Honorable Court to extend the time for filing any dispositive motions to and including June 20, 2008.

8. Defendants' counsel and Plaintiff's counsel have conferred regarding this request and counsel for the Plaintiff has indicated that she is not opposed to an extension until June 20, 2008, for the filing of any dispositive motions.

**WHEREFORE, PREMISES CONSIDERED**, the Defendants respectfully request this Honorable Court to extend the time for filing dispositive motions to and including June 20, 2008. The Defendants respectfully request such other, different and general relief to which they may be entitled under the circumstances.

Respectfully submitted,

*s/Robert T. Meadows, III*
Robert T. Meadows III (MEA012)
One of the Attorneys for the Defendants

1119587

OF COUNSEL:
Capell & Howard, P.C.
Skyway Professional Center
3120 Frederick Road, Suite B (36801)
Post Office Drawer 2268
Opelika, AL  36803
Telephone:  (334) 501-1540
Facsimile:  (334) 501-4512

            */s/ Terrie S. Biggs*
            Terrie Scott Biggs (BIG006)

OF COUNSEL:
Capell & Howard, P.C.
P.O. Box 2069
Montgomery, Alabama 36102-2069
Telephone (334) 241-8091
Facsimile (334) 241-8291


Troy King, Attorney General
Margaret L. Fleming, Assistant Attorney General
Office of Attorney General
11 S. Union Street
Montgomery, AL 36130-0152


Joan Y. Davis
Alabama Department of Postsecondary Education
401 Adams Avenue, Suite 280
Montgomery, AL 36104

1119587

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been served upon each of the following persons electronically via CM/ECF filing system on this the 21st day of May, 2008:

| | |
|---|---|
| Ms. Candis A. McGowan, Esq.<br>Wiggins, Childs, Quinn & Pantazis<br>The Kress Building<br>301 19th Street<br>Birmingham, Alabama 35203 | Nancy E. Perry<br>P. O. Box 4177<br>Montgomery, AL 36103-4177 |
| Gary E. Atchison<br>P. O. Box 2002<br>Montgomery, AL 36102 | Monica Arrington<br>P. O. Box 250091<br>Montgomery, AL 36125 |

                                      *s/Robert T. Meadows, III*
                                      OF COUNSEL

1119587