IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EILEEN D. OLIVE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-48-MEF |
| | ) |
| H. COUNCILL TRENHOLM STATE | ) |
| TECHNICAL COLLEGE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the defendants' Motion for Extension of Time to File Dispositive Motions (Doc. #60) filed on May 21, 2008, it is hereby

ORDERED that the motion is GRANTED to and including June 20, 2008. The parties are notified that due to the extension of the dispositive motion deadline, the Court may not have a ruling on dispositive motions by the pretrial conference.

DONE this the 23rd day of May, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE