**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **EILEEN D. OLIVE,** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | **CASE NO. 2:06cv-48-MEF** |
| ) | |
| **H. COUNCILL TRENHOLM STATE** ) | |
| **TECHNICAL COLLEGE, et al.** ) | |
| ) | |
| *Defendants.* ) | |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that the following discovery documents have been served on counsel for Plaintiff:

1. Defendant H. Councill Trenholm State Technical College's Responses to the Plaintiff's First Interrogatories and Requests for Production of Documents.

    Respectfully Submitted,

    s/ Terrie S. Biggs
    Robert T. Meadows, III (MEA012)
    Terrie S. Biggs (BIG006)
    Attorneys for Defendants

OF COUNSEL:

CAPELL & HOWARD, P.C
3120 B. Frederick Road (36801)
P.O. Drawer 2268
Opelika, Alabama 36803-2268
Telephone:    (334) 501-1540

CAPELL & HOWARD, P.C
150 South Perry Street
Montgomery, Alabama 36104
Telephone: (334) 241- 8066

Troy King, Attorney General
Office of Attorney General
11 S. Union Street
Montgomery, Alabama 36130-0152

Joan Y. Davis
Alabama Department of Postsecondary Education
401 Adams Avenue, Suite 280
Montgomery, Alabama 36104

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2008, I electronically filed the foregoing with the Clerk of the Court, which will send notification of such filing to the following:

Ms. Candis A. McGowan
John D. Saxon, P.C.
2119 3rd Avenue North
Birmingham, Alabama 35203

Mr. Gary E. Atchison
P.O. Box 2002
Montgomery, Alabama 36102

Ms. Monica Arrington
P.O. Box 250091
Montgomery, Alabama 36125

Ms. Nancy E. Perry
P.O. Box 4177
Montgomery, Alabama 36103-4177

s/ Terrie S. Biggs
Terrie S. Biggs (BIG006)