**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **EILEEN D. OLIVE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 2:06-CV-48-MEF |
| ) | |
| **H. COUNCILL TRENHOLM STATE** ) | |
| **TECHNICAL COLLEGE, ANTHONY** ) | |
| **MOLINA, individually, ROY JOHNSON,** ) | |
| **individually, BRADLEY BYRNE, in his** ) | |
| **official capacity as Chancellor of the** ) | |
| **Alabama Department of Postsecondary** ) | |
| **Education, SAMUEL MUNNERLYN in his** ) | |
| **official capacity as Interim President of** ) | |
| **Trenholm State Technical College,** ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COME NOW the Defendants, H. Councill Trenholm State Technical College, Anthony Molina, Roy Johnson, Samuel Munnerlyn, and Bradley Byrne, by and through their undersigned counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and hereby move that this Honorable Court grant summary judgment as to all Defendants on all counts in the above-captioned action on the grounds that there is no genuine dispute as to any material fact and that the Defendants are entitled to judgment as a matter of law based upon the pleadings, depositions, exhibits and affidavit on file together with their brief.

Respectfully submitted,

*/s/ Terrie S. Biggs*
ROBERT T. MEADOWS, (MEA012)
TERRIE S. BIGGS (BIG006)
*Attorneys for the Defendants*

OF COUNSEL:
Capell & Howard, P.C.
P.O. Box 2069
Montgomery, Alabama 36102-2069
Telephone (334) 241-8091
Facsimile (334) 241-8291


Troy King, Attorney General
Margaret L. Fleming, Assistant Attorney General
Office of Attorney General
11 S. Union Street
Montgomery, AL 36130-0152


Joan Y. Davis
Alabama Department of Postsecondary Education
401 Adams Avenue, Suite 280
Montgomery, AL 36104


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon each of the following persons electronically via CM/ECF filing system on this the 20th day of June, 2008:

| | |
|---|---|
| Ms. Candis A. McGowan, Esq.<br>Wiggins, Childs, Quinn & Pantazis<br>The Kress Building<br>301 19th Street<br>Birmingham, Alabama 35203 | Nancy E. Perry<br>P. O. Box 4177<br>Montgomery, AL 36103-4177 |
| Gary E. Atchison<br>P. O. Box 2002<br>Montgomery, AL 36102 | Monica Arrington<br>P. O. Box 250091<br>Montgomery, AL 36125 |

*/s/ Terrie S. Biggs*
OF COUNSEL

1121395                                      2