# EXHIBIT 1

**Eileen Olive – Contracts of Employment**

# H. COUNCILL TRENHOLM STATE TECHNICAL COLLEGE
## CONTRACT OF EMPLOYMENT

This employment agreement is made this the __13th__ day of __August 2007__, between H. Councill Trenholm State Technical College, the employer, and __Eileen Olive__, the employee, and conditional upon acceptance hereof by the employer, will confirm the employee's appointment as __Program Coordinator Adult Education__ at H. Councill Trenholm State Technical College for the contract period commencing on __September 1, 2007__, and ending __August 31, 2008__. As determined from the employee's credentials and in accordance with the current Salary Schedule __D3__, Rank __02__, Step __24__, the salary will be $ __66,310.00__ for the contract period.

**The employee understands and agrees that his/her employment at the College is contingent upon the continued availability of funds from the Adult Education Grant and DPE Grant for payment. The employee agrees that the loss of funds for this position in the Adult Education Grant and DPE Grant would constitute good and just cause for terminating this position and possibly his/her employment at the College.**

It is the responsibility of all College employees to complete property inventory and/or submit to the proper College offices and divisions the following: roll books; record books; grades; library books; library, parking, and other fines; keys; equipment and supplies. Until the College employee has accomplished such, the College has the right to hold all funds (regardless of the source) due to the College employee at the end of any pay period of the institution. Such funds shall be released to the College employee upon compliance with the above requirements.

All College employees whose employment has been terminated must execute the "Standard Faculty/Staff Release Form". This form is available in the Business Office and requires official releases from various College offices and divisions. After securing the official releases required by the form, the faculty or staff member must submit the form to the College Payroll Office. The College has the right to hold all funds (regardless of the source) due to the terminating employee until all parties have executed the "Standard Faculty/Staff Release Form" properly and completely. Such funds shall be released to the College employee upon compliance with the above requirements.

Duties and responsibilities of this position are subject to all laws, policies, procedures, and regulations promulgated by the institution and its governing board.

This contract will be subject to withholding for (1) State and Federal income tax, (2) FICA, and (3) Teacher Retirement, if applicable, and other authorized optional payroll deductions.

Acceptance of this offer of employment and the provisions of this contract should be indicated by signing in the space provided and returning the original and one copy of this contract to the Business Office within five (5) days of the Employee's receipt thereof.

### H. COUNCILL TRENHOLM STATE TECHNICAL COLLEGE

By: _____
Interim President

I acknowledge that I have read and understand all provisions of the foregoing Contract of Employment. I accept this offer of employment and agree to abide by all provisions of the foregoing Contract.

Employee: _____
Signature

Date: _____

# H. COUNCILL TRENHOLM STATE TECHNICAL COLLEGE
## CONTRACT OF EMPLOYMENT

This employment agreement is made this the __3¹st__ day of __August 2006__, between H. Councill Trenholm State Technical College, the employer, and __Eileen Olive__, the employee, and conditional upon acceptance hereof by the employer, will confirm the employee's appointment as __Program Coordinator Adult Education__ at H. Councill Trenholm State Technical College for the contract period commencing on __September 1, 2006__, and ending __August 31, 2007__. As determined from the employee's credentials and in accordance with the current Salary Schedule __D3__, Rank __02__, Step __23__, the salary will be $ __61,972.00__ for the contract period.

**The employee understands and agrees that his/her employment at the College is contingent upon the continued availability of funds from the Adult Education Grant and DPE Grant for payment. The employee agrees that the loss of funds for this position in the Adult Education Grant and DPE Grant would constitute good and just cause for terminating this position and possibly his/her employment at the College.**

It is the responsibility of all College employees to complete property inventory and/or submit to the proper College offices and divisions the following: roll books; record books; grades; library books; library, parking, and other fines; keys; equipment and supplies. Until the College employee has accomplished such, the College has the right to hold all funds (regardless of the source) due to the College employee at the end of any pay period of the institution. Such funds shall be released to the College employee upon compliance with the above requirements.

All College employees whose employment has been terminated must execute the "Standard Faculty/Staff Release Form". This form is available in the Business Office and requires official releases from various College offices and divisions. After securing the official releases required by the form, the faculty or staff member must submit the form to the College Payroll Office. The College has the right to hold all funds (regardless of the source) due to the terminating employee until all parties have executed the "Standard Faculty/Staff Release Form" properly and completely. Such funds shall be released to the College employee upon compliance with the above requirements.

Duties and responsibilities of this position are subject to all laws, policies, procedures, and regulations promulgated by the institution and its governing board.

This contract will be subject to withholding for (1) State and Federal income tax, (2) FICA, and (3) Teacher Retirement, if applicable, and other authorized optional payroll deductions.

Acceptance of this offer of employment and the provisions of this contract should be indicated by signing in the space provided and returning the original and one copy of this contract to the Business Office within five (5) days of the Employee's receipt thereof.

H. COUNCILL TRENHOLM STATE TECHNICAL COLLEGE

By: _____
President

I acknowledge that I have read and understand all provisions of the foregoing Contract of Employment. I accept this offer of employment and agree to abide by all provisions of the foregoing Contract.

Employee: _____
Signature

# H. COUNCILL TRENHOLM STATE TECHNICAL COLLEGE
## CONTRACT OF EMPLOYMENT

This employment agreement is made this the __22nd__ day of __August 2005__, between H. Councill Trenholm State Technical College, the employer, and __Eileen Olive__, the employee, and conditional upon acceptance hereof by the employer, will confirm the employee's appointment as __Program Coordinator Adult Education__ at H. Councill Trenholm State Technical College for the contract period commencing on __September 1, 2005__, and ending __August 31, 2006.__ As determined from the employee's credentials and in accordance with the current Salary Schedule __D3__, Rank __02__, Step __22__, the salary will be $ __59,021.00__ for the contract period.

It is the responsibility of all College employees to complete property inventory and/or submit to the proper College offices and divisions the following: roll books; record books; grades; library books; library, parking, and other fines; keys; equipment and supplies. Until the College employee has accomplished such, the College has the right to hold all funds (regardless of the source) due to the College employee at the end of any pay period of the institution. Such funds shall be released to the College employee upon compliance with the above requirements.

All College employees whose employment has been terminated must execute the "Standard Faculty/Staff Release Form". This form is available in the Business Office and requires official releases from various College offices and divisions. After securing the official releases required by the form, the faculty or staff member must submit the form to the College Payroll Office. The College has the right to hold all funds (regardless of the source) due to the terminating employee until all parties have executed the "Standard Faculty/Staff Release Form" properly and completely. Such funds shall be released to the College employee upon compliance with the above requirements.

Duties and responsibilities of this position are subject to all laws, policies, procedures, and regulations promulgated by the institution and its governing board.

This contract will be subject to withholding for (1) State and Federal income tax, (2) FICA, and (3) Teacher Retirement, if applicable, and other authorized optional payroll deductions.

Acceptance of this offer of employment and the provisions of this contract should be indicated by signing in the space provided and returning the original and one copy of this contract to the Business Office within five (5) days of the Employee's receipt thereof.

**H. COUNCILL TRENHOLM STATE TECHNICAL COLLEGE**

By: _[signature]_
President

I acknowledge that I have read and understand all provisions of the foregoing Contract of Employment. I accept this offer of employment and agree to abide by all provisions of the foregoing Contract.

Employee: _[signature]_
Signature

Date: _8/29/05_

## H. COUNCILL TRENHOLM STATE TECHNICAL COLLEGE
## CONTRACT OF EMPLOYMENT

This employment agreement is made this the __26th__ day of __August 2004__, between H. Councill Trenholm State Technical College, the employer, and __Eileen Olive__, the employee, and conditional upon acceptance hereof by the employer, will confirm the employee's appointment as __Program Coordinator Adult Education__ at H. Councill Trenholm State Technical College for the contract period commencing on __September 1, 2004__, and ending __August 31, 2005.__ As determined from the employee's credentials and in accordance with the current Salary Schedule __D3__, Rank __02__, Step __21__, the salary will be $ __55,680.00__ for the contract period.

It is the responsibility of all College employees to complete property inventory and/or submit to the proper College offices and divisions the following: roll books; record books; grades; library books; library, parking, and other fines; keys; equipment and supplies. Until the College employee has accomplished such, the College has the right to hold all funds (regardless of the source) due to the College employee at the end of any pay period of the institution. Such funds shall be released to the College employee upon compliance with the above requirements.

All College employees whose employment has been terminated must execute the "Standard Faculty/Staff Release Form". This form is available in the Business Office and requires official releases from various College offices and divisions. After securing the official releases required by the form, the faculty or staff member must submit the form to the College Payroll Office. The College has the right to hold all funds (regardless of the source) due to the terminating employee until all parties have executed the "Standard Faculty/Staff Release Form" properly and completely. Such funds shall be released to the College employee upon compliance with the above requirements.

Duties and responsibilities of this position are subject to all laws, policies, procedures, and regulations promulgated by the institution and its governing board.

This contract will be subject to withholding for (1) State and Federal income tax, (2) FICA, and (3) Teacher Retirement, if applicable, and other authorized optional payroll deductions.

Acceptance of this offer of employment and the provisions of this contract should be indicated by signing in the space provided and returning the original and one copy of this contract to the Business Office within five (5) days of the Employee's receipt thereof.

### H. COUNCILL TRENHOLM STATE TECHNICAL COLLEGE

By: _____
President

I acknowledge that I have read and understand all provisions of the foregoing Contract of Employment. I accept this offer of employment and agree to abide by all provisions of the foregoing Contract.

Employee: _____
Signature

Date: ___8/23/04___

# EXHIBIT 2

**Education Specialist
Job Description**

# H. COUNCILL TRENHOLM
# STATE TECHNICAL COLLEGE

## *JOB DESCRIPTION*

**Position Title:** Education Specialist

**Date Developed:** July 3, 2003

**Department/Division:** Adult Education and Skills Training Division

**Accountability:** President. This position will be evaluated annually by the President.

**FLSA (exempt/non-exempt):** Exempt

**Salary Schedule:** C-3

## SCOPE OF RESPONSIBILITY:

- Area supervisor for adult education programs operating within the H. Councill Trenholm State Technical College Adult Education Consortium to include serving as liaison (50% time) with the Superintendent of Montgomery Public Schools and 50% time with other Superintendents of Education in the service area. Act as the focal point for the development and implementation of new adult education programs within the college service area.

## RESPONSIBILITIES

At a minimum, the essential functions of the Education Specialist for H. Councill Trenholm State Technical College shall include:

- Monitors the activities of adult education consortium programs to insure compliance with federal, state, and college regulations and procedures.
- Serves as liaison and develops linkages within the consortium to insure effective and efficient use of assigned resources.
- Conducts routine visits to adult education programs within the consortium to ensure compliance with established College state and federal procedures to include identifying administration, budget, equipment, and personnel needs.
- Provides assistance to consortium member supervisors in identifying and resolving problems encountered in meeting established goals of the program.
- Assist in the publicity and promotion of all programs of the college.
- Must be able to work independently, receiving a minimum of supervision and guidance in the College's effort in the promotion of adult education programs within the consortium.
- Represent the Montgomery Public Schools Adult Education Program, the TrenholmTech Adult Education Consortium and H. Councill Trenholm State Technical College at various civic functions.

At a minimum, the essential functions of the Education Specialist for Montgomery Public Schools shall include:

- Assists in the implementation and facilitation of dual enrollment, early college enrollment, advising and counseling services.
- Prepares and submit monthly reports of activities, evaluations on behalf of Montgomery County (Alabama) School System as required by the June 17, 2003 memorandum of agreement.
- Facilitates the formation of Adult Education consortia linkages and workforce investment activities.
- Develops linkage with postsecondary institutions, make site visits for Adult Education.
- Participates in decisions regarding employment and transfer for Adult Education personnel
- Assists in filing reports related to Adult Education programs
- Provides assistance in scheduling Adult Education programs and classes
- Assists in curricular development for courses offered by the Montgomery Adult Education program
- Assists in the preparation of the budget for Adult Education for Montgomery Public Schools
- Assists in mediation of employee complaints from the Adult Education program
- Other duties as assigned.

## PREFERRED MINIMUM QUALIFICATIONS

The minimum employment qualifications for the Education Specialist shall include:

- Master's degree and at least five years management experience in an education environment required.
- Ability to work independently, receiving a minimum of supervision and guidance.
- Effective oral and written communication skills.
- Ability to function in an automated work environment.

## LIMITING REQUIREMENTS

- Ability to communicate well.
- Valid driver's license or ability to travel independently.
- Ability to lift, move or transport independently up to 30 lbs.
- Ability to travel overnight.
- Ability to plan, organize, coordinate and manage complicated tasks.
- Ability to lead staff to achieve productivity.
- Ability to work flexible hours.
- Ability to traverse campuses and college service area.
- Ability to communicate by using PC, telephone, and written media.

Received: _____
Quinton Ross

7/1/03
Date

# EXHIBIT 3

**June 2003
Memorandum of Agreement
Education Specialist**

MEMORANDUM OF AGREEMENT
BY AND BETWEEN
H. COUNCILL TRENHOLM STATE TECHNICAL COLLEGE
AND
THE MONTGOMERY COUNTY (ALABAMA) SCHOOL SYSTEM

REVISED
6/27/03
QR

This Memorandum of Agreement, made the 11th day of June, 2003, between H. Councill Trenholm State Technical College ("the College") and the Montgomery County (Alabama) School System ("the System") for the purpose of providing joint and mutual professional services to benefit both through the employment of an educational specialist ("Specialist").

The Specialist shall assist in the implementation and facilitation of dual enrollment, early college enrollment, advising and counseling services, formation of Adult Education consortia linkages and workforce investment activities, linkage with postsecondary institutions, make site visits for Adult Education, participate in decisions regarding employment and transfer for Adult Education personnel, assist in filing reports related to Adult Education programs, provide assistance in scheduling Adult Education programs and classes, assist in curricular development for courses offered by the Montgomery Adult Education program, assist in the preparation of the budget for Adult Education for Montgomery Public Schools, assist in mediation of employee complaints from the Adult Education program, and such other duties as assigned.

The Specialist shall be monitored on file for the customary period required for auditable documents. Copies of the monitoring reports will be provided to System Human Resources Director on a monthly basis.

The College shall compensate the Specialist $32,811.20 per year plus fringe benefits for that amount, and the System shall compensate the Specialist $32,811.20 per year plus fringe benefits for that amount, payable in 12 equal installments of the last working day of each month during the term of this Memorandum. In addition, the Specialist will be housed at the College and be supervised by the president of the College or his designee. The College shall make available to the specialist certain equipment and materials during the term of this Memorandum necessary to the completion of his/her duties. Equipment may include, but is not limited to, a computer and a telephone. Any and all other conditions of employment may be enacted by mutual agreement of all parties.

The term of this Agreement shall be from July 1, 2003 through June 30, 2004. Any of the parties may terminate this Agreement with 30 days prior written notice. It is understood and agreed that Specialist will retain all tenure rights. Employment will revert to Montgomery Public Schools should Agreement be terminated for any reason.

MONTGOMERY PUBLIC SCHOOLS

June 27, 2003
_____
Date

By: _____
H. Clinton Carter
Its Superintendent

H. COUNCILL TRENHOLM STATE
TECHNICAL COLLEGE

_____
Date

By: _____
Anthony L. Molina
Its President

_____
Date

_____
Quinton Ross
Specialist

# EXHIBIT 4

## Olive Deposition
## pp. 124-125

**American Court Reporting**
**toll-free (877) 320-1050**

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION


CIVIL ACTION NUMBER

2:06-CV-48-MEF


Eileen D. Olive,

      Plaintiff,

vs.

H. Councill Trenholm State Technical

College, et al.

      Defendants.



DEPOSITION TESTIMONY OF:

EILEEN D. OLIVE


June 4, 2008

9:25 AM


COURT REPORTER:

KRISTEN DYKES THOMAS

**American Court Reporting**
**June 20, 2008**

Page 124

1    Q.    I'm just asking what that

2    appears to say to you.

3    A.    My is case not relevant to his

4    interim position.  My case is relevant to

5    the director's position that he received

6    the year before.  That's what the lawsuit

7    is about.

8    Q.    That's fine.  That's what I

9    want to know.

10    A.    Okay.

11    Q.    You're not complaining about

12    the fact that he got named Adult Ed.

13    Specialist in this lawsuit?

14    A.    No.  Everybody was laughing

15    about it, but, no.  That's not the major

16    complaint.

17    Q.    Okay.  All right.  That's what

18    I want to be sure of.

19    A.    Okay.

20    Q.    So you don't have -- any part

21    of this lawsuit is not directed towards

22    his obtaining that educational

23    specialist --

Page 125

1      A.    No.    Trenholm has that right.

2    You know, they do it all the time.

3      Q.    All right.    That's fine.    I'm

4    trying to just figure out what your

5    complaint is.    Okay?

6            MS. MCGOWAN:  But, now, just

7    because they do it doesn't mean there

8    haven't been some cases that say they

9    can't do it.  There is ways you can use

10   interim and noninterim to get around

11   Shuford, but we won't get into that.

12   There have been other cases involving --

13     Q.    But you're are not complaining

14   in this lawsuit about his obtaining the

15   educational specialist job?

16     A.    I did not bring a lawsuit over

17   that.  Okay?

18     Q.    All right.

19     A.    That's to be clear.

20     Q.    Okay.  Now, let's move on to

21   '04.  Mr. Ross had been in this Adult Ed.

22   Specialist job for roughly a year.  And

23   were you made aware that there was going

# EXHIBIT 5

## Quinton Ross'
## Professional Educator Certificate



Date Printed: 05-04-2004

# STATE OF ALABAMA
# DEPARTMENT OF EDUCATION

## PROFESSIONAL EDUCATOR CERTIFICATE

THIS CERTIFIES THAT:

QUINTON TIMOTHY ROSS
MONTGOMERY CO BD OF ED
P O BOX 1991
MONTGOMERY AL  36102-1991

TEACHER NUMBER
330512

SOCIAL SECURITY NUMBER



Class AA = Sixth-year Program
Class A = Master's Degree
Class B = Bachelor's Degree

*has met the requirements prescribed for the type(s) of certificate(s) listed below and is authorized to teach
or otherwise serve in the schools of Alabama as indicated during the specified valid period.*

| Certification | Date Issued Mo-Day-Yr | Valid Period Effective July 1 | Expires June 30 |
|---|---|---|---|
| Class A, Secondary (006) Grades 7-12 English (006) | 07-24-1995 07-24-1995 | 2003-2008 | |
| Class A, Educational Administrator (081) P-12 | 02-10-1998 | 2003-2008 | |
| — CERTIFICATES ARE NOT PRINTED BELOW THIS LINE — | | | |

Given under our hands in accordance with rules and regulations of the State Board of Education

_June H. Mabrey_
State Teacher Certification Officer

_Josh B. White, Director_
State Superintendent of Education

**Any change, erasure, or mutilation of this certificate will render it null and void.**

# EXHIBIT 6

## Quinton Ross'
## Professional Overview

# *Quinton T. Ross, Jr.*
*3778 Mosswood Road*
*Montgomery, Alabama 36116*
*334-280-2963*

| | |
|---|---|
| *Objective:* | To contribute to an organization's goal by exerting my educational and professional abilities in a career that provides opportunity for personal and professional growth. |
| *Personal Profile:* | Dedicated; hardworking; an individual with high standards of performance; enjoy working with people; effective in oral and written communication. |
| *Education:* | "A" Certification, Education Administration (1997)<br><br>Alabama State University, Montgomery, Alabama<br><br>Master of Education, Secondary English (1995)<br>Alabama State University, Montgomery, Alabama<br><br>Bachelor of Science, Political Science (1992<br>Alabama State University, Montgomery, Alabama |

*Professional Experience:*

| | |
|---|---|
| *July 2003 – Present* | H. Councill Trenholm State Technical College<br>Adult Education Consortium<br>Montgomery, Alabama<br>*Educational Specialist* |
| *August 2000 – July 2003* | Montgomery County Board Of Education,<br>Booker T. Washington Magnet High School,<br>Montgomery, Alabama<br>*Principal* |
| *August 1998 - August 2000* | Montgomery County Board Of Education,<br>Booker T. Washington Magnet High School,<br>Montgomery, Alabama<br>*Assistant Principal*<br>Supervise custodial staff; supervise school security; handle student discipline; coordinate federal cards; coordinate field trips; parental conferences; coordinate substitute teachers; handle personnel problems (concerns); organize assemblies; issue Textbooks and lockers; coordinate inventory; revise school emergency plan; supervise the revision of the school's improvement plan; conduct PEPE evaluations; complete Title XI, discipline, and Lea reports;   conduct faculty meetings; attend administrative council meetings; correspond with financial contributors; supervise lunchroom; conduct interviews (hiring of personnel). |
| *October 1999- Present* | Owner and Operator of The Nutty Bavarian, LLC.<br>Retail of cinnamon glazed nuts. Scheduling, payroll, merchandising, etc. |

2

| | |
|---|---|
| *November 1999* | Emerging Leaders Conference, Montgomery, Alabama<br>*Presenter (School Safety)* |
| *June 1998 - August 1998* | Montgomery County Board Of Education,<br>Goodwyn Jr. High School, Montgomery, Alabama<br>*Summer School Principal* Duties as mentioned above during the summer school term. |
| *August 1997 - May 1998* | Montgomery County Board of Education,<br>Goodwyn Jr. High School, Montgomery, Alabama<br>*Administrative Assistant*<br>Assisted principal with primary tasks of the school and handled all secondary tasks, serving as second in command to the principal. |
| *August 1996* | Kenneth Ingram (State Supreme Court), Paul Copeland (Court of Civil Appeal), Roger Bedford for Senate Campaigns<br>*Minority Coordinator (GOTV) and Political Consultant*<br>Developed strategies for each candidate to increase voter participation during the time of campaigning; monitored voter turnout; and organized volunteer teams. |
| *August 1996 - Present* | Alabama State University, Montgomery, Alabama<br>*Presenter for Student Teacher* Seminars: educate individuals training to become teacher on the various responsibilities of an educator. |
| *August 1995 - August 1997* | Montgomery County Board Of Education,<br>McIntyre Jr. High School, Montgomery, Alabama<br>*English Teacher*<br>Determined individual and class needs; established objectives and planned learning experiences; implemented activities using a variety of techniques that utilized instructional time to meet objectives; established and maintained standards of student behavior to achieve functional learning atmosphere; exhibited positive human relation skills; evaluated the educational program and/or student progress; communicated with parents/ guardians, colleagues, and community groups; demonstrated proficiency in written and oral communication; maintained and submitted records and reports; adhered to school system rules, administrative procedures, local  board policy, and state and federal rules and regulations; engaged in personal professional growth and demonstrated professional ethics and leadership. |
| *Affiliations:* | Member: National Educational Association (NEA); Alabama Educational Association (AEA);International Network of Visual and Performing Arts Schools; National Association of Secondary School Principals; Council on Leadership in Alabama Schools; National Young Democrats of America (Past National Committeeman); Alabama Young Democrats (Past Vice President of Minority Affairs; Omega Psi Phi, Inc.; Montgomery County Democratic Conference; Montgomery County democratic Party; Emerging Leaders of Alabama; and Hutchinson Missionary Baptist Church |

# EXHIBIT 7

## Advertisement and Job Description
## Director of Adult Education

# H. Councill Trenholm State Technical College

## *JOB DESCRIPTION*

**Position Title:**   Director of Adult Education

**Department/Division:**   Adult Education and Skills Training Division

**Accountability:**   President

**FLSA (exempt/non-exempt):**   Exempt

**Salary Schedule:**   C

**Evaluation:**   Evaluated regularly by the President

### Position Summary

The Director of the Adult Education Division will be responsible for planning, implementing, and evaluating the adult education program for Trenholm State Technical College's Adult Education Division.

### Essential Job Functions, Duties & Responsibilities

1. Identify adult education needs of individuals, community organizations, and businesses and organize classes to meet these needs throughout assigned regions.

2. Recruit, interview and recommend instructors and aides for teaching adult education classes.

3. Plan and conduct semester recruitment activities.

4. Recommend and administer adult education budget.

5. Supervise adult education instruction in assigned regions.

6. Plan and conduct pre-service and in-service training and other staff development activities.

7. Complete and submit reports to the Alabama Postsecondary Education on time.

8. Maintain inventory of equipment and supplies throughout regions.

9. Supervise volunteer tutor training program.

10. Plan and conduct a continuous publicity process with intensive recruitment campaigning at regular intervals.

11. Prepare a semester schedule of adult education classes.

12. Plan and supervise an annual GED recognition ceremony.

13. Travel to Consortium class sites for monitoring.

14. Maintain close liaison with GED test administrator to insure a testing program that meets the needs of the service area.

15. Develop, recommend, and implement policies to provide effective program operation.

16. Supervise the selection, acquisition, and organization of appropriate learning materials.

17. Identify funding for adult education and prepare grant and contract proposals.

18. Coordinate program activities with advisory committee, volunteer tutor program, community agencies, business/industry, funding partners, and the college.

19. Evaluate program and use results to improve program and services.

20. Ensure that adult education operates in compliance with the Alabama Adult Education and Family Literacy Plan.

21. Fulfill other duties and responsibilities assigned by the President.

## MINIMUM QUALIFICATIONS

The minimum employment qualifications for the Director of Adult Education shall include:

1. Master's degree in education and at least five years of experience in administration.
2. Ability to work independently, receiving a minimum of supervision and guidance.
3. Effective oral and written communication skills.
4. Ability to function in an automated work environment.

## LIMITING REQUIREMENTS

1. Ability to communicate well.
2. Valid driver's license or ability to travel independently.
3. Ability to lift, move or transport independently up to 30 lbs.
4. Ability to travel overnight.
5. Ability to plan, organize, coordinate and manage complicated tasks.
6. Ability to lead staff to achieve productivity.
7. Ability to work flexible hours.

8. Ability to traverse campuses.
9. Ability to communicate by using PC, telephone, and written media.

5/19/04

# EXHIBIT 8

**Alabama Director's List
For Adult Education Programs
2003-2004**

Revised August 30, 2004

# ALABAMA DIRECTORS' LIST
## FOR ADULT EDUCATION PROGRAMS
### 2003-2004

| | |
|---|---|
| **DIRECTOR, COLLEGE** | **SERVICE AREA** |
| Ms. Angelis Smith | Alabama Southern Community College |
| Director of Adult Education Program | **(Dr. John A. Johnson, President)** |
| **Alabama Southern Community College** | Monroe County |
| Post Office Box 2000 | Wilcox County |
| Thomasville, Alabama 36784 | Clarke County |
| Phone: (334) 636-9642 Ext. 642 | Choctaw County |
| FAX: (334) 636-1380 | Thomasville City |
| E-mail: asmith@ascc.edu | Marengo County |
| | Linden City |

| | |
|---|---|
| Ms. Nancy McDonald, Executive Director | Bevill State Community College |
| Bevill State Adult Education Consortium | **(Dr. Harold Wade, President)** |
| **Bevill State Community College** | Winfield City |
| 2631 Temple Avenue North | Marion County |
| Fayette, Alabama 35555 | Fayette County |
| Phone: (205) 932- 3221 Ext. 5677 | Lamar County |
| FAX: (205) 932- 8472 | |
| E-mail: nmcdonald@bscc.edu | |

| | |
|---|---|
| Includes: Jimmy Stanley | Walker County |
| Director of Adult Education Program | Jasper City |
| **Bevill State Community College** | |
| Post Office Box 800 | |
| Sumiton, Alabama 35148 | |
| Phone: (205) 387- 0511 Ext 5799 | |
| FAX: (205) 648-3311 | |
| E-mail: jstanley@bscc.edu | |

| | |
|---|---|
| Mr. Steven Koon | Pickens County |
| Director of Adult Education Program | |
| **Bevill State Community College** | |
| Post Office Box 203 | |
| Carollton, Alabama 35447 | |
| Phone: (205) 367-8852 | |
| FAX: (205) 367- 8852 | |
| E-mail: Skoon@bscc.edu | |

| | |
|---|---|
| Mr. Akareem Spears | Bishop State Community College |
| Director of Adult Education Program | **(Dr. Yvonne Kennedy, President)** |
| **Bishop State Community College** | Mobile County |
| 414 Stanton Street | Washington County |
| Mobile, Alabama 36617-2399 | |
| Phone: (251) 473-8692 Ext. 13 | |
| FAX: (251) 438-9523 | |
| E-mail: aspears@bscc.cc.al.us | |

1

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL

0236

Mr. David Thomas
Director of Adult Education and Economic Development
Bishop State Community College
351 North Broad Street
Mobile, Alabama 36603-5898
FAX:
E-mail: dthomas@bishop.edu

| | |
|---|---|
| Ms. Chris Miller<br>Director of Adult Education Program<br>**Calhoun Community College**<br>Tennessee Valley Area AE Program<br>Post Office Box 2216<br>Decatur, Alabama 35609-2216<br>Phone: (256) 306-2830 or (256) 306-2831<br>FAX: (256) 306-2877<br>E-mail: cmr@calhoun.edu | Calhoun Community College<br>**(Dr. Marilyn Beck, President)**<br>Limestone County<br>Morgan County<br>Athens City<br>Hartselle City<br>Huntsville City<br>Madison County<br>Decatur City |
| Mr. Herbert (Bert) Sims<br>Director of Adult Education Program<br>**Central Alabama Community College**<br>Coosa Valley Adult Education Program<br>Post Office Box 389<br>Childersburg, AL 35044<br>Phone: (256) 378-5576  X 2016  &  2017<br>FAX: (256) 378-3049<br>E-mail: bertsims@yahoo.com | Central Alabama Community College<br>**(Dr. James H. Cornell, President)**<br>Coosa County<br>Shelby County<br>St. Clair County<br>Talladega County<br>Tallapoosa County<br>Alexander City<br>Pell City<br>Sylacauga City<br>Talladega City |
| Includes:  Mr. Travis Fields<br>Director of Adult Education Program<br>**E. H. Gentry Technical Facility (AIDB)**<br>**Dr. Terry Graham, President**<br>Post Office Box 698<br>Talladega, Alabama 35161<br>Phone:  (256) 761-3406<br>FAX:  (256) 761-3450<br>E-mail: tfiel@aidb.state.al.us | Alabama Institute for the Deaf<br>and Blind |
| Ms. Christine Evans<br>**Chattahoochee Valley Community College**<br>2602 College Drive<br>Phenix City, Alabama 36869<br>Phone:  (334) 983-6550  x 423 | Chattahoochee Valley Community<br>**(Dr. Laurel Blackwell, President)**<br><br>Russell County<br>Phenix City |

2

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0237

FAX: (334) 291-4944
E-mail:

---

| | |
|---|---|
| Mr. Michael Evans<br>Director of Adult Education Program<br>**Jefferson Davis Community College**<br>Post Office Box 1119<br>Atmore, Alabama 36504<br>Phone: (251) 368-7616<br>FAX:  (251) 368-8211<br>E-mail:  michael.evans@jdcc.edu | Jefferson Davis Community College<br>**(Dr. Susan McBride, President)**<br>Brewton City<br>Escambia County |

---

Mr. Harvey Watt
Director of Adult Ed & Skills Training Div
**Enterprise-Ozark Community College**
Post Office Box 1300Dale County
Enterprise, Alabama 36331
Phone:  (334) 347-2623 Ext. 2206
Fax:  (334) 393-6223
E-mail:  hwatt@eocc.edu

Includes:  Ms. Ann Ammons
      Director of Adult Education
      **Troy City Schools**
      Troy Pike Center For Technology
      285 Gibbs Street
      Troy, Alabama 36081
      Phone:  (334) 566-5395 Ext. 119
      FAX#: (334) 566-1690
      E-mail:  ammonsa@troyschools.net

      Mr. Rufus Lee
      Director of Adult Education Program
      **Geneva County Schools**
      Post Office Box 250
      Geneva, Alabama 36340
      Phone: (334) 684- 5691
      FAX#: (334) 684-5601
      E-mail: leer@genevachobde.edu

Enterprise-Ozark Community College
**(Dr. Stafford L. Thompson, President)**
Coffee County

Elba City
Enterprise City
Ozark City

Troy City
Pike County
Crenshaw County

Geneva County
Geneva City

---

Mr. Kenneth G. Adams
Director of Adult Education Program
**Faulkner State Community College**
1900 U.S. Highway 31, South
Bay Minette, Alabama 36507
Phone: (251) 580-2105 or (251) 580-2116
FAX: (251) 580-2249

Faulkner State Community College
**(Dr. Gary L. Branch, President)**
Baldwin County

3

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0238

E-mail: Kadams@faulknerstate.edu

---

Dr. Bob Baker                                              Gadsden State Community College
Director of Adult Education and Skills Training Program
**Gadsden State Community College**        **(Dr. Renee D. Culverhouse, President)**
1001 George Wallace Drive
Post Office Box 227
Gadsden, Alabama 35902-0227
Phone:  (256) 549-8232
FAX:  (256) 549-8252
E-mail: bbaker@gadsdenstate.edu

Includes: Mr. Joe C. Cavender                      Calhoun County
          Director of Adult Education Program      Cherokee County
          Cheaha Regional Adult Education Program  Cleburne County
          **Gadsden State Community College,**     Jacksonville City
          **Ayers Campus**                         Anniston City
          Post Office Box 1647                     Oxford City
          1801 Coleman Road                        Piedmont City
          Anniston, Alabama 36202- 1647
          Phone: (256) 835-5462 or 835-5463
          FAX: (256) 835-5462 or 835-5463
          E-mail: jcavender@ayers.cc.al.us

  Ms. Betty Jane Reaves                            Gadsden City
  Director of Adult Education Program
  **Gadsden City Schools**
  Family Education Center
  801 East Broad Street
  Gadsden, Alabama 35903
  Phone: (256) 549-2925
  FAX: (256) 549-2962
  E-mail: bjreaves@gcs.k12.al.us

  Mr. Marrell Dixon                                Etowah County
  Director of Adult Education Program              Attalla City
  **Etowah County Schools**
  3200 W. Meighan Boulevard
  Gadsden, Alabama 35904
  Phone:  (256) 549-7587
  FAX: (256) 549-7582
  E-mail: ecbae@zybrtyme.com

---

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0239

Dr. Fletcher Hyde
Director of Adult Education Program
**Ingram State Technical College**
Post Office Box 220350
Deatsville, Alabama 36022-0350
Phone: (334) 567-1523
FAX: ((334) 285-2521
E-mail: fhyde@ingram.cc.al.us

Ingram State Technical College
**(Dr. J. Douglas Chamber, President)**

---

Dr. Chris Tomberlin
Director of Adult Education Program
**Jefferson State Community College**
2601 Carson Road
Birmingham, Alabama 35215
Phone: (205) 856-7955
FAX:   (205) 856-8501
E-mail: ctomberlin@jeffstateonline.com

Jefferson State Community College
**(Dr. Judy M. Merritt, President)**
Jefferson County

Homewood City
Tarrant City

---

Ms. Gwen Ekundayo
Dean of Instructional Services
**Lawson State Community College**
3060 Wilson Road, Southwest
Birmingham, Alabama 35221
Phone:
Fax:
Email:

Consortium  **Bessemer State Technical College**
Includes:    **Dr. W. Michael Bailey, President**

Lawson State Community College
**(Dr. Perry W. Ward, President)**

---

Mr. Randall White, Director
Adult Education Program
**Northeast Alabama Community College**
138 Alabama Highway 35 West
Post Office Box 765
Rainsville, Alabama 35986-0159
Phone:  (256) 228-0021
Fax:   (256) 638-2959
E-mail: whiter@nacc.edu

Northeast Alabama Community College
**(Dr. David Campbell, President)**

Snead State Community College
**(Dr. Devin Stephenson, Acting President)**

DeKalb County
Jackson County
Marshall County
Albertville City
Arab City
Fort Payne City
Guntersville City
Scottsboro City

---

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0240

Ms. Elizabeth Anderson, Director
Adult Education and Skills Training Division
**Northwest-Shoals Community College**
Post Office Box 2545
Muscle Shoals, Alabama 35662
Phone: (256) 331-5441
Fax: (256) 331-5439
E-mail: landerson@nwscc.edu

Northwest-Shoals Community College
**(Dr. Humphrey Lee, Interim President)**

Colbert County
Franklin County
Lauderdale County
Florence City
Muscle Shoals City
Russellville City
Sheffield City
Tuscumbia City
Haleyville

Includes: Ms. Dianne Norwood
Director of Adult Education Program
**Lawrence County Schools**
937 Rosenwald Street
Moulton, Alabama 35650
Phone: (256) 905- 2511
FAX: (256) 905-2496
E-mail: dnorwood@lawrenceal.org

Lawrence County

---

Ms. Caroll Byrd, Director
Adult Education and Skills Training Division
**Reid State Technical College**
Post Office 588
Evergreen, Alabama 36401Phone: (251) 578-9036
FAX: (251) 578-5355
E-mail: cbyrd@rstccc.al.us

Reid State Technical College
**(Dr. Douglas M. Littles, President)**

Conecuh County

---

Dr. Fran Turner
Director, Shelton State Community College
Adult Education Program          (Box 179)
9500 Old Greensboro Road
Tuscaloosa, Alabama 35405
Phone: (205) 391-2207
FAX:  (205) 391-2453
E-mail: fturner@sheltonstate.edu

Shelton State Community College
**(Dr. Rick Rogers, President)**

Bibb County
Greene County
Hale County
Sumter County
Tuscaloosa County  (including
 Bryce Hospital)

Includes: **Mr. Phillip Johnson, Site Coordinator**
Shelton State Community College
Adult Education Program
9500 Old Greensboro Road
Tuscaloosa, Alabama 35405
Phone: (205) 391-3916
Fax: (205) 391-2453

Bibb  County
Tuscaloosa County

6

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0241

E-mail: pjohnson@sheltonstate.edu

Includes: Mr. Curtis Coleman, Site Coordinator
        Shelton State Community College
        Adult Education Program
        9500 Old Greensboro Road
        Tuscaloosa, Alabama 35405
        Phone: (205) 391-3916
        Fax: (205) 391-2453
        E-mail: ccoleman@sheltonstate.edu

Greene County
Hale County
Sumter County

---

Mr. Tom Brawner
Director of Adult Education Program
**Southern Union State Community College**
East Central Alabama Area AE Program
1701 LaFayette Parkway, Tech Bldg. 1
Opelika, AL 36801
Phone: (256) 395-2211 or (334) 745-6437 (Opelika)
FAX: (256) 395-2215
FAX: (334) 745-6940 (Opelika)
E-mail: tombrawner@hotmail.com

Southern Union State Community College
**(Dr. Joanne Jordan, Acting President)**

Clay County
Lee County
Randolph County
Auburn City
Opelika City
Roanoke City
Chambers County

Includes:

    Ms. Cheryl Bynum
    Director of Adult Education Program
    **Achievement Center- Easter Seals**
    510 West Thomason Circle
    Opelika, Alabama 36801-5499
    Phone: (334) 745-3501
    FAX: (334) 749- 5808
    E-mail: info@achievement-center.org

Achievement Center-
Easter Seals

---

Senator Quinton Ross, Director
Adult Education and Skills Training Division
**Trenholm State Technical College**
1225 Air Base Boulevard
Montgomery, Alabama 36108
Phone: (334) 420- 4391
FAX:
E-Mail: QRoss@Trenholmtech.cc.al.us

Trenholm State Technical College
**(Dr. Anthony L. Molina, President)**

Includes: Ms. Eileen Olive

Trenholm State Technical College

7

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0242

Director of Adult Education Program
**Trenholm State Technical College**
1225 Air Base Boulevard
Montgomery, Alabama  36108
Phone: (334) 420- 4417
FAX: (334) 832- 9777
E-mail:  eolive@trenholmtech.cc..al.us

Dr. Betty Coleman                                          Montgomery County
Director of Adult Education Program
**Montgomery County Schools**
3108 Fairwest Place
Montgomery, Alabama 36108
Phone:  (334) 269-3774
FAX: (334) 269-6174
E-mail:  betty.coleman@mps.k12.al.us

Mr. Charles N. Cook                                        Bullock County
Director of Adult Education Program
**Bullock County Schools**
Post Office Box 231
Union Springs, Alabama 36089
Phone: (334) 738- 4370
FAX:  (334) 738- 2802
E-mail:  ccook@bullock.k12.al.us

Ms. Barbara Jordan                                         Elmore County
Director of Adult Education Program
**Elmore County Schools**
517 Micanopy Street
Wetumpka, Alabama 36092
Phone:  (334) 567- 1421 (main)
             (334) 514-6246 (Director)
FAX:  (334) 514-2803
E-mail:  ecalc@elmoreco.com

Ms. Johnnie B. Harrison                                    Macon County
Director of Adult Education Program
**Macon County Schools**
Post Office Box 830090
Tuskegee, Alabama 36083
Phone: (334) 727- 0900
FAX: (334) 724- 0097
E-mail: adulted@bellsouth.net

Mr. Bill Ernest                                            McInnis School

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0243

Director of Adult Education Program
**O.F. Wise Evaluation Center (McInnis School)**
527 Buckingham Drive
Montgomery, Alabama 36116
Phone: (334) 281-6887
FAX: (334) 286- 9102 or (334) 281- 6938
E-mail: marc1@mindspring.com

---

Ms. Lynn Ivey
Director of Adult Education Program
**Wallace Community College, Dothan**
WCC Center for Economic & Workforce Dev.
5565 Montgomery Highway
Dothan, Alabama 36303
Phone: (334) 556- 2282
Bonnie Atkins (334) 983- 3521 Ext. 420
FAX: (334) 983- 3600 or (334) 983- 3521 Ext 420
E-mail: livey@wallace.edu

Wallace Community College, Dothan
**(Dr. Linda C. Young, President)**
Barbour County
Eufaula City
Dothan City
Henry County
Houston County

---

Dr. Tomesa Smith
Director of Adult Education Program
**Wallace State Community College-Hanceville**
801 Main Street, Northwest
Post Office Box 2000
Hanceville, Alabama 35077- 2000
Phone: (256) 352- 8207
FAX: (256) 352- 8228
E-mail: **tomesa.smith@wallacestate.edu**

Wallace State Community College,
Hanceville
**(Dr. Vicki Hawsey, President)**

Blount County
Winston County
Cullman City
Oneonta City

Includes:  Ms. Peggy Jean Doss
Director of Adult Education Program
**Cullman County Schools**
Post Office Box 1590
Cullman, Alabama 35056- 1590
Phone: (256) 734- 2933
FAX: (256) 736-2492
E-mail: pdoss@ccboe.org

Cullman County

---

Ms. Paula Thompson
Director of Adult Education Program
**Wallace State Community College, Selma**
Post Office Box 2530
Selma, Alabama 36702- 2530
Phone: (334) 876-9369
FAX: (334) 872-8556
E-mail: pthompson@wccs.edu

Wallace State Community College,
Selma
**(Dr. James Mitchell, President)**
Dallas County
Perry County
Selma City

Includes:  Mr. Jaylyn Culp

Chilton County

9

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0244

Director of Adult Education Program
**Chilton County Schools**
2829 Fourth Avenue North
Clanton, Alabama 35045
Phone: (205) 280-2941
FAX: (205) 755- 2035
E-mail: cadulted@hiwaay.net

Mr. Dale Braxton                Lowndes County
**Lowndes County Schools**
Post Office Box 755
Hayneville, Alabama 36040
Phone: (334) 563-7389
FAX:
E-mail:

---

Mr. Terry Spicer, Dean              L.B. Wallace Community College
Adult Education and Skills Training Division    **(Dr. Edward Meadows, President)**
**Lurleen B. Wallace Junior College**
**MacArthur Campus**
1708 North Main Street               Crenshaw County
Post Office Drawer 910
Opp, Alabama 36467
Phone: (334) 493-3573 Ext. 244
FAX: (334) 493-7003
E-mail: tdspicer@mstc.cc.al.us

Includes: Ms. Janette Carroll         L.B. Wallace Community College
Director of Adult Education Program    Andalusia City
**Lurleen B. Wallace State Junior College**
Post Office Drawer 1418
Andalusia, Alabama 36420
Phone: (334) 222- 6591 Ext. 2267
FAX: (334) 222- 6567
E-mail: jcarroll@lbwmail.lbw.edu

Mr. Ronald C. Shanks           Butler County
Director of Adult Education Program
**Butler County Schools**
906 Westwood Circle
Greenville, Alabama 36037
Phone: (334) 382- 6009
FAX: (334) 382- 7202
E-mail: rshanks@alaweb.com

Mr. James McCurley, Director       Covington County
Adult Education                     Opp
**Covington County Schools**
Post Office Box 460
Andalusia, Alabama 36420

10

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0245

Phone: (334) 222- 2632
FAX: (334) 222- 7535
E-mail: jmccurley@alaweb.com

## OTHER THAN THE ALABAMA COLLEGE SYSTEM

**DIRECTOR/AGENCY (ADULT EDUCATION)**          SERVICE AREA

Ms. Susan Cranfield                             Autauga County
Director of Adult Education Program
**Autauga County Family Support Center**
113 West Main Street
Prattville, Alabama 36067
Phone: (334) 361- 4703
FAX: (334) 361- 4747
E-mail: cranfieldacfsc@aol.com

---

**DIRECTOR/AGENCY (EL-CIVICS)**

Sister Leanne Sitter, Executive Director          St. Jude Catholic Church
**Central Alabama Laubach Literacy Council**
2048 West Fairview Avenue
Montgomery, Alabama 36108- 4198
Phone: (334) 264- 1239
FAX: (334) 264- 1239 (call first)
E-mail: Leanne36@Juno.com

---

**DIRECTOR/AGENCY (JOB READINESS)**

Teresa Constanzo, Executive Director
**Tuscaloosa County Family Resource Center**
Post Office Box 40764
Tuscaloosa, Alabama 36560- 1090
Phone: (205) 343-1508
FAX:
E-mail: tcostanz@etfrc.org

---

Ms. Mary D. Thomas                      Mr. Ron Collette
**Project Chance Dropout Prevention Program**   **Searcy Hospital**
Fairfield Board of Education            Post Office Box 1090
6405 Avenue D                          Mt. Vernon, Alabama 36560-1090
Fairfield, Alabama 35064               Phone: (251) 662-6843
Phone: (205) 783-6865                  E-Mail: collette53@netzero.com
Fax: (205) 783-6805
E-mail:

11

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0246