# EXHIBIT 9

## Search Committee Guidelines

# THE ALABAMA COLLEGE SYSTEM



## SEARCH COMMITTEE GUIDELINES
### (Salary Schedules B, C , and D)

Fred Gainous, Chancellor
August, 2000

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0051

# Index

The Alabama College System
    Guiding Statement

Summary of Partial Consent Decrees
    Shuford v. State Board of Education . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
    Kennedy (formerly Shuford) v. State Board of Education . . . . . . . . . . . . . . . 5

Search Committee Guidelines . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Job Search Checklists
    Supervisor/Administrator/HR Director/President's Secretary . . . . . . . . . . . . 11
    Search Committee Chair . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
    President and Appropriate Supervisor . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

Interviewing
    Interviewing Techniques . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
    Interviewing Protected Class Candidates . . . . . . . . . . . . . . . . . . . . . . . . . 21
    Acceptable Pre-employment Inquiries under EEOC Guidelines . . . . . . . . . . 23

FORMS
    Suggested Interview Guidelines (Search Committee) . . . . . . . . . . . . . . . . . 25
    Sample Interview Evaluation Form . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
    Evaluation Summary Form . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32
    Applicant Qualifications/Verification Form . . . . . . . . . . . . . . . . . . . . . . . . 33
    Pre-employment Reference Check Form . . . . . . . . . . . . . . . . . . . . . . . . . . 34
    Job Application/Shuford Information Form . . . . . . . . . . . . . . . . . . . . . . . . 35
    Position Announcement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36
    Job Description/Reasonable Accommodations Statement . . . . . . . . . . . . . 38
    Newspaper Advertisement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40
    Summary of Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41
    Reorganization of Positions or Lateral Internal Transfer Form . . . . . . . . . . . 42
    Recruiting and Selection Committee Appointment Form . . . . . . . . . . . . . . . 44

MEMOS and LETTERS
    Appointing Search Committee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45
    Requesting names from applicant pool . . . . . . . . . . . . . . . . . . . . . . . . . . 46
    Recommending Applicants for final interview . . . . . . . . . . . . . . . . . . . . . . 47
    Statement of Justification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48
    Employment of Personnel on Salary Schedule C-3 or D . . . . . . . . . . . . . . . 49
    Employment of Personnel on Salary Schedule B, C-1, or C-2 . . . . . . . . . . . 50
    Requesting approval placement on Salary Schedule D . . . . . . . . . . . . . . . . 51
    Requesting approval placement on Salary Schedule D . . . . . . . . . . . . . . . . 52
        (when credit is being given for high-tech experience)

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0052

# THE ALABAMA COLLEGE SYSTEM

### Guiding Statement

The Alabama State Board of Education in accordance with the stipulations of the *Partial Consent Decrees* issued in *Kennedy* (formerly *Shuford*) *et al., v. The Alabama State Board of Education et al.* has caused to set in place a uniform procedure for the selection of faculty, administrative, and supervisory personnel on State Salary Schedules B, C, and D. It is the intention of the Board to ensure that the screening and selection process is accomplished in a professional, nonpolitical manner, without bias, and in compliance with all state and federal laws.

## SHUFORD/JOHNSON V. ALABAMA STATE BOARD OF EDUCATION
### CIVIL ACTION NUMBER 89-T-196-N

### SUMMARY OF RELIEF FOR RACE AND GENDER CLASSES

Goals For Appointment of Blacks

By end of Fall Quarter 1996, 25% of college presidents

By end of Fall Quarter 1996, B and C1 combined - 75% of the percentage of black persons in the general population of the primary service area of each college

B and C1 combined all colleges
By end of Fall Quarter 1995 - 21% of the total
By end of Fall Quarter 1997 - 23% of the total
By end of Fall Quarter 1999 - 25% of the total

By end of Fall Quarter 1996, C2 and C3 combines - 75% of the percentage of black persons in the general population of the primary service area of each college

C2 and C3 combined, all colleges
By end of Fall Quarter 1995 - 21% of the total
By end of Fall Quarter 1997 - 23% of the total
By end of Fall Quarter 1999 - 25% of the total

By end of Fall Quarter 1996, D - 75% of the percentage of black persons in the general population of the primary service area of each college

D, all colleges
By end of Fall Quarter 1995 - 21% of the total
By end of Fall Quarter 1997 - 23% of the total
By end of Fall Quarter 1999 - 25% of the total

Goals For Appointment of Black Women: Roughly equal to one-half of the goals and percentages for blacks as a class

Goals For Appointment of Women:

1. College Presidents
By end of Fall Quarter 1996 - 25% of the total
By end of Fall Quarter 1999 - 33% of the total
By end of Fall Quarter 2005 - 50% of the total

2. B, C1, C2, C3 and D
By end of Fall Quarter 2005 - 50% of the total number employed at each college on each of the above salary schedules

1

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0054

## Annual Report To Chancellor From Each College

1. Progress made toward achieving goals.

2. Extenuating circumstances affecting colleges progress, including (a) names and addresses of black and female applicants; (b) names and addresses of potential black and female applicants from applicant pool; (c) description of efforts to recruit blacks and women.

## Establishment of Centralized Recruiting Program For Blacks And Women

1. By State Board of Education and Chancellor

2. Statewide information bank

3. Recruiting contacts with historically black colleges or universities

4. Quarterly contact with Bishop, Drake, Lawson, and Trenholm for applicants

5. Review, at least every other year, of placement lists of Department of Education, Alabama Education Association, other relevant professional organizations, public and private four-year schools in Alabama.

6. Annual publication of statement that DPE and each of the colleges are EEO employers and are seeking applications from black persons and women, including black women, in particular, in order to increase the representation of blacks and women in all professional positions.

## Colleges

1. Contact DPE as vacancies occur

2. Advertise vacancies in daily/weekly newspaper in service area and daily newspaper of regional/statewide coverage and state that college is an equal opportunity employer and is seeking applications in particular from black persons and women, including black women. Vacancies should also be reported to Alabama State Employment Service and Alabama Department of Education Journal, if feasible.

3. Annual recruiting visits to conference sponsored by predominantly black institutions of higher education, predominantly black or women's professional associations or industrial organizations.

4. Presidents of predominantly white colleges meet on annual basis with black community and educational leaders in and around the State of Alabama to discuss recruitment.

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL

0055

Job Descriptions

1. Develop and complete prior to announcement of vacancy
2. Must contain - (a) duties and responsibilities of job; (b) required education and work experience; (c) required license, certification or other credentials; (d) all other special qualifications or requirements.
3. Reviewed annually

Application Process

1. Each vacancy advertised at college, DPE, and other colleges.
2. Vacancy announcements must contain salary range and describe fully the duties, qualifications and selection criteria; DPE will publish jobs newsletter.
3. Keep records on file of: all applications; records of all interviews and contacts with applicants; written evaluation of each applicant who met the minimum qualifications; written record of response to each announced vacancy, including list of all qualified persons, the name of the person offered the position, and the reasons for the selection; correspondence between college and DPE regarding each position.
4. Verification of education and experience of applicants who meet minimum qualifications; invitation for interview to those verified (>10 verified, President and committee shall have option of preliminary screening down to 10 for interviews).

Recruitment And Selection Committee

1. Appointed by President - may be one committee or more
2. Membership: 40% black and 50% women
3. Reviews recruitment procedures of college for compliance; files written report with President
4. Recommends three applicants to President - not ranked, in alphabetical order

Selection By President

1. May select one of applicants recommended by committee
2. May not select any other person to fill vacancy
3. May reopen the application and selection process

3

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0056

## Lateral Transfers

1. Vacant position offered to all equivalently positioned employees at college (salary schedule and level of responsibility).

2. Failure to appoint equivalently positioned black person or woman who applies must be supported by written explanation.

3. President must obtain names of potential black or female applicants from statewide information bank.

## Reorganizations

1. In cases of expansion or reassignment of duties

2. Modifications involving changes of title, salary, placement, benefits, or level of supervisory responsibility are subject to prior written approval of Chancellor Notice to court and plaintiff's attorneys

## Temporary Positions

1. Not covered by decree

2. Established for a trial period of one year or less: non-renewable contract or grant for twelve months or less; unanticipated vacancy to be filled for less than one year

4

**OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL**
**0057**

### KENNEDY V. ALABAMA STATE BOARD OF EDUCATION
### CIVIL ACTION NO. 89-T-196-N

### SUMMARY OF UNIFORM GUIDELINES FOR COMPLIANCE AND MONITORING OF CONSENT DECREES

Nothing in these Uniform Guidelines and Procedures is intended to relieve the parties of any obligation or requirement under the *Shuford and Johnson Partial Consent Decrees.*

### Responsibilities of the State Board of Education

The State Board of Education and the Chancellor shall examine the service areas and goals of each Alabama College System institution subsequent to the receipt of the data from the 2000 United States Census and submit to the Court any changes in service area designations and goals no later than 120 days after receipt of data from the 2000 United States Census.

### Responsibilities of the Chancellor

1. Modify membership in the applicant pool so that it complies with the requirements of the Consent Decrees concerning black persons, women, and black women.

2. Enhance and improve the applicant pool to increase the numbers of individual members from outside of The Alabama College System.

3. Provide to each college a printout from the applicant pool to include the race and gender of all pool members listed on the address labels for System vacancies.

4. At the conclusion of searches for vacancies, will be responsible for sending letters to those persons who met minimum qualifications notifying them of their inclusion in the applicant pool.

5. Develop standard procedures for record keeping and reporting to meet the requirements of the Partial Consent Decrees to be used for search processes, annual reports, documentation of temporary appointments, and documentation of appointments made by lateral transfer and/or reorganization.

6. Create a public web site to post all annual reports and notices of reorganizations, beginning with the annual report due on or about October 1, 2000.

7. Collect information from Presidents on all previous appointments for positions covered by the Partial Consent Decrees and made by lateral transfer or reorganization.

5

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0058

8. Purchase a general ad in the AEA Journal each quarter, inviting membership in the applicant pool.

9. In each Annual Report, report by class, the numbers of class members hired from the applicant pool for positions covered by the Partial Consent Decrees.

10. Purchase the database from the National Institute for Leadership Development to provide a vehicle for searches for presidential and upper level administrative vacancies in the System.

11. Participate on an Internet site that will assist in recruiting underrepresented minority groups.

12. Prior to the end of Summer Term 1999-2000, conduct at least one workshop to be attended by each college president and college employee designee(s) to orient and instruct them on the requirements of the Partial Consent Decrees and the new procedures.

13. Designate an individual to serve as Monitor, responsible for effecting compliance with the Partial Consent Decrees and notify class counsel of the identity and qualifications of the Monitor.

## Responsibilities of the Monitor

1. Distribute to the Presidents standard procedures for record keeping and reporting of activities under the Partial Consent Decrees, including search processes, annual reports, temporary appointments, lateral transfers, reorganizations, and maintenance and use of the applicant pool.

2. Develop a systematic and periodic schedule of random audits to examine the compliance of each institution with the provisions of the Partial Consent Decrees.

3. *Start w/ searchs conducted after 8/12/00* Examine data from the colleges, including information on race and gender and the use of part-time employees by each institution, and make recommendations to the Chancellor.

4. Collect from each college the name, address, race, and gender of each applicant who applied unsuccessfully for vacancies covered by the Partial Consent Decrees.

5. Schedule quarterly meetings with class counsel to discuss any perceived problems or concerns raised by class members with regard to compliance issues, including efforts to enhance and improve the statewide applicant pool of information and its use.

6. Conduct annual training seminars designed to review the progress of the institutions in reaching their goals and to reconfirm the requirements of the Partial Consent Decrees.

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0059

7.     Address issues of class representatives relating to the Consent Decrees. Schedule hearings to review objections by class representatives and make rulings on the objections, when necessary, including facts supporting his/her decision.

## Responsibilities of College Presidents

1.     Maintain the names of class members secured through the college's recruitment efforts, including visitations to predominantly black institutions, professional associations, and industrial organizations, and meetings with community and educational leaders, and forward them to the Chancellor for inclusion in the applicant pool.

2.     Attend (annually) the meeting of the National Association of African Studies (or similar national conference), which meets in concert with the National Association of Hispanic and Latino Studies, the National Association of Native American Studies, and the International Association of Asian Studies at a national conference, *Will Renee brochure or something that shows that meeting attended qualifies.*

3.     Contact historically black colleges and universities. The President or designee(s) shall make at least two HBCU visits annually, coordinated through the Career Counseling and Placement Centers at each college or university. Confirmation of the visits will be reported on a Reporting Form to be completed and signed by the Center Director at the time of the visit, and a copy forwarded to the Division of Legal and Human Resources.

4.     Forward all vacancy notices, for positions covered by the Partial Consent Decrees, to the Alabama Employment Service.

5.     Reestablish and reappoint the Recruitment and Selection Committee(s) and publicize that he/she is seeking persons to serve on the committee(s) pursuant to the requirements of the Partial Consent Decrees.

6.     Report to the Chancellor the names and affiliations of all members of the Recruiting and Selection Committees for each vacancy covered by the Partial Consent Decrees.

7.     Begin search processes to fill positions currently held by persons who have been serving in temporary appointments for more than twelve (12) months.

8.     Notify the Chancellor of temporary appointments and their estimated duration, subsequent to making the appointment.

9.     For temporary appointments of positions reasonably expected to become permanent, conduct a full search process in the year of the temporary appointment to fill the position on a permanent basis.

7

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0060

10. Provide information on all previous appointments for positions covered by the Partial Consent Decrees and made by lateral transfer or reorganization to the Chancellor and the Monitor. *Since 99*

11. Prepare an Annual Institutional Management Plan to be submitted to the Chancellor during the Spring Term of each year, to include plans for reorganizations, lateral transfers and use of part-time and temporary employees.

Submit a full and detailed explanation to the Chancellor of any reorganization that is not contained in the college's Annual Plan.

*IMP will be different next year.*

*Reorganization defined as any change in salary salary Schedule etc.*

*Reevaluated position and determined that person is underpaid.*

8

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0061

*Revised*

# SEARCH COMMITTEE GUIDELINES

1. The President shall appoint a Search Committee (one or more) and designate a Chairperson. The Search Committee must be 40% black and 50% women.

2. The President shall provide the Search Committee Chair with a packet of information for each vacancy to include a copy of the following: job description; position announcement; schedule for completion of job search; a copy of the search committee guidelines; a summary statement of employee benefits; and a copy of interviewing guidelines and legal inquiry.

*no involvement by Pres.*

3. The Search Committee Chair shall meet with the Search Committee and formulate the questions to be used during the interviews. Committee members should take an active part in all phases of the interview process.

4. If there are new or inexperienced persons serving on the Search Committee, the Chairperson should meet with them before the scheduled interviews and explain the interview process. Remind them that they can ask _only_ the questions on the form. This ensures that all applicants are asked the same questions.

5. Committee members should be reminded that all Search Committee activities and discussions are extremely confidential and should not be discussed with or in the presence of others. Remind them, too, that only the Search Committee Chair is authorized to answer questions from applicants or potential applicants.

6. The Search Committee Chair shall identify applicants received from the Applicant Pool.

7. If more than ten (10) applications are received from persons who meet minimum qualifications, the President, in conjunction with the Search Committee, has the option of conducting a preliminary screening of these applicants to determine a "reasonable number" for interviews. This "reasonable number" cannot be less than ten (10), and the President's participation in the preliminary screening cannot be delegated to anyone else.

8. An applicant's qualifications for the position including education, minimum experience (if applicable), and certification (if applicable) must be verified for positions on Salary Schedules B, C, and D before the applicant can be scheduled for an interview. Verification of educational requirements may be done by copies of transcripts. Verification of minimum experience (employment) must be done through documentation provided by an employer or former employer. (Information from friends, relatives, pastors, co-workers, etc., will not suffice) Verification of certification may be done by copies of current licensure, certificates, etc.

9

9.  The Search Committee is to recommend three (3) applicants to the President who best match the requirements of the job. The committee looks at each applicant's education and experience and matches these qualifications to the requirements of the job and the needs of the College. No applicant should be recommended to the President who, in the opinion of the Committee, does not match the qualifications and requirements of the job and the needs of the College. If fewer than three qualified applicants apply, all qualified applicants must be submitted to the President in alphabetical order. The Search Committee or President may recommend that the search be reopened if none of the qualified and/or recommended applicants meets the needs of the institution.

10. If a disabled candidate is to be interviewed, the Search Committee should seek guidance from the ADA Coordinator.

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0063

# JOB SEARCH CHECKLIST
## (SEARCH COMMITTEE CHAIR)

**Position Available**

**Month, Year**

☐ Receive appointment letter from President listing committee members.

☐ Get position information from President/Designee to include:
- ☐ Position announcement
- ☐ Job description
- ☐ Summary of employee benefits
- ☐ Acceptable Pre-employment Inquiries
- ☐ Interview Technique Guidelines

☐ Identify first time committee members and schedule meeting with them before scheduled interviews to explain the interview process. *Remind them that they can ask <u>only</u> the questions on the form. This ensures that all applicants are asked the same questions.

☐ Schedule meeting with all committee members. Remind the members of the following:
- ☐ All Search Committee activities and discussions are extremely confidential and should not be discussed with or in the presence of others.
- ☐ Only the Search Committee Chair is authorized to answer questions from applicants or potential applicants.

☐ Provide Search Committee members with copies of the following:
- ☐ Application packet
- ☐ Summary of employee benefits
- ☐ Interview Technique Guidelines
- ☐ Acceptable Pre-employment Inquiries

☐ Develop questionnaires/evaluation forms/other interview materials to be used in interviews.

☐ Review with committee members all applications to determine applicants who meet minimum qualifications.

☐ Verify and document education, certification, and/or experience of applicants who appear to meet minimum qualifications.

☐ If more than 10 applicants, the Committee along with the President <u>may</u> conduct a preliminary screening of applicants to determine a "reasonable number" for interviews. The "reasonable number" cannot be less than 10, and the President's participation in the preliminary screening <u>cannot</u> be delegated to anyone else.

☐ Establish time frame and schedule for interviews.

13

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0064

☐ Schedule applicants for interviews (including skills tests, teaching demonstrations, or other exercises, if applicable) by telephone/letters if necessary. Inform applicant of multi-step interview process and writing exercise, teaching demonstration, or other skills tests (if applicable).

☐ Disseminate interview schedule to Search Committee members and to "front office" personnel if applicants will wait in "front office."

☐ Interview applicants according to guidelines provided. (See page 25)

☐ Have applicant sign job description indicating ability to perform job duties with or without reasonable accommodations. (See page 38)

☐ Evaluate applicants, completing Evaluation Form(s) and Summary. (See page 32)

☐ Compile Skills Test Scoring Form (if applicable).

☐ Conduct Reference Checks. (See page 44)

☐ Recommend three (3) final applicants in alphabetical order in writing and route application materials for final applicants to President. (See page 47)

☐ Establish time frame/schedule for final interviews with President's Secretary.

☐ Schedule recommended applicants for interviews with President and appropriate supervisor/administrator.

☐ Prepare final interview questions/skills tests/topic for teaching demonstration (if applicable) for President's approval.

☐ Prepare final interview folder to include:
  ▫ position announcement;
  ▫ application materials;
  ▫ interview questions,
  ▫ skills tests, teaching demonstration topic, and/or other exercises;
  ▫ benefits sheet;
  ▫ salary schedule;
  ▫ College Catalog; and
  ▫ Possible Questions/Topics sheet

☐ Prepare, sign, and mail letters notifying "non-selectees" of appointment of other applicant. Copy "non-selectees" letter and attach to each application. (Do not send letters to the selected applicant or applicants who withdrew.)

☐ Compile Affirmative Action/Shuford information chart and submit to President.

☐ Route all applications/application materials, position announcement, ad copy, and interview materials to President's Office. (All supporting materials, such as transcripts, letters of reference, etc., should be attached to each individual application.)

☐ Prepare memo for President's signature informing college personnel of new employee and disseminate.

14

**NOTES:**

1.  Only the Search Committee Chair is authorized to answer questions or offer comments about any job opening.

2.  Any telephone messages or other information pertinent to a job application should be stapled to the application to avoid loss of information.

3.  Any member serving on a Search Committee must resign from the committee if the member or a relative of the member applies for the position for which the search is being conducted.

4.  Any questions pertaining to Search Committee policies or procedures should be directed to the HR Director/President/President's Secretary.

15

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0066

## INTERVIEWING TECHNIQUES

### PREPARING FOR THE INTERVIEW

The purpose of the selection interview should be to collect additional information beyond that provided on the application form regarding the applicant's job-related skills, knowledge, and abilities. This information should be used to select the applicant most likely to succeed on the job. It is important to evaluate the same general criteria for each applicant. Applicants should be <u>evaluated against the job description or job specifications</u> and not against each other.

1.    Always review the job description and specifications. A job description will be included with each folder of applications.

2.    Prepare questions before the interview. These questions must be formulated to reveal those areas of knowledge, skills, and abilities required for a new employee to be successful on the job. Following are sample structured interview questions for a typical management job:

      a.    Tell me about your job: To whom do you report? How many other employees report to this supervisor and what are their job titles? What do you like most about your current job? What do you like least?

      b.    What were your two most important achievements in your current job?

      c.    How do you think your subordinates would describe you as a manager and supervisor?

      d.    What attributes do you believe an effective manager should possess?

      e.    What plans do you have for self-development in the next 12 months?

      f.    What types of criticism are leveled at you most often?

      g.    How do you plan and organize your work?

      h.    Many of us improve our personal interaction with others as we mature. Looking back over the past two years, in what way have you improved?

      i.    What steps do you generally follow in making a decision?

3.    Review the resume, application form, transcripts and any correspondence that would be useful in understanding the applicant's background. This review should be done before the interview so you do not have to refer to the materials frequently. Spontaneity is lost when one interviews from an application form.

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0067

4.    Remember that most applicants will be well prepared for the interview process; don't give them any less a quality professional interview than they expect.

## CONDUCTING THE INTERVIEW

1.  Establish rapport through warm greetings and introductions.  A small amount of get acquainted talk aids in free communications.
2.  Explain the purpose and the agenda to help relax the applicant.
3.  Gather predictive information by using good listening, probing, reflecting, summarizing and evaluating skills.

This will encourage the sharing of facts and help control the interview.  Ideally you should talk no more than 25 percent of the time.  Your job is to listen and to evaluate; if you are talking, you are not learning anything about the applicant.

## TIPS

a.    Use a variety of questions and comments to alter the pace of the interview.

b.    Avoid asking questions that require only a yes or no answer.  Don't ask, Did you like that job?  Instead inquire, What things did you like most about the job?

c.    Avoid asking leading questions that would encourage the applicant to slant answers to suit you.

d.    The use of why, how, what, and describe or tell me about will yield more complete answers than leading questions such as,  Do you like to work with people?

e.    Don't be overly concerned by silences.   They can elicit significant additional information.

f.    If you take notes, which can be very helpful later, explain to the applicant what you are doing and why.

Do not recruit the applicant during the interview.  The time should be spent finding out about the applicant, not selling the position.

1.    Describe the job and the organization.  Save a detailed description of duties until this point in the interview to avoid coaching the applicant. Exercise caution in discussing salary, promotional opportunities, tenure or other job security.  The information you provide may be interpreted as an implied employment contract.  The President's Office will be responsible for supplying salary and benefits information to the applicant.

2.    Answer questions and allow the applicant to add information.

19

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0068

3.    Conclude the interview. Thank the applicant for his/her time, outline what will happen next; and/or provide a date when a decision will be reached.

## POST INTERVIEW PROCEDURE

Review the minimum qualifications, job description and other requirements as noted on the position description. When making the final decision as to which applicant to recommend for hire, *only information that is job-related should be used.* Candidates must be *evaluated against selection criteria* and not against each other.

20

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0069

# INTERVIEWING PROTECTED CLASS CANDIDATES

Questions related to sex, age, color, race, religion, national origin, or disability are inappropriate when interviewing candidates for positions. Common sense, common courtesy, and a professional approach are the cardinal rules for successful interviewing. In order to ensure that you are conducting a nonsexist and nonracist interview, you should remember to:

1. Ask the same general questions and require the same standards for all applicants;
2. Treat all applicants with fairness, equality, and consistency;
3. Follow structured interview plans that will help achieve fairness in interviewing.

In other words, treat all applicants in exactly the same way. Discriminatory behavior is improper, even when it is not intended.

The following suggestions should be helpful in ensuring that no federal or state equal employment opportunity laws are violated in the interview:

Ask questions that are relevant to the job itself. For instance, while in most cases men would have no reason to suppose improper significance of questions regarding marriage plans, because of past discrimination, women would. So do not inquire into: her marital status or nonmarital arrangements; what her husband does, how much he earns; whether he is subject to transfer, how he feels about her working or traveling; whether she has children (or plans to), how many, and their ages; arrangement for the care of her children; or her views on birth control, abortion, or women's issues.

You may cite the hours required by the job and ask if he/she will have difficulty meeting them. For example, you may say, We start at 8:00 a.m. here and leave at 5:00 p.m. Will you have difficulty meeting those hours? If he/she brings up any problem he/she may foresee in childcare, etc., then indicate what services are available.

Be careful not to draw assumptions about a woman's competence based on her soft voice or feminine appearance or attire.

Be professional and consistent in addressing men and women. If using first name, do so for all candidates. If not, then do not use a woman's first name and not the man's. In other words, in introducing a woman candidate, use Dr., Ms., or Miss, and a similarly appropriate title for the person to whom she is being introduced. For example, do not say, Mr. Powers, I'd like for you to meet Mary Lou (candidate).

1. Avoid flirting, patronizing, or making sexual jokes during the interview. Try to behave toward women in a completely businesslike, yet relaxed way.

2. Avoid bringing up stereotyped prejudices: women shouldn't travel alone; they

21

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0070

are too emotional; they aren't aggressive enough. Don't tell negative stories about former women employees.

3. Don't go to the opposite extreme by boasting about your liberation, by pointing out how fair-minded you are, or by giving an instant replay of every female or minority story you know.

4. In making a selection or recommendation, avoid making assumptions such as the following:

   a. Supervisors or managers might prefer men or employees of certain ethnic/racial origins;
   b. Clients or customers might not want to deal with women or minorities;
   c. Co-workers might object;
   d. Women's work might lack credibility;
   e. The job might involve travel, or travel with the opposite sex or members of certain ethnic/racial backgrounds that would disqualify the applicant;
   f. The job might involve unusual working conditions that would disqualify the applicant.

5. Do not place undue emphasis on conditions of employment (such as travel, heavy lifting, long hours, etc.) in the hope of discouraging the candidate and getting him or her to withdraw from the competition. It is for the applicant, not the employer, to decide whether he or she wants the job - based on a clear, honest explanation of what the conditions are.

6. If asked, give accurate information about the number of women or minority employees already in the organization. Again, if a candidate asks, and if you don't have women or minorities in your own department, then arrange for the person to meet other women or minority staff members. On the other hand, do not assume that this candidate will necessarily want to meet other women or minority employees.

7. Obviously, do not indicate that you're interested in hiring a woman or minority person as a statistic to improve your department's Affirmative Action/Equal Employment Opportunity profile. It's unlawful and an insult to apply different standards based on a applicant's sex or minority status.

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0071

## ACCEPTABLE PRE-EMPLOYMENT INQUIRIES
## UNDER EEOC GUIDELINES

| Subject Area | Acceptable | Unacceptable |
|---|---|---|
| Name | For access purposes, whether applicant work records are under another name. | To ask if a woman is a Miss, Mrs. or Ms., or to ask for maiden name. |
| Residence | Applicant's phone number or how applicant can be reached. | Place and length of current and previous addresses. |
| Age | None. *After hiring*, proof of age by birth certificate. | a) Age or age group of applicant.<br><br>b) Birth certificate or baptismal record before hiring. |
| National Origin/ Ancestry | None. | a) Birthplace or ancestry of applicant, parents, grandparents or spouse.<br>b) First or native language.<br>c) Any other inquiry into national origin. |
| Race or Color | None. Inquiry of race for affirmative action plan statistics, *after hiring*. | Any inquiry that would indicate race or color. |
| Sex | None. Inquiry for affirmative action plan statistics, *after hiring*. | Any inquiry that would indicate sex unless job-related. |
| Religion or Creed | None. | a) Birthplace or ancestry of applicant, parents, grandparents or spouse.<br><br>b) Recommendations or references from church officials. |
| Citizenship | a) If U.S. residence is legal.<br><br>b) Required proof of citizenship, *after hiring*. "If hired, can you show proof of authorization to work in the United States?" | a) If native-born or naturalized.<br><br>b) Proof of citizenship before hiring.<br><br>c) Whether parents or spouse native-born or naturalized.<br><br>d) Date of citizenship. |

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0072

| Subject Area | Acceptable | Unacceptable |
|---|---|---|
| Marital Status | None. After hiring:<br>a) Status (only married or single) for insurance and tax purposes.<br><br>b) Number and ages of dependents and age of spouse for insurance and tax Purposes. | a) To ask marital status before hiring.<br><br>b) To ask the number and age of children, who cares for them, and if applicant plans to have children. |
| Military Service | a) Service in the U.S. Armed Forces, including branch and rank attained as part of work experience history.<br><br>b) Any job-related experience.<br><br>c) Military discharge certification only *after hiring*. | a) Military service records.<br><br>b) Military service for any country other than U.S.<br><br>c) Type of discharge.<br><br>d) Membership in Reserves.<br><br>e) Intent to join military. |
| Education | a) Academic, professional, or vocational schools attended, if relevant to the position.<br><br>b) Language skills, such as reading and writing foreign languages, if relevant to the position. | a) Nationality, racial or religious affiliation of schools attended.<br><br>b) How foreign language ability was acquired. |
| Criminal Record | Inquiries about convictions that relate to the position. | Arrest record.<br>Convictions that do not relate to the position. |
| References | General and work references not related to race, color, religion, sex, national origin or ancestry. | References specifically from clergy or any other person who might reflect race, color, religion, sex, national origin, or ancestry. |
| Organizations | Organizational memberships , or Experiences gained as a result of, so long as relevant to the position. | Listing of *all* clubs applicant belongs to or has belonged to. |
| Photographs | None. May be required *after hiring* for identification purposes. | a) Request photograph before hiring.<br><br>b) To take pictures of applicants during interview. |
| Work Schedule | a) Willingness to work required work schedule.<br><br>b) Whether applicant has military reservist obligations. | Willingness to work any particular religious holidays. |

24

**OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL**
**0073**

| Subject Area | Acceptable | Unacceptable |
|---|---|---|
| Physical Data | a) Require applicant to prove ability to do manual labor, lifting and other physical requirements related to essential functions of the job, if any.<br><br>b) Require a physical examination after a job offer is made. | To ask if the applicant has a disability that would interfere with the ability to perform the job. |
| Disability | If the applicant can perform the essential functions of the job with or without reasonable accommodation. | To exclude disabled applicants as a class on the basis of their disability. Each case must be determined individually – Any inquiries that would elicit information about disability or health conditions. |
| Other Qualifications | Any area that has a direct reflection on the job applied for. | Any non-job-related inquiry that may present unlawful discrimination. |

Source: Civil Rights Act of 1964, Title VII as amended; Equal Employment Opportunity Act of 1972; Education Amendment of 1972, Title IX; Age Discrimination in Employment Act of 1967; Equal Employment Opportunity Guidelines, 1978 and revisions; Americans with Disabilities Act of 1990, EEOC Guidelines on Preemployment Disability-Related Inquiries and Medical Examinations Under ADA.

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0074

## SUGGESTED INTERVIEW GUIDELINES

I.    INTRODUCE THE SEARCH COMMITTEE BY NAMES AND TITLES

Sample:
  Susan Employee, Registrar
  Peggy Jones, Administrative Assistant to the President
  William Brown, English Instructor
  Tracy Long, Assistant Dean of Instruction

II.    DISCUSS THE INTERVIEW PROCESS

A.  You were given the Job Description for the  (Job Title) when you arrived today.

Have you had time to read it?

Will you be able to perform the essential job functions with or without reasonable accommodations?  (Take the signed Job Description from the applicant and place it in his/her file.)

B.  The Search Committee will interview all qualified candidates.  (If the number of qualified candidates is so many as to be prohibitive, the Committee Chair should refer to and abide by guidelines on checklist).

C.  This interview will have two parts.  We will begin by asking you a series of questions.  The committee will record your answers to help us in making our recommendations.

We will ask all of the applicants the same questions.

After we have completed these questions, you may have some questions you would like to ask us.

Following those questions, we have some questions we want you to complete in writing.  You will move to another part of the building to complete your written answers.  (Only if applicable to the position)

D.  The job of this Search Committee is to recommend to the President three applicants who best match the requirements for the job and the needs of the institution.

We are looking at your education and experience and matching them to the needs of the College as far as this position is concerned.

Three applicants will be recommended to our President, _____ for a second interview.  He/She will make the final decision....

26

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0075

Suggested Interview Guidelines
Page 2

    E. Applicants who are selected for a second interview will be notified by
    telephone.

    All non-selected applicants will be notified by letter.

    We hope this process will be completed within the next three (or other
    appropriate time frame) weeks.

III.    DISCUSS INFORMATION RELATIVE TO THE JOB

    A. Hours/Month/Days – Monday-Friday ( _____ a.m. - _____ p.m.)

    B. The salary range – ($_____ - _____) was printed in the position
    announcement; do you have any questions about the salary?

    The President will make the final determination about the salary based on the
    applicant's education and experience.

    C. Pay period – once per month; last working day of the month.

    D. Everyone is expected to recruit students for the college.

    E. We anticipate this job to begin on _____

IV.    EXPLAIN EMPLOYEE BENEFITS

    A. Five percent of your income goes to Teacher Retirement; the State matches
    that amount with 4.03%.

    B. An employee is vested for retirement after 10 years.

    C. If an employee leaves the education field before retirement, he/she may
    withdraw the amount he/she has contributed to the fund.

    D. Health Insurance – PEEHIP

        1. Family plan costs the employee $124/month.

        2. Single plan costs the employee $2/month.

    E. LEAVE/HOLIDAYS (This information varies by position. See Chart)

27

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0076

Suggested Interview Guidelines
Page 3

V.  CONDUCT THE INTERVIEW USING QUESTIONNAIRE DEVELOPED BY
SEARCH COMMITTEE

VI.  FINALIZE THE INTERVIEW

A. Ask the applicant if he/she has any questions.
B. Ask the applicant if there is a question that we did not ask that he/she would
have liked for us to ask.
C. Assign written questions (if appropriate) and tell the applicant what to do with
them when completed.  Take applicant to another room to complete the
written questions.
D. Thank him/her for coming.

28

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0077

## SAMPLE INTERVIEW FORM

APPLICANT'S NAME_____

DATE _____

### PROFESSIONAL SKILLS

Rating Scale (1-lowest, 3-highest)

1   2   3      1.    Describe your general professional background and experience emphasizing particularly your experience in education and/or relevant area.

1   2   3      2.    What are your employment goals?  How are you preparing yourself to achieve them?

1   2   3      3.    Rate yourself from 1-5 (with 5 being the highest) on:

Punctuality          _____          Accuracy        _____
Dependability        _____          Loyalty          _____
Organizational Skills _____         Initiative        _____
Cooperation/People Skills _____

1   2   3      4.    Tell us what you know about  (name of college).

_____

1   2   3      5.    Why do you want to work at  (name of college).

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0078

SAMPLE INTERVIEW FORM
Page 2

1   2   3      6.      Tell us about your experience in working with students.

1   2   3      7.      Describe your experience and skills in computer operations/data exchange.

1   2   3      8.      What experience have you had in administering federal programs?

1   2   3      9.      Describe something you have done which demonstrates your organizational or administrative skills.

1   2   3      10.     Tell us why you would be the best person we could hire as the (Position Title).  (Convince us that you are the right person for this job.)

_____ Total Points

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0079

SAMPLE INTERVIEW FORM
Page 3

## PERSONAL PROFILE

1  2  3     1.     Oral communication:  grammar usage appropriate, clearly understood, does not ramble.

1  2  3     2.     Displays professional and self-confident manner: appropriate dress for interview.

1  2  3     3.     Makes eye contact during conversation.

1  2  3     4.     Demonstrates warmth and enthusiasm; clearly interested.

1  2  3     5.     Written communication:  Neat, legible, well organized, informative, clearly understood, not wordy.

Clarification questions on application:

_____

_____

_____

_____

Professional Skills                    30 Points  _____

Personal Profile                       15 Points  _____

                                       Total      _____

Evaluator: _____

Signature _____

Date _____

31

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0080

# SAMPLE EVALUATION SUMMARY

_____

Date

_____

Applicant's Name

_____

Score

Applicant was given the following information:

_____ Salary range

_____ Employee benefits

_____ Job description/Reasonable Accommodations Statement

_____ Beginning date of employment

COMMENTS:

_____

_____

_____

_____

_____

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0081

SAMPLE APPLICANT QUALIFICATIONS/VERIFICATION FORM

POSITION TITLE: _____

NAME OF APPLICANT: _____

Qualification:

1. _____ Master's degree in (Relevant Field)
2. _____ Bachelor's degree in (Relevant Field)
3. _____ Bachelor's degree in (Relevant Field)
4. _____ Experience working with students, preferably in a postsecondary educational setting.
5. _____ One year's experience with relevant programs preferred.
6. _____ Experience administering a relevant program.
7. _____ Knowledge of computer operations/data exchange.
8. _____ Knowledge of other relevant program preferred.
9. _____ Excellent organizational, administrative, and communication skills.
10. _____ Application
11. _____ Resume
12. _____ References (3)
13. _____ Verification of Education (Transcripts)
14. _____ Verification of Experience
15. _____ Verification of Certification (if applicable)

_____     Meets minimum requirements.

_____     Does not meet minimum requirements.

            Additional requirements:

_____     _____

_____     _____

_____     _____
Committee Chair                Committee Member

_____     _____
Committee Member               Committee Member

33

**OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL**
**0082**

# PRE-EMPLOYMENT REFERENCE CHECK FORM

APPLICANT _____  POSITION _____

COMPANY CONTACTED_____  TELEPHONE _____

PERSON CONTACTED _____  TITLE _____

What was your employment relationship with the applicant?_____

How long did you supervise (work with) this person?_____

What were the applicant's job title and duties?_____

_____

_____

How would you compare him/her with others doing the work?_____

Strong points_____

Areas for improvement_____

If I were going to be this person's supervisor, what advice would you have for me to

maximize his or her performance on the job?_____

_____

Supervisory ability_____

Describe how he/she got along with people_____

Attendance/punctuality_____

Did this person exhibit any common personality traits that interfered with work

performance? _____ Examples_____

_____

Reason for leaving_____

Would you re-hire?_____

Position for which best qualified_____

Additional comments_____

Checker's comments_____

_____

Reference checked by_____ Date_____

34

**OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL**
**0083**

SAMPLE JOB APPLICATION/LIUFORD INFORMATION FORM

_____ (DATE)

_____ (POSITION)

| NAME | ADDRESS | DATE APPLICATION RECEIVED | RACE/SEX | INTERVIEWED YES/NO |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

35

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0084

## SAMPLE POSITION ANNOUNCEMENT

## INTENT TO EMPLOY

**POSITION:** Dean of Finance and Administration

**QUALIFICATIONS:** Minimum Qualifications

- Master's degree preferred (in accounting or finance or MBA with emphasis in accounting and finance) or Bachelor's degree (in business with emphasis in accounting or finance) with five (5) years experience in administrative business operations.

OR

- Certified Public Accountant certificate and two (2) years of experience.

## DUTIES AND RESPONSIBILITIES:

1. Design and recommend for approval organizational structure, personnel staffing patterns, and job responsibilities for effective performance within the Business Office and administrative services.
2. Develop fiscal policies.
3. Direct resource allocation analysis.
4. Develop and implement long and short-range goals and plans consistent with goals and mission of the college.
5. Direct plant operations, construction, coordination, purchasing, leasing, and contracts for operation and maintenance.
6. Direct auxiliary services including the bookstore, food services and vending operations.
7. Responsible for evaluating and maintaining cooperative and supportive relationships with other areas of the college.
8. Review and recommend budget requests, monitor budgets and operating expenditures of the college.
9. Encourage the training and development of all staff through active support of staff development.
10. Participate actively in professional, civic, and educational organizations, agencies, and activities which benefit the college and community.
11. Represent the President at functions and activities as requested.

**SALARY:** Range of $64,665 to $83,803, based on State Board of Education Salary Schedule and experience.

**POSITION AVAILABLE:** September 1, 2000

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0085

**APPLICATION DEADLINE:**     March 31, 2000

**APPLICATION PROCEDURE:**

For application contact: Ms. Jane Doe
ALABAMA COMMUNITY COLLEGE
PO Box 302130
College, AL 36130
(334) 555-5555

All applicants must have on file a completed application, resume, and copies of all college transcripts by the deadline date. From all the applications received, a screening committee will select the applicants to be interviewed. Interviews will be by appointment only. Applicants must demonstrate proficiency in written English as part of the on-campus interview process.

*As required by the Shuford/Kennedy Consent decree*
Alabama Community College is an equal opportunity employer and is seeking applications in particular from black persons and women, including black women.

37

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0086

# SAMPLE JOB DESCRIPTION/REASONABLE ACCOMMODATIONS STATEMENT

## FINANCIAL AID COORDINATOR
### JOB DESCRIPTION

The Financial Aid Coordinator is responsible for administering all financial aid programs at _(name of college)_ . These programs include but are not limited to the following: Federal Pell Grant, Federal Supplemental Educational Opportunity Grant (FSEOG), Alabama Student Assistance, Veteran's Benefits, Job Training Partnership Act (JTPA), Trade Readjustment Act (TRA) and scholarships. Duties and responsibilities include the following:

1. Coordinate the financial aid programs for prospective and returning students.
2. Assist students in completing financial aid applications and forms for all programs.
3. Coordinate the awarding of funds for all financial aid programs.
4. Review transcripts to determine satisfactory academic progress for all types of financial aid and notify students of deficiencies.
5. Complete quarterly and annual reconciliation of balances in each financial aid account.
6. Complete JTPA reimbursement claims, contracts, and other reporting requirements.
7. Complete Veterans' Affairs reports.
8. Prepare yearly budgets for financial aid programs.
9. Complete the yearly FISAP report.
10. Prepare payrolls for Pell Grant, FSEOG, and Alabama Student Assistance.
11. Prepare and review financial aid transcripts.
12. Review student financial aid files for completion and accuracy.
13. Oversee the completion of JTPA and TRA time sheets and forward to appropriate agency.
14. Conduct annual financial aid workshops.
15. Complete computerized and other reporting requirements.
16. Transmit electronic applications for financial aid.
17. Fulfill other duties and responsibilities as assigned by the Dean of Student Services.

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0087

Sample Job Description/Reasonable Accommodations Statement
Page 2

## Essential Job Functions

1. Provide counseling services pertaining to financial assistance to prospective and returning students.

2. Keep abreast of financial aid policies and regulations by maintaining a relationship with appropriate professional organizations and by reading all pertinent literature.

3. Interview potentially eligible veterans to determine program eligibility.

4. Maintain files for all financial aid programs.

5. Keep abreast of policies pertaining to Electronic Data Exchange (EDE) and Veterans Affairs Certification (VACERT).

6. Communicate clearly in writing and speaking.

7. Coordinate the installation of financial aid software and system upgrades with the Computer Programmer/Analyst.

8. Attend events scheduled by the College, including graduation exercises.

9. Assist in the College's registration process.

10. Serve on the College's Scholarship Committee.

11. Develop and update policies and procedures pertaining to financial aid.

12. Attend seminars and workshops pertaining to financial aid programs.

## Marginal Job Functions

1. Assist in recruiting students

2. Maintain positive public relations.

Will you be able to perform the essential job functions with or without reasonable accommodations? _____ Yes _____ No

_____

Signature

_____

Date

39

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0088

## SAMPLE NEWSPAPER ADVERTISEMENT

### ALABAMA COMMUNITY COLLEGE

**DEAN OF FINANCE AND ADMINISTRATION:**
Minimum qualifications: (1) Bachelor's degree (in business with emphasis in accounting or finance) with five (5) years experience in administrative business operations, Master's degree preferred (in accounting or finance or MBA with emphasis in accounting and finance) or (2) Certified Public Accountant certificate and two (2) years of experience.

Salary: Range of $64,665 to $83,803, based on State Board of Education Salary Schedule B and experience

STARTING DATE: June 5, 2000. Application Deadline: 4:00 p.m. March 31, 2000. Call or write for application information and materials:

> Ms. Susan Employee, Search Committee Chair
> Alabama Community College
> P.O. Box 302130
> College, AL 36130-2130
> (334) 555-5555

Alabama Community College is an Equal Opportunity Employer and complies with the Americans with Disabilities Act. As required by the Shuford/Johnson Consent Decrees, Alabama Community College is seeking applications in particular from black persons and women, including black women.

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0089

# SUMMARY OF BENEFITS

| BENEFIT | INSTRUCTOR | NON-INSTRUCTOR |
|---|---|---|
| Sick Leave | 1 Day Per month | Same |
| Annual Leave | May accumulate up to 225 days<br>N/A (dif between terms) | 1-4 yrs. 1 Day Per month<br>5-9 yrs. 1.25 Days Per month<br>10-14 yrs. 1.5 Days Per month<br>15-19 yrs. 1.75 Days Per month<br>20 – up 2 Days Per month  May accumulate up to 60 days. |
| Personal Leave | 5 Days Per year (Converts to sick leave if not used) | 2 Days Per year (Converts to sick leave if not used) |
| Emergency Leave | N/A | 3 Days Per year |
| Holidays | 14 (5 locally assigned) | 14 (5 locally assigned) |
| Number of Work Days Contracted | 229 | 260 |
| Retirement | Pays 5% monthly. State matches 4.03% | Same |
| Health Insurance | Pays $124.00 monthly for family coverage. Pays $2.00 monthly for single coverage. If desired, employee may elect four options rather than health insurance options to include hospital indemnity, cancer, dental, and vision. | Same |
| Trillion Assistance at 2-Year College (Employees and Dependents) | Yes – 1/3 waived after 1st year<br>2/3 waived after 2nd year<br>3/3 waived after 3rd year | Yes – 1/3 waived after 1st year<br>2/3 waived after 2nd year<br>3/3 waived after 3 years |

Note: Employee is vested after 10 years in Retirement System. Employee may retire after 25 years of service or upon reaching age 60 with at least 10 years of service. After the employee is eligible for retirement, he/she may apply unused sick leave toward retirement. If employee leaves the system before becoming vested, he/she may withdraw all deposits. If employee dies while covered by Retirement System, and before retirement his/her beneficiary receives $15,000 life insurance, one year's salary, and all payments made to the Retirement System.

41

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0090

# REORGANIZATION OF POSITIONS OR LATERAL INTERNAL TRANSFERS

Under the Uniform Guidelines for *Kennedy v. State Board of Education*, each college is required to complete a copy of the following form for every reorganization and lateral internal transfer completed at the institution. One form is to be completed for each employee involved in the reorganization or lateral internal transfer. The completed form should be forwarded to Ms. Renee Culverhouse, Alabama Department of Postsecondary Education, Division of Legal and Human Resources, 401 Adams Avenue, Suite 710, Montgomery, AL 36104.

The completion of this form shall not be considered approval of the reorganization or lateral internal transfer. The form shall be completed and submitted along with the request for approval to the Chancellor.

42

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0091

## REORGANIZATION OF POSITIONS
### OR
### LATERAL INTERNAL TRANSFER

Type of Assignment: ☐ Lateral Internal Transfer          ☐ Reorganization

Name of Institution: _____

Name of Appointee: _____

Title: _____     Race: _____ Gender: _____

Salary Schedule     Prior Position: _____     Proposed Position: _____

Salary                    Prior Position: _____     Proposed Position: _____

Narrative Description of Position:

_____

_____

_____

If Appointee has previously been appointed to position(s) as a result of a Reorganization or Lateral Transfer, describe such appointment(s).

_____

_____

_____

## DOCUMENTATION

_Reorganization_

    Letter to Chancellor          Date: _____     (Exhibit 1)
    Approval from Chancellor      Date: _____     (Exhibit 2)

    Summary of Justification for Request:

    _____

    _____

    _____

_Lateral Internal Transfer_

    Position Posted               Date: _____     (Exhibit 3)
    Proposal to Chancellor's Office   Date: _____     (Exhibit 4)

    Summary of Reasons for President's Choice:

    _____

    _____

    _____

43

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0092

# RECRUITMENT AND SELECTION COMMITTEE APPOINTMENT FORM

Name of College

Date _____

Position to be filled _____

| NAME | TITLE | Check One Category Per Person | | | Check All Applicable Categories | | | | |
|------|-------|---------|-------|-------|------|--------|-------|-------|-------|
| | | Faculty | Staff | Admin | Male | Female | Black | White | Other |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0093

### SAMPLE MEMO APPOINTING SEARCH COMMITTEE

### M E M O R A N D U M

TO:        Ms. Employee
              Ms. Smith
              Mr. Jones
              Ms. Brown
              Mr. Thomas

FROM:    John Doe, President

SUBJECT:  Search Committee, Dean of Finance and Administration

DATE:     May 16, 2000

      As you can see from the attached position announcement, we will be conducting an employment search for a Dean of Finance and Administration.  I am asking that the five of you serve on the Search Committee for filling this position and that Ms. Employee serve as Chair.  Ms. Smith will provide secretarial support.

      Please refer to your College Personnel Handbook for employment procedures. Ms. Employee will provide you with additional information at a later date.  Thank you for your cooperation.

JD

Attachment

cc  Administrators (memo only)

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0094

MPLE MEMO RECOMMENDING APPLICANTS
FOR FINAL INTERVIEW

# M E M O R A N D U M

TO:        PRESIDENT

FROM:    DEAN OF FINANCE AND ADMINISTRATION SEARCH  COMMITTEE

SUBJECT:  APPLICANTS FOR FINAL INTERVIEWS

DATE:     May 18, 2000


Listed below are our recommended applicants for a final interview for the Financial Aid Coordinator position.

Ms. Jane Doe
Mr. John Smith
Ms. Mary Taylor

tt

47

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0095

## SAMPLE STATEMENT OF JUSTIFICATION

## STATEMENT TO THE SEARCH FILE FOR DEAN OF FINANCE AND ADMINISTRATION

On May 19, 2000, Ms. Susan Employee and I interviewed the following three finalists recommended by the Search Committee for Coordinator of Special Activities:

Ms. Mary Jones (black female)
Ms. Susie Johnson (white female)
Mr. Joe Smith (white male)

I selected Ms. Jones as the top candidate for the following reasons:

She has broad-based community college experience
She has extensive financial management experience
She has experience as an accountant at a two-year college
She has experience in budget planning and management  as grants coordinator at a two-year college.
Ms. Jones' qualifications seemed to be the best match for the needs of the institution.

_____
John Doe, President
June 1, 2000

48

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0096

## SAMPLE LETTER TO INFORM CHANCELLOR OF EMPLOYMENT OF PERSONNEL ON SALARY SCHEDULES B, C-1, or C-2

May 18, 2000

Dr. Fred J. Gainous
Chancellor
Department of Postsecondary Education
401 Adams Avenue
Montgomery, AL  36130-2130

Dear Dr. Gainous:

( name of the college)  recently advertised for a Director of Admissions.  The initial and final interviews have been conducted.

I plan to employ Mr.  Joe Blank (black male) in this position on Salary Schedule C-2, Step 10 at an annual salary of $66,658 effective August 1, 2000.  Mr. Blow's Social Security number is 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.  I am requesting your approval for placement of Mr. Blow on Salary Schedule C-2, Step 10.  A copy of his resume, detailing the relevant experience for Step 10 placement is enclosed.

Your consideration is appreciated.

Sincerely,

_____
President

tt

cc:  Renee Culverhouse

_____

Approved _____
            Chancellor, Department of Postsecondary Education

49

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0097

SAMPLE L    TER TO INFORM CHANCELLOR OF EMPLOYMENT OF
PERSONNEL ON SALARY SCHEDULES C-3 or D

May 18, 2000

Dr. Fred J. Gainous
Chancellor
Department of Postsecondary Education
401 Adams Avenue
Montgomery, AL  36130-2130

Dear Dr. Gainous:

( name of the college)  recently advertised for both a Financial Aid Coordinator
and an Auto Body and Fender Repair Instructor.  The initial and final interviews have
been conducted.

I plan to employ Ms. Jane Doe (white female) in the position of Financial Aid
Coordinator on Salary Schedule C-3 at an annual salary of $29,000. ( (name of
college) has no designated steps on Salary Schedule C-3.)  Ms. Doe's Social
Security number is 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.

I plan to employ Mr. Jim Smith (black male) in the position of Auto Body and
Fender Repair Instructor on Salary Schedule D, Rank 1-B/C, Step 4, at an annual
salary of $37,580, commensurate with his teaching experience.  Mr. Jim's Social
Security number is 987-65-432.  Both positions will be filled effective August 1, 2000.
Please let me know if I need to provide any additional information.

Sincerely,


_____
President

tt

cc:  Renee Culverhouse

50

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0098

SAMPLE LETTER TO CHANCELLOR REQUESTING APPROVAL
PLACEMENT ON SALARY SCHEDULES D

May 18, 2000

Dr. Fred J. Gainous
Chancellor
Department of Postsecondary Education
401 Adams Avenue
Montgomery, AL 36130-2130

Dear Dr. Gainous:

( name of the college) recently advertised for both a Financial Aid Coordinator and an Auto Body and Fender Repair Instructor. The initial and final interviews have been conducted.

I plan to employ Ms. Jane Doe (white female) in the position of Financial Aid Coordinator on Salary Schedule C-3 at an annual salary of $29,000. ( (name of college) has no designated steps on Salary Schedule C-3.) Ms. Doe's Social Security number is 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.

I plan to employ Mr. Slim Jim (black male) in the position of Auto Body and Fender Repair Instructor on Salary Schedule D, Rank 1-B/C, Step 4, at an annual salary of $37,580, commensurate with his teaching experience. Mr. Jim's Social Security number is 987-65-432. Both positions will be filled effective August 1, 2000. Please let me know if I need to provide any additional information.

Sincerely,

_____
President

tt

cc: Renee Culverhouse

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL

**SAMPLE LETTER TO CHANCELLOR REQUESTING APPROVAL
PLACEMENT ON SALARY SCHEDULES D**
(Only in Circumstances When Credit Is Being Given for Prior High-Tech Experience)

May 18, 2000

Dr. Fred J. Gainous
Chancellor
Department of Postsecondary Education
401 Adams Avenue
Montgomery, AL 36130-2130

Dear Dr. Gainous:

(Name of the college) recently advertised for both a Financial Aid Coordinator and an Auto Body and Fender Repair Instructor. The initial and final interviews have been conducted.

I plan to employ Mr. John Doe (black male) in this position effective August 1, 2000. Based on Mr. Doe's qualifications and his ten years' high technology experience as a systems analyst with Synovus, I am requesting your permission to employ him on Salary Schedule D, Rank I-C, Step 15, at an annual salary of $48,976. Mr. Doe's Social Security number is 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. A copy of his resume is enclosed.

I will appreciate your favorable consideration of this request.

Sincerely,

_____
President

tt

Approved _____
Chancellor, Department of Postsecondary Education

Enclosure

cc: Renee Culverhouse

52

**OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0100**