# EXHIBIT 10

## Charge of Discrimination

| CHARGE OF DISCRIMINATION | Agency | Charge Number |
|---|---|---|

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

Agency: □ FEPA  □ EEOC

_____ and EEOC
*State or local Agency, if any*

**Name** *(Indicate Mr., Ms., Mrs.)*

Eileen D. Olive

**Home Telephone** *(Include Area Code)*

(334) 279-2068

**Street Address**   City, State and Zip Code
1825 Brookstone Drive, Montgomery, AL 36117

**Date of Birth**

**NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME** *(If more than one list below)*

**Name**
H. Councill Trenholm State Technical College

**Number of Employees, Members**
More than 15

**Telephone** *(Include Area Code)*
(334) 420-4200

**Street Address**   City, State and Zip Code
1225 Air Base Blvd., Montgomery, AL 36108

**County**
Montgomery

**Name**

**Telephone Number** *(Include Area Code)*

**Street Address**   City, State and Zip Code

**County**

**Cause of Discrimination Based on** *(Check appropriate box(es))*

XXXX RACE   □ COLOR   XXXX SEX   □ RELIGION   □ AGE
□ RETALIATION   □ NATIONAL   □ DISABILITY   □ OTHER
                        ORIGIN

**Date Discrimination Took Place**
Earliest          Latest
                      2/3/05

XXX CONTINUING ACTION

**THE PARTICULARS ARE** *(If additional space is needed, attach extra sheet(s)).*

### SEE ATTACHED PAGE FOR THE PARTICULARS

NOTARY - (When necessary for State and Local Requirements)
I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

FEB

E.E.O.C.
BIRMINGHAM DISTRICT

**Date**          **Charging Party (Signature)**

*Eileen D. Olive*
2/3/05

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0002

## THE PARTICULARS:

1.      I am Eileen D. Olive and I am a Caucasian female.  My date of birth is
and my Social Security Number is

2.      I have been employed by H. Councill Trenholm State Technical College ("Trenholm
Tech") since approximately February of 1996 as leader of the JOBS Adult Education
Program.  In 2001, I was officially named Supervisor and Coordinator of the Adult
Education Program, and I am responsible for running the program.

3.      Throughout my employment, I have been given positive employment evaluations,
letters of accommodation, and verbally told that I was doing an excellent job.  I have over 23
years of educational experience, with over 15 years of experience in Adult Education.  I hold
a Masters degree in Educational Administration.

4.      In or about July of 2004, I learned that Trenholm Tech was advertising the position of
Director of Adult Education that was left vacant by the retirement of the previous Director.
Since I was highly qualified for this position, I applied for the position of Director of Adult
Education.  On or about August 12, 2004, I was informed by a letter that I was not selected
for the position of Director of Adult Education.  A less qualified African-American male,
who did not have the experience and qualification that I have, was selected for the position of
Director of Adult Education.  I was denied the job position of Director of Adult Education
due to my gender, female, and due to my race, Caucasian, in violation of Title VII of the
1964 Civil Rights Act, as amended by the Civil Rights Act of 1991 (hereinafter "Title VII").

5.      After I was discriminatorily denied the job position of Director of Adult Education,
my job title was changed from Supervisor and Program Coordinator of Adult Education to
the title of "Lead Teacher", and some of my job duties were removed from me.  All of this
conduct by Trenholm Tech was done to me due to my gender, female, and my race,
Caucasian.  This discrimination against me is ongoing.  All of this conduct by my Trenholm
Tech is in violation of Title VII.

6.      Throughout my employment, I have been discriminated against and treated
differently in the terms and conditions of my employment because of my gender, female, and
because of my race, Caucasian, in violation of Title VII.  Furthermore, I am held to a higher
standard of performance than similarly situated male and African-American employees.  All
of this conduct by Trenholm Tech is in violation of Title VII and is ongoing.  Upon
information and belief, my employer has a history of discriminating against female and
Caucasian employees in violation of Title VII.

Eileen D. Olive                              Date    2/3/05

FEB 4

E.E.O.C.
BIRMINGHAM DISTRICT

**OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL**
**0003**

# EXHIBIT 11

## Affidavit of Wilford Holt

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **EILEEN D. OLIVE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.: 2:06-CV-48-MEF** |
| | ) | |
| **H. COUNCILL TRENHOLM STATE** | ) | |
| **TECHNICAL COLLEGE,  ANTHONY** | ) | |
| **MOLINA, individually, ROY JOHNSON,** | ) | |
| **individually, BRADLEY BYRNE, in his** | ) | |
| **official capacity as Chancellor of the** | ) | |
| **Alabama Department of Postsecondary** | ) | |
| **Education, SAMUEL MUNNERLYN in his** | ) | |
| **official capacity as Interim President of** | ) | |
| **Trenholm State Technical College,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## AFFIDAVIT OF WILFORD HOLT

STATE OF ALABAMA          )

COUNTY OF MONTGOMERY      )

My name is Wilford Holt.  I am over the age of nineteen (19) and have personal knowledge of the facts contained herein.

I am employed at Trenholm Tech as Associate Dean of Technical Education and Industrial Relations.  I am a white male.

In June 2004, I was appointed by then Trenholm President Molina to chair a selection committee for the position of Director of Adult Education.

Throughout the duration of the activities of this selection committee, my committee followed the Search Committee Guidelines as set forth in the Shuford/Kennedy Decree.

The Selection Committee for the position of Director of Adult Education consisted of the following members:

Jackie Dickerson, Black Female
Doris Turner, Black Female
Zandra Toney, Black Female
Henry Tylicki – White Male

As chairman of the Selection Committee, I forwarded each committee member the appropriate material for the job search, selected ten (10) applicants for interviews, prepared an interview schedule and conducted interviews in accordance with the Shuford/Kennedy Decree.

My committee conducted the interviews as scheduled and in accordance with the guidelines. Each committee member scored each applicant independently and did not discuss the scoring with each other during the interview process. Following the calculations of scores for all applicants, the top three (3) candidates were listed in alphabetical order, without scores and submitted to the college president.

The candidates with the top three interview scores were Quinton Ross, a black male with a score of 255, Dorothy Crawford, a black female with a score of 212 points, and Arthur Baker, a white male with a score of 204 points. Eileen Olive received the fourth (4th) highest score, that of 194. Therefore, in accordance with the guidelines, her name was not submitted to the President for his consideration for of the appointment.

At no time did I receive instructions, suggestion, coercion or pressure from Dr. Molina or Roy Johnson to select Quinton Ross for the Director positions.

At no time did any committee member advise me that they received instructions, suggestions, coercion or pressure from either Dr. Molina or Roy Johnson to select Quinton Ross for the Director Position.

Each of the committee members were qualified to serve on the selection committee. They were each trained and eligible and/or had served on previous selection committees.

Each of the committee members conducted themselves properly during the interview and selection process.

During the interview process, I received no complaints about the composition of the committee, the interview process or the conduct of the committee members.

An observation I made at Eileen Olive's interview was that she made a statement to the effect that she was not interested in the position, but someone had talked her into applying. Without speaking for the other committee members, Ms. Olive's statement had some bearing on the score I assigned her from the interview.

WILFORD HOLT

SWORN TO AND SUBSCRIBED before me this 20th day of June, 2008.

(SEAL)

_Michele Washington Berry_
NOTARY PUBLIC

My Commission Expires: _____

Notary Public
State of Alabama at Large
My commission expires:
July 29, 2009

# EXHIBIT 12

## Recruitment and Selection Committee Appointment Form



## Recruitment and Selection Committee Appointment Form

Position to be Filled _____

Name of College _____

Date 6/18/04

| NAME | TITLE | Check One Category Person | | | Check All Applicable Categories | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Faculty | Staff | Admin. | Male | Female | Black | White | Other |
| | | | | ✓ | ✓ | | | ✓ | |
| | | ✓ | | | | ✓ | | ✓ | |
| | | ✓ | | | | ✓ | ✓ | | |
| | | ✓ | | | | ✓ | ✓ | | |
| | | ✓ | | | | ✓ | ✓ | | |
| | | ✓ | | | | ✓ | | ✓ | |

# EXHIBIT 13

## Recruiting and Selection Committee List
## 2003-2004

# H. COUNCILL TRENHOLM STATE TECHNICAL COLLEGE

## RECRUITING AND SELECTION COMMITTEES ( Salary Schedules A, B, C, & D)
### September 15, 2003 - September 15, 2004

| Date Appointed | Names | Race | Gender | Vacancy For Which Appointed |
|---|---|---|---|---|
| 1/1/2004 | Max Leatherwood | White | Male | Computer Information Systems Instructor |
|  | Helen Johnson | Black | Female | " |
|  | Melissa Pritchett | Black | Female | " |
|  | Oneita Farrow | Black | Female | " |
|  | Tobit Ellis | Black | Male | " |
| 6/9/2004 | Wilford Holt | White | Male | Director of Adult Education |
|  | Jackie Dickerson | Black | Female | " |
|  | Doris Turner | Black | Female | " |
|  | Zandra Toney | Black | Female | " |
|  | Henry Tylicki | White | Male | " |
| 6/9/2004 | Sam Munnerlyn | Black | Male | Coordinator of Student Placement & FollowUp |
|  | Shemedrea Johnson | Black | Female | " |
|  | Annita Love | Black | Female | " |
|  | Veronica Thomas | Black | Female | " |
|  | Jerry Joyce | White | Male | " |
| 6/9/2004 | Arlinda Knight | Black | Female | F.I.T. Instructor (Focused Industry Training) |
|  | Jerry Joyce | White | Male | " |
|  | Mike Miller | White | Male | " |
|  | Carolyn Millender | Black | Female | " |
|  | Joseph Trimble | Black | Male | " |
|  | Ann Vernon | Black | Female | " |

## H. COUNCILL TRENHOLM STATE TECHNICAL COLLEGE

### RECRUITING AND SELECTION COMMITTEES ( Salary Schedules A, B, C, & D)
September 15, 2003 - September 15, 2004

| Date Appointed | Names | Race | Gender | Vacancy For Which Appointed |
|---|---|---|---|---|
| 6/21/2004 | Jan Jones | White | Female | Administrative Services Manager |
| | Helen Johnson | Black | Female | " |
| | Renita Scottq | Black | Female | " |
| | Jerry Joyce | White | Male | " |
| | Melissa Pritchet | Black | Female | " |
| 7/19/2004 | Jean Stockman | White | Female | Cosmetology Instructor |
| | Linda Crowe | White | Female | " |
| | Margaret Law | Black | Female | " |
| | Gail Taylor | Black | Female | " |
| | Walter Austin | Black | Male | " |
| 8/27/2004 | Shenedrea Johnson | Black | Female | Administrative Services Manager |
| | Jerry Joyce | White | Male | " |
| | Glenda Davis | Black | Female | " |
| | Melissa Pritchett | Black | Female | " |
| | Doris Turner | Black | Female | " |

# EXHIBIT 14

**Quinton Ross
Score Sheets**

*Quinton Ros.*

## Adult Education Director Search
## <u>INTERVIEW QUESTIONS</u>
### August 5, 2004

## PROFESSIONAL SKILLS
### Rating Scale:  (1 = lowest, 5 = highest)

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| 1.  Please tell us about your experience in writing and/or administering grants. | 1 | 2 | 3 | 4 | (5) |
| 2.   What is the largest budget you have prepared and how did you monitor the expenditures? | 1 | 2 | 3 | 4 | (5) |
| 3.  What will you look for as you monitor adult education classroom instruction? | 1 | 2 | 3 | 4 | (5) |
| 4.  How would you manage adult education in five counties and assure consistent quality of instruction? | 1 | 2 | 3 | (4) | 5 |
| 5.  Trenholm strives to operate with no audit findings.  As Director of Adult Education, what measures would you use to make sure no audit findings occurred in your department? | 1 | 2 | 3 | (4) | 5 |
| 6.  Describe something you have done that demonstrates your organizational and managerial skills. | 1 | 2 | 3 | (4) | 5 |
| 7.  What would you do to assure that the Adult Education data from each of the counties is accurate and submitted in a timely manner? | 1 | 2 | 3 | 4 | (5) |

## PERSONAL PROFILE

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| 8.  Oral communication:  grammar usage appropriate, clearly understood, does not ramble. | 1 | 2 | 3 | 4 | (5) |
| 9.  Displays professional and self-confident manner:  appropriate dress for interview. | 1 | 2 | 3 | 4 | (5) |
| 10.  Makes eye contact during conversation. | 1 | 2 | 3 | 4 | (5) |
| 11.  Demonstrates warmth and enthusiasm; clearly interested. | 1 | 2 | 3 | 4 | (5) |

General Comments:  *Very Knowledgeable about all questions*

Professional Skills:  *3 2*

Personal Profile:  *20*

*5 2*

**OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL**
**0040**



**Adult Education Director Search**
**INTERVIEW QUESTIONS**
**August 5, 2004**

**PROFESSIONAL SKILLS**
Rating Scale:  (1 = lowest, 5 = highest)

16 15

| Question | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| 1.  Please tell us about your experience in writing and/or administering grants. | 1 | 2 | 3 | 4 | (5) |
| 2.  What is the largest budget you have prepared and how did you monitor the expenditures? | 1 | 2 | 3 | (4) | 5 |
| 3.  What will you look for as you monitor adult education classroom instruction? | 1 | 2 | 3 | 4 | (5) |
| 4.  How would you manage adult education in five counties and assure consistent quality of instruction? | 1 | 2 | 3 | (4) | 5 |
| 5.  Trenholm strives to operate with no audit findings.  As Director of Adult Education, what measures would you use to make sure no audit findings occurred in your department? | 1 | 2 | 3 | (4) | 5 |
| 6.  Describe something you have done that demonstrates your organizational and managerial skills. | 1 | 2 | 3 | 4 | (5) |
| 7.  What would you do to assure that the Adult Education data from each of the counties is accurate and submitted in a timely manner? | 1 | 2 | 3 | (4) | 5 |

**PERSONAL PROFILE**

| Question | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| 8.  Oral communication:  grammar usage appropriate, clearly understood, does not ramble. | 1 | 2 | 3 | 4 | (5) |
| 9.  Displays professional and self-confident manner:  appropriate dress for interview. | 1 | 2 | 3 | 4 | (5) |
| 10.  Makes eye contact during conversation. | 1 | 2 | 3 | 4 | (5) |
| 11.  Demonstrates warmth and enthusiasm; clearly interested. | 1 | 2 | 3 | 4 | (5) |

General Comments: _He could do the Job Best_

Professional Skills: _31_

Personal Profile: _20_

_51_

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0041

*Quinton Ross*

### Adult Education Director Search
### INTERVIEW QUESTIONS
### August 5, 2004

### PROFESSIONAL SKILLS
Rating Scale: (1 = lowest, 5 = highest)

| Question | Rating |
|---|---|
| 1. Please tell us about your experience in writing and/or administering grants. *- Magnet - B/M WMO* *- Adult @ Grant* *- Team 2k* | 1  2  3  (4)  5 |
| 2. What is the largest budget you have prepared and how did you monitor the expenditures? *800,000 + restruve/vo* | 1  2  3  4  (5) |
| 3. What will you look for as you monitor adult education classroom instruction? *- interaction w/T /classroom conduct/it* *-help take 5 to another level  learning* *+ travel* | 1  2  3  4  (5) |
| 4. How would you manage adult education in five counties and assure consistent quality of instruction? *Build relationship w/ supr.* *conf/state* | 1  2  3  4  (5) |
| 5. Trenholm strives to operate with no audit findings. As Director of Adult Education, what measures would you use to make sure no audit findings occurred in your department? | 1  2  3  4  (5) |
| 6. Describe something you have done that demonstrates your organizational and managerial skills. *Scheduling  promotory program  company* | 1  2  3  (4)  5 |
| 7. What would you do to assure that the Adult Education data from each of the counties is accurate and submitted in a timely manner? *- Formula w/ old age* | 1  2  3  (4)  5 |

### PERSONAL PROFILE

| Question | Rating |
|---|---|
| 8. Oral communication: grammar usage appropriate, clearly understood, does not ramble. | 1  2  3  4  (5) |
| 9. Displays professional and self-confident manner: appropriate dress for interview. | 1  2  3  4  (5) |
| 10. Makes eye contact during conversation. | 1  2  3  (4)  5 |
| 11. Demonstrates warmth and enthusiasm; clearly interested. | 1  2  3  4  (5) |

General Comments:

Professional Skills: ~~34~~ 32

Personal Profile: ~~19~~ 19

*Total:* ~~51~~ (51)

*Quintι) Ross*

## Adult Education Director Search
## INTERVIEW QUESTIONS
**August 5, 2004**

### PROFESSIONAL SKILLS
Rating Scale:  (1 = lowest, 5 = highest)

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| **1.** Please tell us about your experience in writing and/or administering grants. | 1 | 2 | 3 | ④ | 5 |
| **2.** What is the largest budget you have prepared and how did you monitor the expenditures? | 1 | 2 | 3 | ④ | 5 |
| **3.** What will you look for as you monitor adult education classroom instruction? | 1 | 2 | 3 | 4 | ⑤ |
| **4.** How would you manage adult education in five counties and assure consistent quality of instruction? | 1 | 2 | 3 | ④ | 5 |
| **5.** Trenholm strives to operate with no audit findings.  As Director of Adult Education, what measures would you use to make sure no audit findings occurred in your department? | 1 | 2 | 3 | 4 | ⑤ |
| **6.** Describe something you have done that demonstrates your organizational and managerial skills. | 1 | 2 | 3 | ④ | 5 |
| **7.** What would you do to assure that the Adult Education data from each of the counties is accurate and submitted in a timely manner? | 1 | 2 | 3 | 4 | ⑤ |

### PERSONAL PROFILE

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| **8.** Oral communication:  grammar usage appropriate, clearly understood, does not ramble. | 1 | 2 | 3 | ④ | 5 |
| **9.** Displays professional and self-confident manner:  appropriate dress for interview. | 1 | 2 | 3 | ④ | 5 |
| **10.** Makes eye contact during conversation. | 1 | 2 | 3 | ④ | 5 |
| **11.** Demonstrates warmth and enthusiasm; clearly interested. | 1 | 2 | 3 | 4 | ⑤ |

General Comments:

_____

_____

**Professional Skills:**  _3/_

**Personal Profile:**  _17_

(_4 8_)

*Quinton Ross*

### Adult Education Director Search
### INTERVIEW QUESTIONS
### August 5, 2004

### PROFESSIONAL SKILLS
Rating Scale:  (1 = lowest, 5 = highest)

| | | | | | |
|---|---|---|---|---|---|
| 1.  Please tell us about your experience in writing and/or administering grants. | 1 | 2 | 3 | 4 | (5) |
| 2.   What is the largest budget you have prepared and how did you monitor the expenditures? | 1 | 2 | 3 | 4 | (5) |
| 3.  What will you look for as you monitor adult education classroom instruction? | 1 | 2 | 3 | (4) | 5 |
| 4.  How would you manage adult education in five counties and assure consistent quality of instruction? | 1 | 2 | 3 | 4 | (5) |
| 5.  Trenholm strives to operate with no audit findings.  As Director of Adult Education, what measures would you use to make sure no audit findings occurred in your department? | 1 | 2 | 3 | (4) | 5 |
| 6.  Describe something you have done that demonstrates your organizational and managerial skills. | 1 | 2 | 3 | 4 | (5) |
| 7.  What would you do to assure that the Adult Education data from each of the counties is accurate and submitted in a timely manner? | 1 | 2 | 3 | 4 | (5) |

### PERSONAL PROFILE

| | | | | | |
|---|---|---|---|---|---|
| 8.  Oral communication:  grammar usage appropriate, clearly understood, does not ramble. | 1 | 2 | 3 | 4 | (5) |
| 9.  Displays professional and self-confident manner:  appropriate dress for interview. | 1 | 2 | 3 | 4 | (5) |
| 10.  Makes eye contact during conversation. | 1 | 2 | 3 | 4 | (5) |
| 11.  Demonstrates warmth and enthusiasm; clearly interested. | 1 | 2 | 3 | 4 | (5) |

General Comments:

_____

_____

Professional Skills: *33*

Personal Profile: *20*

*53*

**OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL**
**0044**

# EXHIBIT 15

## Dorothy Crawford
## Score Sheets

## Adult Education Director Search
## <u>INTERVIEW QUESTIONS</u>
## August 5, 2004

## PROFESSIONAL SKILLS
Rating Scale:  (1 = lowest, 5 = highest)

| | | | | | |
|---|---|---|---|---|---|
| 1.  Please tell us about your experience in writing and/or administering grants. | 1 | 2 | ③ | 4 | 5 |
| 2.   What is the largest budget you have prepared and how did you monitor the expenditures?  *Perkins* | 1 | 2 | 3 | ④ | 5 |
| 3.  What will you look for as you monitor adult education classroom instruction?  *relate* | 1 | 2 | ③ | 4 | 5 |
| 4.  How would you manage adult education in five counties and assure consistent quality of instruction? | 1 | 2 | ③ | 4 | 5 |
| 5.  Trenholm strives to operate with no audit findings.  As Director of Adult Education, what measures would you use to make sure no audit findings occurred in your department? | 1 | 2 | 3 | 4 | ⑤ |
| 6.  Describe something you have done that demonstrates your organizational and managerial skills. | 1 | 2 | ③ | 4 | 5 |
| 7.  What would you do to assure that the Adult Education data from each of the counties is accurate and submitted in a timely manner? | 1 | 2 | 3 | ④ | 5 |

## PERSONAL PROFILE

| | | | | | |
|---|---|---|---|---|---|
| 8.  Oral communication:  grammar usage appropriate, clearly understood, does not ramble. | 1 | 2 | 3 | ④ | 5 |
| 9.  Displays professional and self-confident manner:  appropriate dress for interview. | 1 | 2 | 3 | ④ | 5 |
| 10.  Makes eye contact during conversation. | 1 | 2 | 3 | ④ | 5 |
| 11.  Demonstrates warmth and enthusiasm; clearly interested. | 1 | 2 | 3 | ④ | 5 |

General Comments:

_____

_____

**Professional Skills:**  25

**Personal Profile:**  1 6

Total    4 1

*Dorothy Crawford*

## Adult Education Director Search
## <u>INTERVIEW QUESTIONS</u>
### August 5, 2004

### PROFESSIONAL SKILLS
Rating Scale:  (1 = lowest, 5 = highest)

2⁴

| Question | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| 1.  Please tell us about your experience in writing and/or administering grants. | 1 | 2 | 3 | (4) | 5 |
| 2.   What is the largest budget you have prepared and how did you monitor the expenditures? | 1 | 2 | 3 | (4) | 5 |
| 3.  What will you look for as you monitor adult education classroom instruction? | 1 | 2 | 3 | (4) | 5 |
| 4.  How would you manage adult education in five counties and assure consistent quality of instruction? | 1 | 2 | 3 | (4) | 5 |
| 5.  Trenholm strives to operate with no audit findings.  As Director of Adult Education, what measures would you use to make sure no audit findings occurred in your department? | 1 | 2 | 3 | 4 | (5) |
| 6.  Describe something you have done that demonstrates your organizational and managerial skills. | 1 | 2 | 3 | (4) | 5 |
| 7.  What would you do to assure that the Adult Education data from each of the counties is accurate and submitted in a timely manner? | 1 | 2 | 3 | (4) | 5 |

### PERSONAL PROFILE

| Question | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| 8.  Oral communication:  grammar usage appropriate, clearly understood, does not ramble. | 1 | 2 | 3 | (4) | 5 |
| 9.  Displays professional and self-confident manner:  appropriate dress for interview. | 1 | 2 | 3 | 4 | (5) |
| 10.  Makes eye contact during conversation. | 1 | 2 | 3 | 4 | (5) |
| 11.  Demonstrates warmth and enthusiasm; clearly interested. | 1 | 2 | 3 | (4) | 5 |

General Comments: *Very Well Qualified*

Professional Skills: 29

Personal Profile: 18

47



## Adult Education Director Search
### INTERVIEW QUESTIONS
**August 5, 2004**

## PROFESSIONAL SKILLS
Rating Scale:  (1 = lowest, 5 = highest)

| | | | | | |
|---|:-:|:-:|:-:|:-:|:-:|
| 1.  Please tell us about your experience in writing and/or administering grants. | 1 | 2 | ③ | 4 | 5 |
| 2.   What is the largest budget you have prepared and how did you monitor the expenditures? | 1 | 2 | ③ | 4 | 5 |
| 3.  What will you look for as you monitor adult education classroom instruction? | 1 | 2 | ③ | 4 | 5 |
| 4.  How would you manage adult education in five counties and assure consistent quality of instruction? | 1 | 2 | ③ | 4 | 5 |
| 5.  Trenholm strives to operate with no audit findings.  As Director of Adult Education, what measures would you use to make sure no audit findings occurred in your department? | 1 | 2 | ③ | 4 | 5 |
| 6.  Describe something you have done that demonstrates your organizational and managerial skills. *ment* | 1 | 2 | 3 | 4 | ⑤ |
| 7.  What would you do to assure that the Adult Education data from each of the counties is accurate and submitted in a timely manner? | 1 | 2 | 3 | 4 | ⑤ |

## PERSONAL PROFILE

| | | | | | |
|---|:-:|:-:|:-:|:-:|:-:|
| 8.  Oral communication:  grammar usage appropriate, clearly understood, does not ramble. | 1 | 2 | 3 | ④ | 5 |
| 9.  Displays professional and self-confident manner:  appropriate dress for interview. | 1 | 2 | 3 | 4 | ⑤ |
| 10.  Makes eye contact during conversation. | 1 | 2 | 3 | 4 | ⑤ |
| 11.  Demonstrates warmth and enthusiasm; clearly interested. | 1 | 2 | 3 | 4 | ⑤ |

General Comments:

_____

_____

**Professional Skills:** _25_

**Personal Profile:** _19_

Total   44

*Dorothy Crawford*

## Adult Education Director Search
## <u>INTERVIEW QUESTIONS</u>
## August 5, 2004

### PROFESSIONAL SKILLS
Rating Scale:  (1 = lowest, 5 = highest)

| Question | | | | | |
|---|---|---|---|---|---|
| 1.  Please tell us about your experience in writing and/or administering grants. | 1 | 2 | 3 | (4) | 5 |
| 2.   What is the largest budget you have prepared and how did you monitor the expenditures? | 1 | 2 | (3) | 4 | 5 |
| 3.  What will you look for as you monitor adult education classroom instruction? | 1 | 2 | (3) | 4 | 5 |
| 4.  How would you manage adult education in five counties and assure consistent quality of instruction? | 1 | 2 | (3) | 4 | 5 |
| 5.  Trenholm strives to operate with no audit findings.  As Director of Adult Education, what measures would you use to make sure no audit findings occurred in your department? | 1 | 2 | (3) | 4 | 5 |
| 6.  Describe something you have done that demonstrates your organizational and managerial skills. | 1 | 2 | (3) | 4 | 5 |
| 7.  What would you do to assure that the Adult Education data from each of the counties is accurate and submitted in a timely manner? | 1 | 2 | (3) | 4 | 5 |

### PERSONAL PROFILE

| Question | | | | | |
|---|---|---|---|---|---|
| 8.  Oral communication:  grammar usage appropriate, clearly understood, does not ramble. | 1 | 2 | (3) | 4 | 5 |
| 9.  Displays professional and self-confident manner:  appropriate dress for interview. | 1 | 2 | 3 | (4) | 5 |
| 10.  Makes eye contact during conversation. | 1 | 2 | 3 | (4) | 5 |
| 11.  Demonstrates warmth and enthusiasm; clearly interested. | 1 | 2 | 3 | (4) | 5 |

General Comments:

_____

_____

**Professional Skills:** *22*

**Personal Profile:** *15*

*37*

*DOROTHY CRAWFORD*

### Adult Education Director Search
### <u>INTERVIEW QUESTIONS</u>
### August 5, 2004

### PROFESSIONAL SKILLS
Rating Scale:  (1 = lowest, 5 = highest)

| | | | | | |
|---|---|---|---|---|---|
| 1.  Please tell us about your experience in writing and/or administering grants. | 1 | 2 | ③ | 4 | 5 |
| 2.   What is the largest budget you have prepared and how did you monitor the expenditures? | 1 | 2 | ③ | 4 | 5 |
| 3.  What will you look for as you monitor adult education classroom instruction? | 1 | 2 | 3 | ④ | 5 |
| 4.  How would you manage adult education in five counties and assure consistent quality of instruction? | 1 | 2 | 3 | ④ | 5 |
| 5.  Trenholm strives to operate with no audit findings.  As Director of Adult Education, what measures would you use to make sure no audit findings occurred in your department? | 1 | 2 | 3 | 4 | ⑤ |
| 6.  Describe something you have done that demonstrates your organizational and managerial skills. | 1 | 2 | 3 | ④ | 5 |
| 7.  What would you do to assure that the Adult Education data from each of the counties is accurate and submitted in a timely manner? | 1 | 2 | 3 | ④ | 5 |

### PERSONAL PROFILE

| | | | | | |
|---|---|---|---|---|---|
| 8.  Oral communication:  grammar usage appropriate, clearly understood, does not ramble. | 1 | 2 | 3 | ④ | 5 |
| 9.  Displays professional and self-confident manner:  appropriate dress for interview. | 1 | 2 | 3 | ④ | 5 |
| 10.  Makes eye contact during conversation. | 1 | 2 | 3 | ④ | 5 |
| 11.  Demonstrates warmth and enthusiasm; clearly interested. | 1 | 2 | 3 | ④ | 5 |

General Comments:

_____

_____

**Professional Skills:**  27

**Personal Profile:**  43

# EXHIBIT 16

## Arthur Baker
## Score Sheets

*Arthur Baker*

## Adult Education Director Search
## <u>INTERVIEW QUESTIONS</u>
## August 5, 2004

### PROFESSIONAL SKILLS
Rating Scale:  (1 = lowest, 5 = highest)

| Question | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| 1. Please tell us about your experience in writing and/or administering grants. *career planning* | 1 | 2 | 3 | (4) | 5 |
| 2. What is the largest budget you have prepared and how did you monitor the expenditures? *not answer* | 1 | (2) | 3 | 4 | 5 |
| 3. What will you look for as you monitor adult education classroom instruction? | 1 | (2) | 3 | 4 | 5 |
| 4. How would you manage adult education in five counties and assure consistent quality of instruction? *standard Trenholm* | 1 | 2 | 3 | (4) | 5 |
| 5. Trenholm strives to operate with no audit findings.  As Director of Adult Education, what measures would you use to make sure no audit findings occurred in your department? *timely reports* | 1 | 2 | (3) | 4 | 5 |
| 6. Describe something you have done that demonstrates your organizational and managerial skills. | 1 | 2 | (3) | 4 | 5 |
| 7. What would you do to assure that the Adult Education data from each of the counties is accurate and submitted in a timely manner? | 1 | 2 | (3) | 4 | 5 |

### PERSONAL PROFILE

| Question | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| 8. Oral communication:  grammar usage appropriate, clearly understood, does not ramble. | 1 | 2 | 3 | (4) | 5 |
| 9. Displays professional and self-confident manner:  appropriate dress for interview. | 1 | 2 | 3 | 4 | (5) |
| 10. Makes eye contact during conversation. | 1 | 2 | 3 | (4) | 5 |
| 11. Demonstrates warmth and enthusiasm; clearly interested. | 1 | 2 | (3) | 4 | 5 |

General Comments:

_____

_____

**Professional Skills:** _21_

**Personal Profile:** _16_

*Total - 37*

## Adult Education Director Search
## <u>INTERVIEW QUESTIONS</u>
### August 5, 2004

## PROFESSIONAL SKILLS
### Rating Scale:  (1 = lowest, 5 = highest)

| | | | | | |
|---|---|---|---|---|---|
| 1.  Please tell us about your experience in writing and/or administering grants. | 1 | 2 | 3 | ④ | 5 |
| 2.   What is the largest budget you have prepared and how did you monitor the expenditures? | 1 | 2 | ③ | 4 | 5 |
| 3.  What will you look for as you monitor adult education classroom instruction? | 1 | 2 | 3 | ④ | 5 |
| 4.  How would you manage adult education in five counties and assure consistent quality of instruction? | 1 | 2 | 3 | ④ | 5 |
| 5.  Trenholm strives to operate with no audit findings.  As Director of Adult Education, what measures would you use to make sure no audit findings occurred in your department? | 1 | 2 | 3 | ④ | 5 |
| 6.  Describe something you have done that demonstrates your organizational and managerial skills. | 1 | 2 | 3 | ④ | 5 |
| 7.  What would you do to assure that the Adult Education data from each of the counties is accurate and submitted in a timely manner? | 1 | 2 | ③ | 4 | 5 |

## PERSONAL PROFILE

| | | | | | |
|---|---|---|---|---|---|
| 8.  Oral communication:  grammar usage appropriate, clearly understood, does not ramble. | 1 | 2 | 3 | ④ | 5 |
| 9.  Displays professional and self-confident manner:  appropriate dress for interview. | 1 | 2 | 3 | ④ | 5 |
| 10.  Makes eye contact during conversation. | 1 | 2 | 3 | ④ | 5 |
| 11.  Demonstrates warmth and enthusiasm; clearly interested. | 1 | 2 | 3 | ④ | 5 |

General Comments:

_____

_____

**Professional Skills:** _____

**Personal Profile:** _____

*Arthur Baker*

## Adult Education Director Search
## INTERVIEW QUESTIONS
### August 5, 2004

## PROFESSIONAL SKILLS
Rating Scale: (1 = lowest, 5 = highest)

| Question | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| 1. Please tell us about your experience in writing and/or administering grants. | 1 | 2 | 3 | 4 | (5) |
| 2. What is the largest budget you have prepared and how did you monitor the expenditures? | 1 | 2 | 3 | (4) | 5 |
| 3. What will you look for as you monitor adult education classroom instruction? | 1 | 2 | 3 | (4) | 5 |
| 4. How would you manage adult education in five counties and assure consistent quality of instruction? | 1 | 2 | 3 | (4) | 5 |
| 5. Trenholm strives to operate with no audit findings. As Director of Adult Education, what measures would you use to make sure no audit findings occurred in your department? | 1 | 2 | 3 | (4) | 5 |
| 6. Describe something you have done that demonstrates your organizational and managerial skills. | 1 | 2 | 3 | 4 | (5) |
| 7. What would you do to assure that the Adult Education data from each of the counties is accurate and submitted in a timely manner? | 1 | 2 | (3) | 4 | 5 |

## PERSONAL PROFILE

| Question | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| 8. Oral communication: grammar usage appropriate, clearly understood, does not ramble. | 1 | 2 | 3 | 4 | (5) |
| 9. Displays professional and self-confident manner: appropriate dress for interview. | 1 | 2 | 3 | 4 | (5) |
| 10. Makes eye contact during conversation. | 1 | 2 | 3 | 4 | (5) |
| 11. Demonstrates warmth and enthusiasm; clearly interested. | 1 | 2 | 3 | (4) | 5 |

General Comments: *Familiar with Grant writing. Knowledge about Adult Ed.*

**Professional Skills:** *29*

**Personal Profile:** *19*

*Total 48*

*Arthur Baker*

## Adult Education Director Search
## <u>INTERVIEW QUESTIONS</u>
### August 5, 2004

### PROFESSIONAL SKILLS
Rating Scale:  (1 = lowest, 5 = highest)

| Question | | | | | |
|---|---|---|---|---|---|
| 1.  Please tell us about your experience in writing and/or administering grants. | 1 | 2 | **③** | 4 | 5 |
| 2.   What is the largest budget you have prepared and how did you monitor the expenditures? | 1 | 2 | 3 | **④** | 5 |
| 3.  What will you look for as you monitor adult education classroom instruction? | 1 | 2 | **③** | 4 | 5 |
| 4.  How would you manage adult education in five counties and assure consistent quality of instruction? | 1 | 2 | 3 | **④** | 5 |
| 5.  Trenholm strives to operate with no audit findings.  As Director of Adult Education, what measures would you use to make sure no audit findings occurred in your department? | 1 | 2 | **③** | 4 | 5 |
| 6.  Describe something you have done that demonstrates your organizational and managerial skills. | 1 | 2 | 3 | **④** | 5 |
| 7.  What would you do to assure that the Adult Education data from each of the counties is accurate and submitted in a timely manner? | 1 | 2 | **③** | 4 | 5 |

### PERSONAL PROFILE

| Question | | | | | |
|---|---|---|---|---|---|
| 8.  Oral communication:  grammar usage appropriate, clearly understood, does not ramble. | 1 | 2 | 3 | **④** | 5 |
| 9.  Displays professional and self-confident manner:  appropriate dress for interview. | 1 | 2 | 3 | 4 | **⑤** |
| 10.  Makes eye contact during conversation. | 1 | 2 | 3 | 4 | **⑤** |
| 11.  Demonstrates warmth and enthusiasm; clearly interested. | 1 | 2 | 3 | **④** | 5 |

General Comments:

_____

_____


**Professional Skills:**  _24_

**Personal Profile:**  _18_

TOTAL  32

*Arthur Baker*

## Adult Education Director Search
## <u>INTERVIEW QUESTIONS</u>
### August 5, 2004

### PROFESSIONAL SKILLS
Rating Scale: (1 = lowest, 5 = highest)

| Question | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| 1. Please tell us about your experience in writing and/or administering grants. | 1 | 2 | (3) | 4 | 5 |
| 2. What is the largest budget you have prepared and how did you monitor the expenditures? | 1 | 2 | 3 | (4) | 5 |
| 3. What will you look for as you monitor adult education classroom instruction? | 1 | 2 | 3 | (4) | 5 |
| 4. How would you manage adult education in five counties and assure consistent quality of instruction? | 1 | 2 | 3 | (4) | 5 |
| 5. Trenholm strives to operate with no audit findings. As Director of Adult Education, what measures would you use to make sure no audit findings occurred in your department? | 1 | 2 | 3 | (4) | 5 |
| 6. Describe something you have done that demonstrates your organizational and managerial skills. | 1 | 2 | 3 | (4) | 5 |
| 7. What would you do to assure that the Adult Education data from each of the counties is accurate and submitted in a timely manner? | 1 | 2 | 3 | (4) | 5 |

### PERSONAL PROFILE

| Question | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| 8. Oral communication: grammar usage appropriate, clearly understood, does not ramble. | 1 | 2 | 3 | (4) | 5 |
| 9. Displays professional and self-confident manner: appropriate dress for interview. | 1 | 2 | 3 | 4 | (5) |
| 10. Makes eye contact during conversation. | 1 | 2 | 3 | 4 | (5) |
| 11. Demonstrates warmth and enthusiasm; clearly interested. | 1 | 2 | 3 | (4) | 5 |

General Comments: *Could Do The Job*

**Professional Skills:** *27*

**Personal Profile:** *18*

*45*

# EXHIBIT 17

**Eileen Olive
Score Sheets**

*Eileen Olive*

### Adult Education Director Search
### <u>INTERVIEW QUESTIONS</u>
### August 5, 2004

### PROFESSIONAL SKILLS
Rating Scale: (1 = lowest, 5 = highest)

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| 1. Please tell us about your experience in writing and/or administering grants. | 1 | 2 | 3 | 4 | (5) |
| 2. What is the largest budget you have prepared and how did you monitor the expenditures? | 1 | 2 | 3 | 4 | (5) |
| 3. What will you look for as you monitor adult education classroom instruction? | 1 | 2 | 3 | (4) | 5 |
| 4. How would you manage adult education in five counties and assure consistent quality of instruction? | 1 | 2 | 3 | (4) | 5 |
| 5. Trenholm strives to operate with no audit findings. As Director of Adult Education, what measures would you use to make sure no audit findings occurred in your department? | 1 | 2 | 3 | (4) | 5 |
| 6. Describe something you have done that demonstrates your organizational and managerial skills. *Ment* | 1 | 2 | 3 | (4) | 5 |
| 7. What would you do to assure that the Adult Education data from each of the counties is accurate and submitted in a timely manner? | 1 | 2 | (3) | 4 | 5 |

### PERSONAL PROFILE

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| 8. Oral communication: grammar usage appropriate, clearly understood, does not ramble. | 1 | 2 | 3 | 4 | (5) |
| 9. Displays professional and self-confident manner: appropriate dress for interview. | 1 | 2 | 3 | (4) | 5 |
| 10. Makes eye contact during conversation. | 1 | 2 | 3 | (4) | 5 |
| 11. Demonstrates warmth and enthusiasm; clearly interested. | 1 | 2 | 3 | 4 | (5) |

General Comments:

_____

_____

Professional Skills:  29

Personal Profile:  18
                   ___
                    47

**OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL**
**0048**

*Eileen Olive*

## Adult Education Director Search
## <u>INTERVIEW QUESTIONS</u>
### August 5, 2004

### PROFESSIONAL SKILLS
Rating Scale:  (1 = lowest, 5 = highest)

| | | | | | |
|---|---|---|---|---|---|
| 1.  Please tell us about your experience in writing and/or administering grants.  1 yr | 1 | 2 | ③ | 4 | 5 |
| 2.   What is the <u>largest</u> budget you have prepared and how did you monitor the expenditures?  –pt. instructors? largest! | 1 | 2 | ③ | 4 | 5 |
| 3.   What will you look for as you monitor adult education classroom <u>instruction</u>?  research data! | 1 | ② | 3 | 4 | 5 |
| 4.  How would you manage adult education in five counties and assure consistent quality of instruction?  data hold accountable | 1 | 2 | ③ | 4 | 5 |
| 5.  Trenholm strives to operate with no audit findings.  As Director of Adult Education, what measures would you use to make sure no audit findings occurred in your department? | 1 | 2 | 3 | ④ | 5 |
| 6. Describe something you have done that demonstrates your organizational and managerial skills. | 1 | 2 | 3 | ④ | 5 |
| 7.  What would you do to assure that the Adult Education data from each of the counties is accurate and submitted in a timely manner? | 1 | 2 | ③ | 4 | 5 |

### PERSONAL PROFILE

| | | | | | |
|---|---|---|---|---|---|
| 8. Oral communication:  grammar usage appropriate, clearly understood, does <u>not</u> ramble. | 1 | ② | 3 | 4 | 5 |
| 9.  Displays professional and self-confident manner:  appropriate dress for interview. | 1 | ② | 3 | 4 | 5 |
| 10.  Makes eye contact during conversation. | 1 | 2 | 3 | ④ | 5 |
| 11.  Demonstrates warmth and enthusiasm; clearly interested. | 1 | 2 | ③ | 4 | 5 |

General Comments:

_____

_____

**Professional Skills:**  *22*

**Personal Profile:**  *11*

*Total 33*

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0050

*Eileen Ollie*

**Adult Education Director Search**
**INTERVIEW QUESTIONS**
**August 5, 2004**

**PROFESSIONAL SKILLS**
Rating Scale:  (1 = lowest, 5 = highest)

| Question | Rating |
|---|---|
| 1.  Please tell us about your experience in writing and/or administering grants. | 1   2   ③   4   5 |
| 2.   What is the largest budget you have prepared and how did you monitor the expenditures? | 1   ②   3   4   5 |
| 3.  What will you look for as you monitor adult education classroom instruction? | 1   2   ③   4   5 |
| 4.  How would you manage adult education in five counties and assure consistent quality of instruction? | 1   2   ③   4   5 |
| 5.  Trenholm strives to operate with no audit findings.  As Director of Adult Education, what measures would you use to make sure no audit findings occurred in your department? | 1   2   3   ④   5 |
| 6.  Describe something you have done that demonstrates your organizational and managerial skills. | 1   2   ③   4   5 |
| 7.  What would you do to assure that the Adult Education data from each of the counties is accurate and submitted in a timely manner? | 1   2   ③   4   5 |

**PERSONAL PROFILE**

| Question | Rating |
|---|---|
| 8.  Oral communication:  grammar usage appropriate, clearly understood, does not ramble. | 1   2   ③   4   5 |
| 9.  Displays professional and self-confident manner:  appropriate dress for interview. | 1   2   3   ④   5 |
| 10.  Makes eye contact during conversation. | 1   2   ③   4   5 |
| 11.  Demonstrates warmth and enthusiasm; clearly interested. | 1   2   3   ④   5 |

General Comments:

_____

_____

Professional Skills:  *21*

Personal Profile:  *14*
                    *(3-5)*

**OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL**
**0046**

# EXHIBIT 17-A

**Eileen Olive
Score Sheet**

*Eileen Olive*

### Adult Education Director Search
### INTERVIEW QUESTIONS
### August 5, 2004

### PROFESSIONAL SKILLS
Rating Scale:  (1 = lowest, 5 = highest)

| | | | | | |
|---|---|---|---|---|---|
| 1.  Please tell us about your experience in writing and/or administering grants. | 1 | 2 | 3 | (4) | 5 |
| 2.   What is the largest budget you have prepared and how did you monitor the expenditures? | 1 | 2 | 3 | (4) | 5 |
| 3.  What will you look for as you monitor adult education classroom instruction? | 1 | 2 | 3 | (4) | 5 |
| 4.  How would you manage adult education in five counties and assure consistent quality of instruction? | 1 | 2 | 3 | (4) | 5 |
| 5.  Trenholm strives to operate with no audit findings.  As Director of Adult Education, what measures would you use to make sure no audit findings occurred in your department? | 1 | 2 | (3) | 4 | 5 |
| 6.  Describe something you have done that demonstrates your organizational and managerial skills. | 1 | 2 | (3) | 4 | 5 |
| 7.  What would you do to assure that the Adult Education data from each of the counties is accurate and submitted in a timely manner? | 1 | 2 | 3 | (4) | 5 |

### PERSONAL PROFILE

| | | | | | |
|---|---|---|---|---|---|
| 8. Oral communication:  grammar usage appropriate, clearly understood, does not ramble. | 1 | 2 | (3) | 4 | 5 |
| 9. Displays professional and self-confident manner:  appropriate dress for interview. | 1 | 2 | (3) | 4 | 5 |
| 10.  Makes eye contact during conversation. | 1 | 2 | 3 | (4) | 5 |
| 11.  Demonstrates warmth and enthusiasm; clearly interested. | 1 | 2 | (3) | 4 | 5 |

General Comments:  *Not sure that her budget management*
*skills are very high.*

**Professional Skills:**  *26*

**Personal Profile:**  *13*
                        *39*

**OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL**
0047

# EXHIBIT 17-B

**Eileen Olive**
**Score Sheet**

*Eileen Olive*

## Adult Education Director Search
## INTERVIEW QUESTIONS
### August 5, 2004

### PROFESSIONAL SKILLS
Rating Scale:  (1 = lowest, 5 = highest)

| | | | | | |
|---|---|---|---|---|---|
| 1.  Please tell us about your experience in writing and/or administering grants. | 1 | 2 | (3) | 4 | 5 |
| 2.  What is the largest budget you have prepared and how did you monitor the expenditures? | 1 | 2 | (3) | 4 | 5 |
| 3.  What will you look for as you monitor adult education classroom instruction? | 1 | 2 | (3) | 4 | 5 |
| 4.  How would you manage adult education in five counties and assure consistent quality of instruction? | 1 | 2 | 3 | (4) | 5 |
| 5.  Trenholm strives to operate with no audit findings.  As Director of Adult Education, what measures would you use to make sure no audit findings occurred in your department? | 1 | 2 | 3 | (4) | 5 |
| 6.  Describe something you have done that demonstrates your organizational and managerial skills. | 1 | 2 | (3) | 4 | 5 |
| 7.  What would you do to assure that the Adult Education data from each of the counties is accurate and submitted in a timely manner? | 1 | 2 | 3 | (4) | 5 |

### PERSONAL PROFILE

| | | | | | |
|---|---|---|---|---|---|
| 8.  Oral communication:  grammar usage appropriate, clearly understood, does not ramble. | 1 | 2 | (3) | 4 | 5 |
| 9.  Displays professional and self-confident manner:  appropriate dress for interview. | 1 | 2 | 3 | (4) | 5 |
| 10.  Makes eye contact during conversation. | 1 | 2 | 3 | (4) | 5 |
| 11.  Demonstrates warmth and enthusiasm; clearly interested. | 1 | 2 | 3 | 4 | (5) |

General Comments:
*Very knowledgable of the job; But, may have Trouble with a Big (5) county group.*

Professional Skills: *24*

Personal Profile: *16*
*40*

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0049

# EXHIBIT 18

**Olive Deposition
pp. 129**

**American Court Reporting**
**toll-free (877) 320-1050**

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION


CIVIL ACTION NUMBER

2:06-CV-48-MEF


Eileen D. Olive,

　　　Plaintiff,

vs.

H. Councill Trenholm State Technical

College, et al.

　　　Defendants.



DEPOSITION TESTIMONY OF:

EILEEN D. OLIVE



June 4, 2008

9:25 AM


COURT REPORTER:

KRISTEN DYKES THOMAS

**American Court Reporting**
**June 20, 2008**

Page 129

1    didn't want to lose control over the

2    Adult Ed.

3    Program.

4         Q.    Did you ever make any comments

5    to the effect that, I don't really want

6    this position; I'm just applying because

7    people have encouraged me to.

8         A.    I may have said that this

9    position was not necessary and I'm being

10   forced to have to apply for it in order

11   to save my job, basically.

12        Q.    But you've never said

13   something in substance, I don't want this

14   position --

15        A.    No.

16        Q.    -- people have encouraged me?

17        A.    No.  I would not have applied

18   for it if I had not wanted it.  That

19   would have been kind of stupid.

20        Q.    All right.  But now you said

21   you applied for it in order to protect

22   your position?

23        A.    Yes.