# EXHIBIT 19

## June 2001
## Job Announcement Memorandum
## "Selection of Instructional Division Directors and Program Coordinators"

6-19-01

# SELECTION OF INSTRUCTIONAL DIVISION DIRECTORS
# AND PROGRAM COORDINATORS

## DIVISION DIRECTOR

**Appointment:** A Division ~~Director (see job description~~) will be a temporary assignment made to a faculty member within each instructional division. The Division Director's performance will be evaluated annually.



**Selection Committee:** The Division Director will be selected by a committee composed of the College President, Provost, two Deans of Instruction, and two faculty members.

**Application:** The Division Director will be selected from applicants. Any faculty member within the division may apply for the assignment of Division Director.

**Application Deadline:** Applications for Division Director must be submitted to the Office of the President, on either campus, by 3:00 p.m., July 10, 2001.

**Application Requirements:** An acceptable application must include the following:
1) letter of application to the President,
2) current resume (may attach additional documentation of qualifications)
3) copy of transcripts (may be obtained from Personnel Office)

## PROGRAM COORDINATOR

**Appointment:** A Program Coordinator (see job description) will be appointed in each instructional program with multiple instructors. The Program Coordinator will be appointed by the Division Director and the Dean of Instruction. This will be a temporary assignment. The Program Coordinator's performance will be evaluated annually by the Division Director and the Dean of Instruction.

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0250

6. Communicate with program advisory committee members, employers, and former students to receive guidance for upgrading curriculum and instruction and/or services.
7. Provide academic and career advisement assistance to faculty or staff in career development plans.
8. Direct the functions of assigned programs.
9. Supervise the activities of assigned program coordinators.
10. Serve on college committees as needed to support the total mission of the college.
11. Promote the assigned instructional programs or services and the total institution within the occupational area and throughout the community.
12. Assist in recruiting, orientation, and support activities of the college.
13. Contribute to the welfare and advancement of the total community.
14. Assist in developing up-to-date teaching methodologies, occupational information, and instructional technologies through professional development activities.
15. Ensure college compliance with applicable laws and regulations communicated through memos, staff meetings, and professional development workshops.
16. Coordinate preparation of department and program budgets.
17. Assist in evaluating instructors

## PREFERRED MINIMUM QUALIFICATIONS

The preferred minimum employment qualifications for the Division Director shall include:
- Masters Degree in Education, Counseling, or related field.
- Evidence of three years' experience in an administrative supervisory/management position. Strong emphasis will be placed on experience at the postsecondary education level.
- Ability to exercise important human relations skills in establishing and maintaining effective working relations with the department.
- Ability to handle multiple priorities.

### Limiting Requirements

1. Valid Drivers license or ability to travel independently.
2. Ability to communicate well.
3. Ability to lift, move or transport up to 30 lbs.
4. Ability to travel overnight.
5. Ability to plan, organize, coordinate, and manage complicated tasks.
6. Ability to lead staff to achieve productivity.
7. Ability to work flexible hours.
8. Ability to traverse campuses.
9. Ability to communicate by using PC, telephone, and written media.

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0251

# EXHIBIT 20

## Olive Deposition
## pp. 326-328

American Court Reporting
toll-free (877) 320-1050

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

CIVIL ACTION NUMBER

2:06-CV-48-MEF

Eileen D. Olive,

    Plaintiff,

vs.

H. Councill Trenholm State Technical College, et al.

    Defendants.

DEPOSITION TESTIMONY OF:

EILEEN D. OLIVE

June 4, 2008

9:25 AM

COURT REPORTER:

KRISTEN DYKES THOMAS

**American Court Reporting**
**toll-free (877) 320-1050**

Page 326

1   and is attached to the original
2   transcript.)
3       Q.   Okay.  Now, let's look at
4   Exhibit 10.
5       A.   He will tell you I was better
6   qualified.  He's said it many times.  In
7   fact, he let me run the -- he never
8   interfered.  He let me continue to run
9   it, and then he wrote me excellent
10  evaluations.  We never had a problem with
11  our working relationship.  I still made
12  all the decisions with Adult Ed. during
13  the time he was a director.
14      Q.   Let me show you what's been
15  marked as Defendants' Exhibit 10.  I
16  think this is the document that you
17  provided to us after lunch today that we
18  were looking for this morning; is that
19  right?
20      A.   Yes.
21      Q.   What is the significance of
22  that document, if you will, please,
23  ma'am?

1    A.    Well, the asterisk here where
2  we're referring to the selection
3  committee --
4    Q.    Wait a minute.  Just for the
5  record purposes, what's this document
6  called?
7    A.    It's the selection of
8  instructional division directors and
9  program coordinators.
10   Q.    And the first part you're
11 talking about here has --
12   A.    For the position of Division
13 Director.
14   Q.    Okay.  And that is number
15 0250, the Bates number that y'all have
16 provided?
17   A.    Yes.
18   Q.    Okay.  Now, go ahead and
19 describe what you were going to, please,
20 ma'am.
21   A.    The second paragraph says
22 selection committee.  The Division
23 Director -- and I'm sure that was --

**American Court Reporting**
**toll-free (877) 320-1050**

Page 328

1  meant any Division Director position at
2  Trenholm State Technical College will be
3  selected by a committee composed of the
4  College President, Provost, two Deans of
5  Instruction -- notice -- and two faculty
6  members. Do you see the difference?
7  Deans of Instruction.
8       Q.   What significance do you think
9  that is in this case?
10      A.   Well, for number one, there
11 was six people that were supposed to be
12 on the committee, and two of them were to
13 be deans. None of them were deans except
14 Mr. Wilford Holt, who was dean in an area
15 other than an educational division.
16 His --
17      Q.   Now, let me stop you and be
18 sure I understand.
19      A.   Okay.
20      Q.   Are you saying that this
21 provision here with Division Director and
22 the selection committee is evidence of
23 the fact that the committee chosen to

# EXHIBIT 21

## Excerpts from Faculty and Staff Handbook
## 2004-2005

# H. COUNCILL TRENHOLM STATE TECHNICAL COLLEGE

# FACULTY AND STAFF HANDBOOK
# 2004 – 2005

**PATTERSON CAMPUS**
3920 Troy Highway
Montgomery AL 36116
Fax: (334) 420-4201

**TRENHOLM CAMPUS**
1225 Air Base Blvd.
Montgomery AL 36108
Fax: (334) 420-4206

Telephone: (334) 420-4200
Website: www:trenholmtech.cc.al.us

Authorized By: Alabama State Board of Education

Accredited By: The Accrediting Commission of The Council on Occupational Education to award Associate Degrees, Diplomas, Certificates and Specialized Training Certificates.

For Information Contact: Executive Director Accrediting Commission, Council on Occupational Education, 41 Perimeter Center East, NE - Suite 640 Atlanta, GA 30346 1-800-917-2081

Equal Opportunity In Education and Employment

It is the official policy of the Alabama Department of Postsecondary Education and H. Councill Trenholm State Technical College that no person shall, on the grounds of race, color, disability, gender, religion, creed, national origin or age be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program, activity or employment.

Effective: August 2004

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0175

## Handbook Changes

Please notify the Office of Administrative Services Manager in writing of any possible errors in this handbook. Any changes needed in policies or procedures should be addressed with the person or committee with primary responsibility for that section and the Dean of the College or the President. To incorporate such changes, the assigned person or committee should submit to the Office of Administrative Services Manager an edited section of the handbook or replacement pages, with the source of approval noted. Any new polices or procedures will be communicated to the employees through memorandum by the President or The Dean of The College. The Office of Administrative Services Manager will be responsible for the inclusion of new policy and procedures into the handbook and will issue page updates annually at the beginning of the academic year.

The Office of Administrative Services Manager will make revisions that need to be made to the handbook, due to policy changes made by the State Board of Education. These revisions will be prepared and page updates will be issued as needed. The entire handbook will be revised on alternating years beginning with a total revision for the year 2005-2006.

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0176



College Chart 7

09/13/04

OLIVE V. TRENHOLM STATE TECHNICAL COLLEGE CONFIDENTIAL
0187

# EXHIBIT 22

**Olive Deposition
pp. 245-246, 251**

American Court Reporting
toll-free (877) 320-1050

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION


CIVIL ACTION NUMBER

2:06-CV-48-MEF


Eileen D. Olive,

    Plaintiff,

vs.

H. Councill Trenholm State Technical College, et al.

    Defendants.


DEPOSITION TESTIMONY OF:

EILEEN D. OLIVE


June 4, 2008

9:25 AM


COURT REPORTER:

KRISTEN DYKES THOMAS

Page 245

```
 1   form.
 2        Q.    Is that what the basis of it
 3   is, just because he's got other problems?
 4   Help me, please, ma'am.  I'm trying to
 5   understand what your complaint is against
 6   Dr. Johnson.
 7        A.    It is his responsibility to
 8   uphold the Shuford Decree and to make
 9   sure that women are not discriminated
10   against in the State of Alabama.  That's
11   part of his job responsibility, to make
12   sure that things are done in a fair way.
13        Q.    Okay.  But other than the
14   signing of the recommendation by
15   Dr. Molina, to your knowledge, am I
16   correct in saying that there is no facts
17   -- there are no facts that you know of
18   that suggest he didn't do that right --
19   let me rephrase that.  That was a bad
20   question.
21              Are you saying that your only
22   claim -- I understand your claim is that
23   he's got to comply with the laws of the
```

American Court Reporting
toll-free (877) 320-1050

Page 246

1  State of Alabama. All right?

2      A.   Uh-huh.

3      Q.   All right. And the federal
4  laws, also. Okay. Do you have any facts
5  that suggest that he did not comply with
6  the laws of the State of Alabama and of
7  the United States in this particular
8  selection of the permanent position?

9      A.   I'm going to plead the fifth.
10 I don't know how to answer that.

11          MS. MCGOWAN: Well, you can't
12 plead the fifth. This isn't a criminal
13 case.

14          THE WITNESS: What am I
15 supposed to do?

16     A.   I don't know how to answer
17 that.

18     Q.   Let me try to rephrase it.
19 You've said that you -- that Dr. Johnson
20 is responsible for complying with the
21 laws.

22     A.   Yes.

23     Q.   Is there any factual basis --

American Court Reporting
toll-free (877) 320-1050

Page 251

1  in this complaint that you have filed,
2  and I am asking you, please, ma'am, tell
3  me what facts you have, not what you've
4  read in the paper or what Alice Martin
5  may or may not know, but what facts you
6  have that indicate that Dr. Roy Johnson,
7  whom you have sued individually, did
8  anything discriminatory in the selection
9  of Quinton Ross to become the permanent
10 Adult Ed. Director?
11     A.   All the investigations have
12 not been completed.  I do not have
13 anything presently to support that,
14 except the fact that -- word of mouth
15 through other supervisors and knowing
16 what was happening, you know.
17     Q.   So you don't have anything --
18     A.   No, I don't have --
19     Q.   -- factually to support that
20 at this time?
21     A.   No.
22     Q.   Okay.
23          MS. MCGOWAN:  Bob, can I have

# EXHIBIT 23

## Olive Deposition
## pp. 135

American Court Reporting
toll-free (877) 320-1050

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

CIVIL ACTION NUMBER

2:06-CV-48-MEF

Eileen D. Olive,

    Plaintiff,

vs.

H. Councill Trenholm State Technical

College, et al.

    Defendants.

DEPOSITION TESTIMONY OF:

EILEEN D. OLIVE

June 4, 2008

9:25 AM

COURT REPORTER:

KRISTEN DYKES THOMAS

**American Court Reporting**
**toll-free (877) 320-1050**

Page 135

```
 1   know.  Don't assume anything.
 2        A.    Ask the question again,
 3   please.
 4        Q.    Did you apply for this
 5   position?
 6        A.    Yes.
 7        Q.    And did you go through an
 8   interview?
 9        A.    Yes.
10        Q.    Were you recommended by the
11   committee as one of the top three?
12        A.    No.
13        Q.    Okay.  And then so President
14   Molina would have made a decision based
15   on what the committee had told you; is
16   that right?
17             MS. MCGOWAN:  Object.
18        A.    No.
19        Q.    Why not?
20        A.    Because the committee had been
21   handpicked from employees who did not
22   meet the Shuford requirement.
23        Q.    Okay.  And that's --
```