IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EILEEN D. OLIVE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 2:06-CV-48-MEF |
| ) | |
| H. COUNCILL TRENHOLM STATE ) | |
| TECHNICAL COLLEGE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

Upon consideration of the Defendants' Motion for Summary Judgment (Doc. # 63), it is hereby

ORDERED that the motion be submitted without oral argument on July 15, 2008. It is further ORDERED that the Plaintiff shall file a response, which shall include a brief and any evidentiary materials on or before July 8, 2008. Defendants may file a reply on or before July 15, 2008.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

Done this 23rd day of June, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE