IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EILEEN D. OLIVE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-48-MEF-WC |
| | ) |
| H. COUNCILL TRENHOLM | ) |
| STATE TECHNICAL COLLEGE, | ) |
| ANTHONY MOLINA, individually, | ) |
| ROY W. JOHNSON, individually, | ) |
| BRADLEY BYRNE, in his official | ) |
| capacity as Chancellor of the | ) |
| Alabama Department of | ) |
| Postsecondary Education, | ) |
| SAMUEL MUNNERLYN, in | ) |
| his official capacity as Interim | ) |
| President of Trenholm State | ) |
| Technical College, | ) |
| | ) |
| Defendants. | ) |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

In compliance with the Court's Uniform Scheduling Order, the parties held a face-to-face conference to discuss settlement on June 4, 2008, and thereafter, by telephone conferences on June 17, June 19, June 20 and June 23, 2008, counsel continued to discuss potential settlement options. The Parties would show unto the Court the following:

1.    The parties were represented by counsel as follows:

      a.    Candis McGowan, Monica Arrington and Nancy E. Perry for plaintiff Eileen Olive.

      b.    Robert T. Meadows, III and Terrie Scott Biggs for defendants Trenholm Technical College, Anthony Molina, Roy W. Johnson, Samuel Munnerlyn and Bradley Byrne.

2.    Counsel for the parties discussed the issues pending in this case, as well as the potential liability of defendants.

3.    The parties were unable to reach a settlement, but agreed to continue their settlement discussions.

4.    The parties are not opposed to using mediation in resolving this case short of trial.

Respectfully submitted this 25th day of June, 2008.

/s/ Candis A. McGowan
Candis A. McGowan
Attorney for Plaintiff Eileen P. Olive

OF COUNSEL:
Wiggins, Childs, Quinn & Pantazis
The Kress Building
301 19th Street North
Birmingham, AL 35203
Telephone: (205) 314-0500
Facsimile: (205) 254-1500
Email: cmcgowan@wcqp.com

/s/ Nancy E. Perry
Nancy E. Perry (PER029)
Counsel for Plaintiff Eileen P. Olive
P.O. Box 4177
Montgomery, AL 36103-4177
Telephone: (334) 834-9790
Facsimile: (334) 834-7034
Email: nancyp@alaedu.org

## CERTIFICATE OF SERVICE

I hereby certify that on this the 25th day of June 2008, I served a copy of the above and foregoing upon the following attorneys by electronically filing the same with the CM/ECF system, which will send electronic notice of the same to:

Joan Y. Davis
Alabama Department of Postsecondary Education
P.O. Box 302130
Montgomery, AL 36130-2130
Telephone: 334-242-2982
Facsimile: 334-242-2888
Email: jdavis@acs.cc.al.us

Margaret Fleming
Office of Attorney General
11 South Union Street
Montgomery, AL 36130

Christopher W. Weller
Capell Howard PC
P.O. Box 2069
Montgomery, AL 36102-2069
Telephone: 334-241-8066
Facsimile: 334-323-8888
Email: cww@chlaw.com

Robert Turner Meadows, III
Capell Howard PC
P.O. Drawer 2268
Opelika, AL  36803-2268
Telephone:  334-501-1540
Facsimile:  334-501-4512
Email:      rtm@chlaw.com

Terrie Scott Biggs
Capell Howard PC
P.O. Box 2069
Montgomery, AL  36102-2069
Telephone:  334-241-8066
Facsimile:  334-323-8888
Email:      tsb@chlaw.com

/s/ Candis A. McGowan
Counsel for the Plaintiff