# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **EILEEN D. OLIVE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 2:06-cv-48-MEF-WC |
| | ) |
| **H. COUNCILL TRENHOLM STATE** | ) |
| **TECHNICAL COLLEGE, ET AL.,** | ) |
| | ) |
| **Defendants.** | ) |

## UNOPPOSED MOTION FOR EXTENSION FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Comes now the plaintiff, by and through undersigned counsel of record, and respectfully moves this Honorable Court for an extension of ten (10) days for filing of plaintiff's response to defendants' motion for summary judgment. As grounds for this motion, the plaintiff shows unto the court the following:

1. This matter is set for trial commencing on September 29, 2008.

2. On June 20, 2008, defendants filed their motion for summary judgment. On June 23, 2008, this Court entered an order requiring plaintiff to respond to said motion by or before July 8, 2008.

3. The parties have been diligently engaged in conducting discovery, including the scheduling and taking of necessary depositions.

4. Difficulty has arisen, however, in connection with the completion of such discovery and depositions, in that witnesses are not available for depositions due to prescheduled meetings, vacations, and the July 4th holiday. Furthermore, the attorneys have had conflicts with prescheduled court appearances, depositions and other meetings.

5. In addition, one of the defendants, Dr. Roy Johnson, has been involved in other legal matters in the United States District Court of the Northern District of Alabama, which has created difficulty in preparing discovery in this case. Defendant Johnson is currently out of the state and is not expected to return until next week, which will prevent his deposition from being taken before plaintiff's response to summary judgment is due. Defendant Johnson's deposition is crucial to the facts in this case and necessary for plaintiff's response to the motion for summary judgment.

6. Prior to conducting excessive and expensive discovery and depositions, the parties engaged in diligent settlement negotiations in an effort to resolve this matter, and they have so far been unable to resolve the matter. The parties are continuing their settlement talks, but are proceeding with the scheduling of the necessary depositions.

7. Although the Court's Uniform Scheduling Order established May 30, 2008 as the deadline for the filing of dispositive motions, defendants requested and were granted additional time, up to and including June 20, 2008. The parties have attempted to schedule the necessary depositions during this period, but have not been able to do so due to the conflicting schedules of the attorneys and witnesses.

8. The plaintiff respectfully requests that this Honorable Court extend the time in which the plaintiff may file her response to defendants' motion for summary judgment by ten (10) days to July 18, 2008, so that the necessary depositions can be taken and settlement talks continued.

9. The defendants do not oppose this request for the extension or this Motion.

WHEREFORE, PREMISES CONSIDERED, counsel for the plaintiff respectfully requests that this Honorable Court enter an order that would extend the time for plaintiff to file her response to defendants' motion for summary judgment, up to and including July 18 2008. The plaintiff further requests such other, different and general relief to which they may be entitled under the circumstances.

Respectfully submitted this the 1st day of July 2008.

/s/Nancy E. Perry
Nancy E. Perry

3

P.O. Box 4177
Montgomery, AL 36103-4177
Telephone: (334) 834-9790
Facsimile: (334) 834-7034
Email: nancyp@alaedu.org

/s/Candis A. McGowan
Candis A. McGowan
Wiggins, Childs, Quinn & Pantazis
The Kress Building
301 19th Street North
Birmingham, AL 35203
Telephone: (205) 314-0500
Facsimile: (205) 254-1500
Email: cmcgowan@wcqp.com

/s/Monica L. Arrington
Monica Leonette Arrington
P.O. Box 250091
Montgomery, AL 36125-0091
Telephone: (334) 270-2007
Email: arringtonmon@aol.com

4

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of July 2008, I served a copy of the above and foregoing upon the following attorneys by electronically filing the same with the CM/ECF system, which will send electronic notice of same to:

Robert T. Meadows, III (MEA012)
Capell Howard PC
P.O. Drawer 2268
Opelika, AL 36803-2268
Telephone: 334-501-1540
Facsimile: 334-501-4512
Email: rtm@chlaw.com

Terrie Scott Biggs
Christopher W. Weller
Capell Howard PC
P.O. Box 2069
Montgomery, AL 36102-2069
Telephone: 334-241-8091
Facsimile: 334-241-8291
Email: tsb@chlaw.com
Email: cww@chlaw.com

Joan Y. Davis
Alabama Department of Post Secondary Education
301 Adams Avenue, Suite 280
Montgomery, AL 36104

Troy King
Attorney General
Margaret L. Fleming
Assistant Attorney General
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130-0152

/s/Candis A. McGowan
Of Counsel