**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

**From:**   Clerk's Office

**Case Style:**  Olive v. H. Councill Trenholm State Technical College et al

**Case Number:**  2:06-cv-00048-MEF

Referenced Pleading -   MOTION for Extension of Time to File Response/Reply as to 63 MOTION for Summary Judgment    -  Doc. 67

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.**