IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| EILEEN D. OLIVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:06-CV-48-MEF |
| | ) | |
| H. COUNCILL TRENHOLM STATE | ) | |
| TECHNICAL COLLEGE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

Upon consideration of the Unopposed Motion for Extension for Plaintiff to

Respond to Defendants' Motion for Summary Judgment (Doc. # 67), it is hereby

ORDERED that the motion is GRANTED IN PART and DENIED IN PART.

Plaintiff shall file a response to Defendants' Motion for Summary Judgment on or before

July 15, 2008. Defendants may file a response on or before July 22, 2008. The parties

are advised that this extension may prevent the Court from ruling on the Motion for

Summary Judgment prior to the Final Pretrial Conference on August 28, 2008.

Done this 2nd day of July, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE
