IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **EILEEN D. OLIVE,** ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 2:06-cv-48-MEF-WC |
| ) | |
| **H. COUNCILL TRENHOLM STATE** ) | |
| **TECHNICAL COLLEGE, ET AL.,** ) | |
|     **Defendants** ) | |

**JOINT MOTION FOR STAY OF ALL PROCEEDINGS OR, IN THE ALTERNATIVE, EXTENSION OF TRIAL DATE SETTING PENDING APPROVAL OF SETTLEMENT AGREEMENT**

Come now the Parties, by and through undersigned counsel of record, and respectfully move this Honorable Court for a stay of all proceedings for a period of thirty (30) days or, in the alternative, for a continuance of the trial date setting, pending approval of a proposed settlement agreement. As grounds for this motion, the parties show unto the court the following:

1. This matter is set for trial commencing on September 29, 2008.

2. On June 20, 2008, defendants filed their motion for summary judgment. On July 2, 2008, this Court entered an order requiring plaintiff to respond to said motion by or before July 15, 2008, with defendants' reply due on July 22, 2008.

3. While conducting deposition discovery, the parties were engaged in settlement discussions. On July 8, 2008, the parties mediated the

case for approximately 9 hours, and they were able to reach a mediation settlement agreement, which was approved and executed by the parties.

4. In order for the mediation settlement agreement to be final, it must be approved by the Chancellor of Postsecondary Education and the Alabama State Attorney General. Due to scheduling obligations of the approvers and other approval requirements, this final approval process for the mediation settlement agreement could take several weeks to complete.

5. A stay of all proceedings pending final settlement approval would promote judicial economy and be beneficial to the court by avoiding the potentially unnecessary hours and expenditures the court must undergo in order to rule on the pending summary judgment and the pretrial proceedings. Since the parties have reached a mediation settlement agreement, they would also like to avoid conducting additional, expensive, deposition discovery and the additional costs associated with their respective responses for the summary judgment motion.

6. The parties respectfully request that this Honorable Court enter an order staying all proceedings in this matter for thirty (30) days pending the final approval of the settlement agreement reached by the parties. In the alternative, the parties request that the court enter an order continuing the trial date setting for this case and further continuing all

outstanding due dates in this matter, including the response dates for the pending summary judgment motion.

WHEREFORE, PREMISES CONSIDERED, counsel for the parties respectfully request that this Honorable Court enter an order that would stay this matter for a period of thirty (30) days as noted above, or, in the alternative, enter an order continuing the trial date setting and the response dates for the summary judgment motion. The parties further request such other, different and general relief to which they may be entitled.

Respectfully submitted this the 10th day of July 2008.

/s/ Nancy E. Perry
Nancy E. Perry
P.O. Box 4177
Montgomery, AL 36103-4177
Telephone: (334) 834-9790
Facsimile: (334) 834-7034
Email: nancyp@alaedu.org

/s/ Candis A. McGowan
Candis A. McGowan
Wiggins, Childs, Quinn & Pantazis
The Kress Building
301 19th Street North
Birmingham, AL 35203
Telephone: (205) 314-0500
Facsimile: (205) 254-1500
Email: cmcgowan@wcqp.com

/s/ Monica Leonette Arrington
Monica Leonette Arrington
P.O. Box 250091
Montgomery, AL  36125-0091
Telephone:  (334) 270-2007
Email:      arringtonmon@aol.com

ATTORNEYS FOR PLAINTIFF


/s/ Robert T. Meadows, III
Robert T. Meadows, III (MEA012)
Capell Howard PC
P.O. Drawer 2268
Opelika, AL  36803-2268
Telephone:  334-501-1540
Facsimile:  334-501-4512
Email:      rtm@chlaw.com

/s/ Terrie Scott Biggs
Terrie Scott Biggs
Capell Howard PC
P.O. Box 2069
Montgomery, AL  36102-2069
Telephone:  334-241-8091
Facsimile:  334-241-8291
Email:      tsb@chlaw.com

ATTORNEYS FOR DEFENDANTS

4

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for all parties by operation of the Court's electronic filing system.

This 10th day of July 2008.

/s/ Nancy E. Perry
Counsel for the Plaintiff