IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EILEEN D. OLIVE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-48-MEF |
| | ) |
| H. COUNCILL TRENHOLM STATE | ) |
| TECHNICAL COLLEGE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the Joint Motion for Stay of All Proceedings (Doc. #70) filed on July 10, 2008, it is hereby

ORDERED that the motion is GRANTED.

It is further ORDERED:

1. That the pretrial conference scheduled for August 28, 2008, and the trial set for September 29, 2008 are continued generally.

2. That the parties file a joint stipulation of dismissal on or before August 12, 2008.

DONE this the 14th day of July, 2008.

                                              /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE