

July 17, 2008

Eileen Olive
1825 Brookstone Drive
Montgomery, Alabama 36117


Candis A. McGowan
Wiggins, Childs, Quinn and Pantaz
The Kress Building
301 19th Street North
Birmingham, AL 35203

Dear Ms Candis McGowan and Ms. Nancy Perry:

This letter is sent as per our telephone conversation today regarding the mediation process. The mediation process lasted in excess of nine hours. I went from 12:00 noon to 9:30 p.m. without any food. I was under duress, and I feel I was forced into signing an agreement without having a chance to talk with my financial adviser. As you know, I am a diabetic plus it was past my bedtime when I finally gave in to the demands.

After two conferences with Jonathan Parker, I am sure this settlement is not in my best interest. Therefore, I would like for you to notify the judge handling this matter that I do not wish to sign any final documents to surrender my resignation.

Please notify the parties involved that I am not surrendering my resignation. Some other form of settlement will need to be considered.

Sincerely,

Eileen Olive

Copy to Judge Fuller