IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EILEEN OLIVE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:06-cv-48-MEF |
| | ) |
| H. COUNCILL TRENHOLM STATE | ) |
| TECHNICAL COLLEGE, ANTHONY | ) |
| MOLINA, individually, ROY JOHNSON, | ) |
| Individually, BRADLEY BYRNE, in his | ) |
| official capacity as Chancellor of the | ) |
| Alabama Department of Postsecondary | ) |
| Education, SAMUEL MUNNERLYN, in | ) |
| his official capacity as Interim President | ) |
| of Trenholm State Technical College, | ) |
| | ) |
| Defendants. | ) |

## MOTION TO FILE MEMORANDUM AGREEMENT OF SETTLEMENT UNDER SEAL

**COME NOW** the Defendants, H. Councill Trenholm State Technical College, the Estate of Dr. Anthony Molina, Roy W. Johnson, Bradley Byrne and Samuel Munnerlyn, by and through their undersigned attorneys, and respectfully move this Honorable Court to allow the filing of the attached copy of the Memorandum Agreement[1] of the settlement by and between the parties under seal. As grounds for said motion, the Defendants would show unto the Court the following:

1. As a result of a mediation held on July 8, 2008, the parties entered into a Memorandum Agreement settling the issues in this case.

2. As a part of the Settlement Agreement, "to the extent legally allowed," the parties agreed to keep the terms and conditions of their agreement confidential although

---

[1] See Exhibit A. The original is in the possession of the mediator.

the Plaintiff was allowed unfettered access to tax professionals and retirement planning personnel. See paragraph 6, *Memorandum Agreement*.

3.  The Defendants are filing a Motion to Enforce this Settlement since the Plaintiff has indicated that she will not abide by its terms. As a part of that Motion the Memorandum Agreement entered into by the parties is referenced.

4.  Since the Agreement's terms and conditions are confidential, the Defendants would respectfully request this Honorable Court to allow the filing of this document (Ex A) under seal for use as the Court deems appropriate in connection with the Motion to Enforce the Settlement itself.

5.  Sealing this document will not in any way prejudice the parties to this matter.

WHEREFORE, THE PREMISES CONSIDERED, the Defendants respectfully request this Honorable Court to allow the filing of the attached Memorandum Agreement under seal. The Defendants respectfully request such other, different and general relief to which they may be entitled under the circumstances.

Respectfully submitted,

Terrie Scott Biggs (BIG006)
Robert T. Meadows, III (MEA012)
Attorneys for the Defendants

OF COUNSEL:

CAPELL & HOWARD, P.C
150 South Perry Street
Montgomery, Alabama 36104
Telephone: (334) 241- 8091

2

CAPELL & HOWARD, P.C
3120 B. Frederick Road (36801)
P.O. Drawer 2268
Opelika, Alabama 36803-2268
Telephone:   (334) 501-1540

Troy King, Attorney General
Margaret L. Fleming, Assistant Attorney General
Office of Attorney General
11 S. Union Street
Montgomery, AL 36130-0152

Joan Y. Davis
Alabama Department of Postsecondary Education
401 Adams Avenue, Suite 280
Montgomery, AL 36104

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of July, 2008, I have served a copy of the above and foregoing *Motion to File Memorandum Agreement of Settlement Under Seal* by regular U.S. Mail, postage prepaid and properly addressed, upon the following:

Ms. Candis A. McGowan, Esq.
Wiggins, Childs, Quinn & Pantazis
The Kress Building
301 19th Street
Birmingham, Alabama 35203

Nancy E. Perry
P. O. Box 4177
Montgomery, AL 36103-4177

Monica Arrington
P. O. Box 250091
Montgomery, AL 36125

/s/ Jennie S. Biggs
OF COUNSEL

3