IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EILEEN D. OLIVE, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 2:06-CV-48-MEF |
| ) | |
| H. COUNCILL TRENHOLM STATE ) | |
| TECHNICAL COLLEGE, *et al.*, ) | |
| ) | |
|    Defendants. ) | |

**<u>ORDER</u>**

Upon consideration of the Defendants' Motion to File Memorandum Agreement of Settlement Under Seal (Doc. # 74), it is hereby

ORDERED that the motion is GRANTED.

Done this the 31st day of July, 2008.

                                            /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE