IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EILEEN D. OLIVE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:06-cv-48-MEF-WC |
| | ) |
| H. COUNCILL TRENHOLM STATE TECHNICAL COLLEGE, ET AL., | ) |
| | ) |
| Defendants | ) |

### COUNSEL FOR THE PLAINTIFF'S MOTION FOR LEAVE TO WITHDRAW AND FOR LEAVE TO FILE LIEN

Come now the undersigned counsel for the Plaintiff, Eileen Olive, and submit their motion for leave to withdraw as attorneys for the plaintiff, and for leave to file a lien for reasonable attorneys' fees and costs. In support thereof, counsel state as follows:

1. There has occurred a breakdown in the attorney-client relationship between the plaintiff and her attorneys which impedes the attorneys' ability to represent the plaintiff.

2. Counsel can no longer represent the plaintiff due to such breakdown in communication with the client and the breakdown in the attorney-client relationship. Furthermore, counsel cannot continue with the course of litigation that plaintiff is insisting be pursued in this matter

pursuant to their obligations under the Alabama Rules of Professional Conduct.

3. The plaintiff has been notified of counsel's intent to file this Motion and she has given undersigned counsel her consent to their withdrawal from this matter.

4. Prior to the time of the preparation of this motion, counsel for the plaintiff has expended considerable time, effort, cost and expense in the representation of the plaintiff's interests in this matter. Pursuant to the employment contract with plaintiff, counsel has fronted the expenses of this litigation to date. Counsel is entitled to be reimbursed for the time and expenses they have incurred in this matter.

Wherefore, premises considered, counsel for the plaintiff request the entry of order allowing them leave to withdraw from the further representation of the plaintiff and further request the entry of an order placing a lien on their behalf against any recovery of attorneys' fees and costs, with an estimate of the approximate amount of 859 hours and $16,878 expenses as June 30, 2008. Should the court grant this motion allowing counsel leave to withdraw, and further entering an order allowing such lien to be placed against any recovery of attorneys' fees, costs and expenses,

counsel for the plaintiff would request the opportunity to submit a final accounting of such time, costs and expenses at a later date.

Respectfully submitted this the 8th day of August, 2008.

/s/ Candis A. McGowan
Candis A. McGowan

OF COUNSEL:
Wiggins, Childs, Quinn & Pantazis
The Kress Building
301 19th Street North
Birmingham, AL 35203
Telephone: (205) 314-0500
Facsimile: (205) 254-1500
Email: cmcgowan@wcqp.com

/s/ Nancy E. Perry
Nancy E. Perry (PER029)
P.O. Box 4177
Montgomery, AL 36103-4177
Telephone: (334) 834-9790
Facsimile: (334) 834-7034
Email: nancyp@alaedu.org

/s/ Monica Leonette Arrington
Monica Leonette Arrington
P.O. Box 25009
Montgomery, AL 36125-0091
Telephone: (334) 270-2007

## CERTIFICATE OF SERVICE

I hereby certify that on this the 8th day of August 2008, I served a copy of the above and foregoing upon the following attorneys by electronically filing the same with the CM/ECF system, which I will send electronic notice of same to:

Robert Turner Meadows, III
Capell Howard PC
P.O. Drawer 2268
Opelika, AL 36803-2268
Telephone: 334-501-1540
Facsimile: 334-501-4512
Email: rtm@chlaw.com

Terrie Scott Biggs
Capell Howard PC
P.O. Box 2069
Montgomery, AL 36102-2069
Telephone: 334-241-8066
Facsimile: 334-323-8888
Email: tsb@chlaw.com

Christopher W. Weller
Capell Howard PC
P.O. Box 2069
Montgomery, AL 36102-2069
Telephone: 334-241-8066
Facsimile: 334-323-8888
Email: cww@chlaw.com

Margaret L. Fleming
Assistant Attorney General
Office of the Attorney General
11 S. Union Street
Montgomery, AL 36130-0152
Telephone: 334-353-3738
Facsimile: 334-353-8446
Email: mfleming@ago.state.al.us

Joan Y. Davis
Alabama Department of Postsecondary Education
P.O. Box 302130
Montgomery, AL 36130-2130
Telephone: 334-242-2982
Facsimile: 334-242-2888
Email: jdavis@acs.cc.al.us

    I hereby certify that on this the 8th day of August 2008, I served a copy of the above and foregoing upon the following person by:

_____ Hand Delivering a copy of the same;

_____ Facsimile Transmission;

\_\_\_\_\_X_____ Electronic mail;

\_\_\_\_\_X_____ Placing a copy of the same in the United States Mail, Properly addressed and first class postage prepaid:

TO:

Eileen Olive
1825 Brookstone Drive
Montgomery, AL 36117

/s/ Candis A. McGowan
Counsel for the Plaintiff