RECEIVED
AUG 21 2008
MARK E. FULLER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY, ALABAMA

2008 AUG 21  P 4:09

TO THE ATTENTION OF JUDGE MARK FULLER

RESPONSE TO MOTION TO DENY MEDIATION AGREEMENENT  Case 2:06-CV-48-MEF-WC

Dear Judge Fuller:

I am in the process of getting a medical statement from my doctor regarding my diabetic condition.

As I stated in my letter to you Attorney Candis McGowan did not act in my best interest. She refused to listen when I tried over and over to explain to her that the Mediation Agreement was not in my best interest. I asked her to go ahead and continue depositions and take my case to court. She began giving me negative reasons as to why she could not win my case. She said I would have to pay court costs if she lost the case. She sounded as though that would be thousands of dollars I would have to pay. She also did not feel that you would rule in AEAs favor. She felt the jury would be more sympathetic toward

Quinton Ross since he is a state Senator.

Shortly before going to the mediation, she frightened me by telling me a long laborious story about the fact that Governor Riley and Bradley Bryne were working out a plan to put all the consortiums in the state under one person at the governor's office. She said at that time we would all become state employees and the benefits would not be as good as our present state benefits. She continued to say that at that time we would have to go with the new system, be reassigned to another position on campus, if something was available, or that we could be fired. She looked right at me and said, "You could be out of a job by October anyway, so you may want to go ahead and get out while you can." When I talked later with Dr. Ron Russell at the state office, he said he had heard nothing about that. I feel she intentionally set me up so I would be frightened into signing the agreement. I was so tired after nine hours of pressure by three female AEA lawyers, not Trenholm's lawyers, that I felt my only salvation was to get out of the room so I could go home. It was obvious to me that I could not leave until I signed something. I did not have my automobile at that location because Nancy Perry insisted that I ride with them to the meeting. I felt I was coerced by them because they do not want my case to go to court. AEA wants to protect Quinton Ross. As you know he will be up for re-election soon. Also, Candis McGowan wants to get her $40,000 so she will be through with the case. She is not taking into consideration that I would be losing $48,000 a year beginning in January of 09 if this settlement stands as it is. I only have 14.5 years in the retirement system. My montly check will be approximately $1500.00 a month. I do not feel this is fair to me. I have been the most productive person in my field at Trenholm year after year in producing positive outcomes for students. I was the director for three years before Quinton Ross was given the position over me. I also wrote the grant year after year to get the funding for Trenholm's adult education program.

I feel physically and mentally capable of continuing to do my job. I would rather work than take any settlement at all. If I had been coherent at the time, I would have walked away without signing.

Sincerely,

Eileen D. Olive  8/13/08

Judge Mark Fuller
US District Court
One Church Street
Montgomery AL 36102



14 AUG 2008 PM 4 T
MONTGOMERY AL 361

E Olive
1328 Brickstone Dr.
Montgomery AL 36117