IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EILEEN D. OLIVE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-48-MEF |
| | ) |
| H. COUNCILL TRENHOLM STATE | ) |
| TECHNICAL COLLEGE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

Upon consideration of the Motion to Enforce Settlement (Doc. #72) as amended (Doc. #73) and the Motion to Withdraw as Attorney and for Leave to File Lien (Doc. #78), it is hereby ORDERED as follows:

1. Plaintiff's pro se response to the Amended Motion to Enforce Settlement Agreement is construed as containing a motion for leave to file out of time which is GRANTED. The defendants may file a reply to plaintiff's pro se response on or before September 3, 2008.

2. The motions are set for hearing on November 5, 2008 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama. All counsel and the plaintiff are required to be present at said hearing.

3. The Clerk of the Court is directed to provide the plaintiff with a copy of this order at 1825 Brookstone Drive, Montgomery, AL 36117. Plaintiff's failure to appear at said hearing could result in the dismissal of all of her claims.

DONE this the 26th day of August, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE