IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EILEEN OLIVE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:06-cv-48-MEF |
| | ) |
| H. COUNCILL TRENHOLM STATE TECHNICAL COLLEGE, ANTHONY MOLINA, individually, ROY JOHNSON, Individually, BRADLEY BYRNE, in his official capacity as Chancellor of the Alabama Department of Postsecondary Education, SAMUEL MUNNERLYN, in his official capacity as Interim President of Trenholm State Technical College, | ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' CO-COUNSEL, TERRIE S. BIGGS', REQUEST FOR EXCUSE FROM ATTENDANCE AT NOVEMBER 5, 2008 MOTIONS HEARING

COMES NOW Terrie S. Biggs, co-counsel for the Defendants in the above-styled cause, and requests this Honorable Court to excuse her from the motions hearing scheduled for November 5, 2008, and in support of said request, states as follows:

1. On August 26, 2008, this Court set a hearing on the Defendants' Motion to Enforce Settlement, Plaintiff's attorney's Motion to Withdraw as Attorney and for Leave to file Lien, and Plaintiff's Response for November 5, 2008. The Court further directed that all counsel and the Plaintiff be present at said hearing.

2. Terrie S. Biggs serves as co-counsel for the Defendants in this case along with Robert T. Meadows, III.

     3.    Terrie S. Biggs scheduled an out-of-state trip for the period October 31, 2008, through November 9, 2008.

     4.    Said trip was scheduled earlier this summer, and airline tickets have been purchased.

     5.    Robert T. Meadows, III has confirmed with Ms. Biggs that he will be in attendance at said hearing.

WHEREFORE, THE PREMISES CONSIDERED, Terrie S. Biggs respectfully requests this Honorable Court to excuse her from attendance at the November 5, 2008 hearing. In the alternative, counsel for the Defendants respectfully request this Honorable Court to reset the hearing.

Respectfully submitted,

/s/ Terrie Scott Biggs
Terrie Scott Biggs (BIG006)
One of the Attorneys for the Defendants

OF COUNSEL:

CAPELL & HOWARD, P.C
150 South Perry Street
Montgomery, Alabama 36104
Telephone: (334) 241- 8091

CAPELL & HOWARD, P.C
3120 B. Frederick Road (36801)
P.O. Drawer 2268
Opelika, Alabama 36803-2268
Telephone:    (334) 501-1540

Troy King, Attorney General
Margaret L. Fleming, Assistant Attorney General
Office of Attorney General
11 S. Union Street
Montgomery, AL 36130-0152

Joan Y. Davis
Alabama Department of Postsecondary Education
401 Adams Avenue, Suite 280
Montgomery, AL 36104

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following on this the 8th day of September, 2008:

Ms. Candis A. McGowan, Esq.                Nancy E. Perry
Wiggins, Childs, Quinn & Pantazis          P. O. Box 4177
The Kress Building                         Montgomery, AL 36103-4177
301 19th Street
Birmingham, Alabama 35203

Monica Arrington                           Gary E. Atchison
P. O. Box 250091                           P. O. Box 2002
Montgomery, AL 36125                       Montgomery, AL 36102-2002

and I have served a copy on Plaintiff by United States Mail, properly addressed and first-class postage prepaid as follows:

    Eileen D. Olive
    1825 Brookstone Drive
    Montgomery, AL  36117

                                /s/ Terrie S. Biggs
                                OF COUNSEL