IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EILEEN D. OLIVE, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-48-MEF |
| | ) |
| H. COUNCILL TRENHOLM STATE | ) |
| TECHNICAL COLLEGE, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

Upon consideration of the Defendants' Co-Counsel, Terrie S. Biggs', Request for Excuse from Attendance at November 5, 2008 Motions Hearing (Doc. #81) filed on September 8, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 9th day of September, 2008.

                                            /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE